**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-23242-BLOOM/Louis**

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

      Plaintiff/Relator,

v.

ABLE MOVING & STORAGE, INC.; ARPIN
VAN LINES, INC.; CARTWRIGHT
INTERNATIONAL VAN LINES, INC.;
COLEMAN AMERICAN MOVING SERVICES,
INC.; DEWITT COMPANIES LIMITED, LLC;
HILLDRUP COMPANINES, INC.; J.K. MOVING
& STORAGE INC.; MAYFLOWER TRANSIT,
LLC; NEW WORLD VAN LINES, INC.;
PARAMOUNT TRANSPORTATION SYSTEMS;
PAXTON VAN LINES, INC.; and WESTERN
EXPRESS FORWARDING, LLC,

      Defendants.

_____/

**ORDER TO FILE PROOF OF SERVICE**

      **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1] In civil actions for false claims like the instant action, a "defendant shall not be required to respond to any complaint filed under this section until 20 days after the complaint is unsealed and served upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure." 31 U.S.C. § 3730(b)(3); *see also U.S. ex rel. Gallo v. Thor Guard, Inc.*, No. 3:18-cv-811-J-32MCR, 2020 WL 1248975, at *4 n.8 (M.D. Fla. Mar. 16,

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

Case No. 20-cv-23242-BLOOM/Louis

2020) (explaining that the deadline to serve a defendant in a false claims case was ninety days after the complaint was unsealed and plaintiffs were ordered to serve the defendant); *U.S. ex rel. Maharaj v. Est. of Zimmerman*, 427 F. Supp. 3d 625, 651 (D. Md. 2019) ("[Federal Rule of Civil Procedure] 4(m) applies to [False Claims Act] cases. However, because such cases initially are filed under seal, the 90-day clock does not start until the court unseals the complaint and orders service." (citing *Am. Civ. Liberties Union v. Holder*, 673 F.3d 245, 251 (4th Cir. 2011))).

The Court unsealed the Plaintiff/Relator's Complaint in this action and ordered that the Defendants be served on May 4, 2021, ECF No. [10], thus generating an **August 2, 2021**, service deadline. To date, no summonses have been issued, and service has not been perfected.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff/Relator must file proposed summonses **by no later than June 9, 2021**. Within **seven (7) days** of perfecting service upon Defendants, Plaintiff/Relator shall file proof of such service with the Court. Failure to effectuate service of a summons and the complaint on Defendants by the stated deadline may result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 3, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record