**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:20-cv-23242-BB**

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al.*,

    Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stuart A. Berman, Esquire of the law firm of Lerch, Early & Brewer, Chtd., 7600 Wisconsin Avenue, Suite 700, Bethesda, MD 20814, 301.657.0729, saberman@lerchearly.com, for purposes of appearance as co-counsel on behalf of defendant Paxton Van Lines, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stuart A. Berman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Stuart A. Berman is not admitted to practice in the Southern District of Florida and is an member in good standing of the State Bars of Maryland, the District of Columbia, and New York (active status) and Massachusetts (inactive status); the United States District Courts for the District of Maryland, District of Columbia, and Southern and Eastern Districts of New York; the United States Supreme Court; and the United States Court of Appeals for the Second, Fourth, Sixth, Eleventh, and District of Columbia Circuits.

2. Movant, Robert Harris, Esquire, of the law firm of Stack Fernandez & Harris, P.A., 1001 Brickell Bay Drive, Suite 2650, Miami, Florida 33131, 305.371.0001, rharris@stackfernandez.com, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stuart A. Berman has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stuart A. Berman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stuart A. Berman at email address: saberman@lerchearly.com.

WHEREFORE, Robert Harris, moves this Court to enter an Order for Stuart A. Berman, to appear before this Court on behalf of defendant Paxton Van Lines, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to defendant Paxton Van Lines, Inc.

Dated: June 23, 2021            **Robert Harris**
Robert Harris, Esq.
Fla. Bar No. 817783
Email:  rharris@stackfernandez.com
        gmartich@stackfernandez.com
**STACK FERNANDEZ & HARRIS, P.A.**
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
Telephone: 305.371.0001

*Attorneys for Defendant Paxton Van Lines, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-cv-23242-BB

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al.*,

    Defendants.

## CERTIFICATION OF STUART A. BERMAN

Stuart A. Berman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bars of Maryland, the District of Columbia, and New York (active status) and Massachusetts (inactive status); the United States District Courts for the District of Maryland, District of Columbia, and Southern and Eastern Districts of New York; the United States Supreme Court; and the United States Court of Appeals for the Second, Fourth, Sixth, Eleventh, and District of Columbia Circuits; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date: June 23, 2021                                    /s/ Stuart A. Berman
                                                                           Stuart A. Berman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 1:20-cv-23242-BB

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al.*,

    Defendants.

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stuart A. Berman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Stuart A. Berman, may appear and participate in this action on behalf of defendant Paxton Van Lines, Inc. The Clerk shall provide electronic notification of all electronic filings to Stuart A. Berman at email address: saberman@lerchearly.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of June 2021.

 

BETH BLOOM
United States District Judge

Copies furnished to: All Counsel of Record