UNITED STATES DISTRICT COURT
For the Southern District of Florida

CASE NO.: 1:20-cv-23242-BLOOM/LOUIS

UNITED STATES OF AMERICA
ex.el. SEDONA PARTNERS, LLC.

Plaintiffs

v.

ABLE MOVING & STORAGE, INC.,
ET. AL.

Defendants,

_____/

### NOTICE OF APPEARANCE WITHOUT WAIVING SERVICE

**NOTICE IS HEREBY GIVEN** that Christopher W. Wadsworth and the law firm of Wadsworth, Margrey & Dixon, LLP, hereby enter their appearance as counsel for Defendant, ABLE MOVING & STORAGE, INC., ET. AL., without waiving service.

Copies of all future pleadings and correspondence should be sent to the undersigned counsel at the address written below.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that, on June 29, 2021, a copy of the Notice of Appearance Without Waiving Service was filed to all parties in the attached service List

**WADSWORTH, MARGREY & DIXON, LLP**
*Attorneys for Defendant*
261 NE 1st Street, 5th Floor
Miami, FL  33132
(305) 777-1000 Telephone
(305) 777-1001 Facsimile

Christopher W. Wadsworth, Esq.
Florida Bar No.: 78026
E-mail: cw@wmd-law.org
Secondary: pleadings@wmd-law.org

## SERVICE LIST

United States of America, ex rel. Sedona Partners, LLC
Case No. 1:20-cv-23242 BLOOM/LOUIS
United States District Court, Southern District of Florida

| | |
|---|---|
| James A. Weinkle<br>Assistant United States Attorney<br>Southern District of Florida<br>99 NE 4th Street, Third Floor<br>Miami, FL 33132<br><br>Email: james.weinkle@usdoj.gov<br>Counsel for United States of America | Justin T. Berger (to be admitted pro hac vice)<br>Sarvenaz J. Fahimi (to be admitted pro hac vice)<br>Crotchet, Pitre & Mc Carthy LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Email: jberger@cpmlegal.com<br>sfahimi@cpmlegal.com<br>Counsel for Realtor |
| Paul E.  Pelletier (to be admitted pro hac vice)<br>Law Offices of Paul Pelletier<br>3500 Morningside Drive<br>Fairfax, VA 22031<br><br>Email: pepelletier3@gmail.com<br>Counsel for Realtor | Ryon McCabe, Esq.<br>Robert C. Glass<br>McCabe Rabin PA<br>1601 Forum Pl #201<br>West Palm Beach, FL 33401<br>Email: rmaccabe@mcaberabin.com<br>rglass@mcaberabin.com |