## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-23242-BLOOM/LOUIS

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS, LLC,

      Plaintiff,

v.

ABLE MOVING & STORAGE, INC.; ARPIN
VAN LINES, INC.; CARTWRIGHT
INTERNATIONAL VAN LINES, INC.;
COLEMAN AMERICAN MOVING SERVICES,
INC.; DEWITT COMPANIES LIMITED, LLC;
HILLDRUP COMPANIES, INC.; J.K. MOVING &
STORAGE INC.; MAYFLOWER TRANSIT, LLC;
NEW WORLD VAN LINES, INC.; PARAMOUNT
TRANSPORTATION SYSTEMS; PAXTON VAN
LINES, INC.; AND WESTERN EXPRESS
FORWARDING, LLC,

      Defendants.

_____/

## DEFENDANT, PARAMOUNT TRANSPORTATION SYSTEMS, INC.'s CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

**COMES NOW** the Defendant, PARAMOUNT TRANSPORTATION SYSTEMS, INC.

("Paramount"), by and through undersigned counsel and pursuant to Rule 6(b) of the Fed. R. Civ.

P., and hereby requests a brief extension of time to file its Response to the Complaint filed by

SEDONA PARTNERS, LLC, and states:

1. Plaintiff filed its Complaint on August 4, 2020 [D.E. 1].

2. Defendant was served with the Complaint on June 18, 2021. As such, the response to
   the Complaint is due on July 9, 2021.

3. The undersigned counsel was recently appointed and is on leave next week. Due to the
   complex nature of this case, including the underlying complaint and the number of

parties involved, Defendant would request a brief extension of time in order to properly evaluate the defenses[1] and formulate a response to the complaint.

4.  The requested extension is made in good faith and not for purposes of delay.

5.  The undersigned has conferred with counsel for Plaintiff who consents to the relief requested herein.

6.  Accordingly, good cause exists to grant the requested extension of time and no party will be prejudiced if the requested extension is granted.

7.  Wherefore, Defendant would ask for a thirty (30) day extension to respond to the Complaint, up to and including August 9, 2021.

8.  A proposed Order granting the instant Motion is attached hereto. The undersigned certifies that the instant Motion complies with the Local Rules and the Court's Orders.

## S.D. FLA. LOCAL RULE 7.1 (A)(3) CERTIFICATION

Counsel for Defendant has conferred email with counsel for Plaintiff who consents to the relief requested herein.

Dated: July 1, 2021                                    Respectfully Submitted,

**SPECTOR RUBIN, P.A.**

By:    */s/ Robert M.Borak*
Robert M. Borak (FBN 015923)
Andrew R. Spector (FBN 634093)
3250 Mary Street, Suite 405
Miami, Florida 33133
Tel: 305.537.2000
Fax: 305.537.2001
Robert.Borak@spectorrubin.com
Andrew.Spector@spectorrubin.com

*Counsel for Defendant, Paramount Transportation Systems, Inc.*

---

[1] In submitting the instant motion, Defendant expressly preserves all objections and defenses related to venue, and personal jurisdiction.

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on July 1, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which shall serve a copy of same upon all counsel of record.

**SPECTOR RUBIN, P.A.**

*/s/ Robert M.Borak*
Robert M. Borak (FBN 015923)
Andrew R. Spector (FBN 634093)