### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO.  1:20-cv-23242-BB

UNITED STATES OF AMERICA *ex rel*.
SEDONA PARTNERS LLC,

      Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al*.,

      Defendants.

---

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT BY DEFENDANTS ABLE MOVING & STORAGE, HILLDRUP COMPANIES, INC., MAYFLOWER TRANSIT, LLC, PAXTON VAN LINES, INC., AND WESTERN EXPRESS FORWARDING, LLC

Defendants Able Moving & Storage, Hilldrup Companies, Inc., Mayflower Transit, LLC, Paxton Van Lines, Inc., and Western Express Forwarding, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully move the Court for a brief extension of time to file their Response to the Complaint filed by Plaintiff Sedona Partners, LLC, and states:

1.    Plaintiff filed its Complaint on August 4, 2020. The above-referenced Defendants were served with the Complaint on June 17, 2021. As such, the response to the Complaint is due on July 8, 2021.

2.    Each of the undersigned counsel were recently retained. Due to the complex nature of this case, including the underlying complaint and the number of parties involved, Defendants request a brief extension of time in order to properly evaluate the defenses and formulate a response to the complaint.

3.    The requested extension is made in good faith and not for purposes of delay.

4.      Counsel for Plaintiff Sedona Partners LLC consents to the requested relief.

5.      Accordingly, good cause exists to grant the requested extension of time and no party will be prejudiced if the requested extension is granted.

Wherefore, Defendants Able Moving & Storage, Hilldrup Companies, Inc., Mayflower Transit, LLC, Paxton Van Lines, Inc., and Western Express Forwarding, LLC request an extension of time up to and including August 9, 2021 to respond to the Complaint. A proposed Order granting the instant Motion is attached as Exhibit A. Undersigned counsel certifies that the instant Motion complies with the Local Rules and the Court's Orders.

### S.D. FLA. LOCAL RULE 7.1 (A)(3) CERTIFICATION

Counsel for Defendants have conferred with counsel for Plaintiff who consents to the relief requested herein.

Dated: July 2, 2021

Respectfully submitted,

**Christopher W. Wadsworth**
Christopher W. Wadsworth
Wadsworth, Magrey & Dixon, LLP
261 N.E. 1st Street, 5th Floor
Miami, FL 33132
(305) 777-1000
cw@wadsworth-law.com

*Attorneys for Able Moving & Storage, Inc.*

**Justin C. Sorel**
Justin C. Sorel
Fla. Bar No. 0016256
Cole, Scott & Kissane, P.A.
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
(561) 383-9229
justin.sorel@csklegal.com

*Attorneys for Hilldrup Companies, Inc.*

**Marcos Daniel Jiménez**
Marcos Daniel Jiménez (FBN 441503)
Marcos D. Jimenez, P.A.
255 Alhambra Circle
Suite 800
Coral Gables, Florida 33134
(305) 570-3249
mdj@mdjlegal.com

and

Jan Paul Miller, *pro hac vice to be filed*
Michael J. Morris, *pro hac vice to be filed*
Kristen E. Sanocki, *pro hac vice to be filed*
Thompson Coburn LLP
One US Bank Plaza
 St. Louis, Missouri  63101
(314) 552-6000
jmiller@thompsoncoburn.com
mmorris@thompsoncoburn.com
ksanocki@thompsoncoburn.com

*Attorneys for Mayflower Transit, LLC*

**Robert Harris**
Robert Harris, Esq.
Fla. Bar No. 817783
Sammy Epelbaum, Esq.
Fla. Bar No. 0031524
Stack Fernandez & Harris, P.A.
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
(305) 371-0001
rharris@stackfernandez.com
sepelbaum@stackfernandez.com

3

gmartich@stackfernandez.com

and

**<u>Stuart A. Berman</u>**
Stuart A. Berman, *pro hac vice*
Lerch Early & Brewer, Chtd.
7600 Wisconsin Avenue Center, Suite 700
Bethesda, Maryland 20814
(301) 657-0729
saberman@lerchearly.com

*Attorneys for Defendant Paxton Van Lines, Inc*

**<u>Thomas F. Murphy</u>**
Thomas F. Murphy, *pro hac vice to be filed*
Friedlander Misler, PLLC
5335 Wisconsin Avenue, N.W.
Suite 600
Washington, DC  20015
(202) 872-0800
tmurphy@dclawfirm.com

*Counsel for Western Express Forwarding, LLC*



**Exhibit A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  1:20-cv-23242-BB**

UNITED STATES OF AMERICA *ex rel*.
SEDONA PARTNERS LLC,

      Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al*.,

      Defendants.

---

**ORDER ON DEFENDANTS' CONSENT MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

      This cause came before the Court upon the Consent Motion for Extension of Time to File Response to Complaint by Defendants Able Moving & Storage, Hilldrup Companies, Inc., Mayflower Transit, LLC, Paxton Van Lines, Inc., and Western Express Forwarding, LLC. The Court, having reviewed the Unopposed Motion and Plaintiff's consent to the relief requested therein, and being otherwise fully advised in the premises, it is hereby:

      ORDERED and ADJUDGED that the Motion is GRANTED. Defendants Able Moving & Storage, Hilldrup Companies, Inc., Mayflower Transit, LLC, Paxton Van Lines, Inc., and Western Express Forwarding, LLC shall have up to and including August 9, 2021 within which to respond to Plaintiff's Complaint.

      DONE and ORDERED in Chambers at Miami-Dade County, Florida on this _____ day of _____, 2021.

                            _____

                            BETH BLOOM
                            UNITED STATES DISTRICT COURT JUDGE