UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-CV-23242-BLOOM/LOUIS

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

 Plaintiff,

vs.

ABLE MOVING & STORAGE, INC.; ARPIN VAN LINES, INC.; CARTWRIGHT INTERNATIONAL VAN LINES, INC.; COLEMAN AMERICAN MOVING SERVICES, INC.; DEWITT COMPANIES LIMITED, LLC; HILLDRUP COMPANIES, INC.; J.K. MOVING & STORAGE INC.; MAYFLOWER TRANSIT, LLC; NEW WORLD VAN LINES, INC.; PARAMOUNT TRANSPORTATION SYSTEMS; PAXTON VAN LINES, INC.; AND WESTERN EXPRESS FORWARDING, LLC,

 Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen Chahn Lee Esquire of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606, 312.624.6361, slee@beneschlaw.com, for purposes of appearance as co-counsel on behalf of Defendant DeWitt Companies Limited, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stephen Chahn Lee to receive electronic filings in this case, and in support thereof states as follows:

1. Stephen Chahn Lee is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Illinois, Northern District of Illinois and Appellate Division of New York Supreme Court.

2. Movant, Matthew J. Langley, of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606, 312.212.4949, mlangley@beneschlaw.com, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen Chahn Lee has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Stephen Chahn Lee, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen Chahn Lee at email address: slee@beneschlaw.com.

WHEREFORE, Matthew J. Langley, moves this Court to enter an Order for Stephen Chahn Lee, to appear before this Court on behalf of Defendant DeWitt Companies Limited, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen Chahn Lee.

Date:  July 7, 2021                               Respectfully submitted,


                                                 */s/ Matthew J. Langley*
                                                 Matthew J. Langley  (FL #097331)
                                                 BENESCH, FRIEDLANDER, COPLAN
                                                    & ARONOFF LLP
                                                 71 South Wacker Drive, Suite 1600
                                                 Chicago, IL  60606-4637
                                                 Telephone:  312-212-4949
                                                 Facsimile:  312-767-9192
                                                 Email:  mlangley@beneschlaw.com

                                               *Attorney for Defendant DeWitt Companies Limited, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-CV-23242-BLOOM/LOUIS

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

     Plaintiff,

vs.

ABLE MOVING & STORAGE, INC.; ARPIN VAN LINES, INC.; CARTWRIGHT INTERNATIONAL VAN LINES, INC.; COLEMAN AMERICAN MOVING SERVICES, INC.; DEWITT COMPANIES LIMITED, LLC; HILLDRUP COMPANIES, INC.; J.K. MOVING & STORAGE INC.; MAYFLOWER TRANSIT, LLC; NEW WORLD VAN LINES, INC.; PARAMOUNT TRANSPORTATION SYSTEMS; PAXTON VAN LINES, INC.; AND WESTERN EXPRESS FORWARDING, LLC,

     Defendants.

## CERTIFICATION OF STEPHEN CHAHN LEE

Stephen Chahn Lee, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Illinois, Northern District of Illinois and Appellate Division of New York Supreme Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Date:  July 7, 2021                                                        */s/ Stephen Chahn Lee*
                                                                                                    Stephen Chahn Lee

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing *Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices for Electronic Filing* was filed electronically on this 7th day of July, 2021, with the Clerk of Court using the ECF system, which will send notifications of such to all counsel of record.

*/s/ Matthew J. Langley*
Matthew J. Langley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-CV-23242-BLOOM/LOUIS

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC.; ARPIN VAN LINES, INC.; CARTWRIGHT INTERNATIONAL VAN LINES, INC.; COLEMAN AMERICAN MOVING SERVICES, INC.; DEWITT COMPANIES LIMITED, LLC; HILLDRUP COMPANIES, INC.; J.K. MOVING & STORAGE INC.; MAYFLOWER TRANSIT, LLC; NEW WORLD VAN LINES, INC.; PARAMOUNT TRANSPORTATION SYSTEMS; PAXTON VAN LINES, INC.; AND WESTERN EXPRESS FORWARDING, LLC,

    Defendants.

**PROPOSED ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stephen Chahn Lee, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant fasctors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.   Stephen Chahn Lee, may appear and participate in this action on behalf of Defendant DeWitt Companies Limited, LLC.  The

Clerk shall provide electronic notification of all electronic filings to Stephen Chahn Lee, at email address: slee@beneschlaw.com.

IT IS SO ORDERED by the Court, this ___ day of _____.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies furnished to: All Counsel of Record