UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23242-BB

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

      Plaintiff,

v.

ABLE MOVING & STORAGE, INC.; ARPIN VAN LINES. INC.; CARTWRIGHT INTERNATIONAL VAN LINES, INC.; COLEMAN AMERICAN MOVING SERVICES, INC.; DEWITT COMPANIES LIMITED, LLC; HILLDRUP COMPANIES. INC.; J.K. MOVING & STORAGE INC.; MAYFLOWER TRANSIT, LLC; NEW WORLD VAN LINES, INC.; PARAMOUNT TRANSPORTATION SYSTEMS; PAXTON VAN LINES, INC.; AND WESTERN EXPRESS FORWARDING, LLC,

      Defendants.

_____/

## DEFENDANT CARTWRIGHT INTERNATIONAL VAN LINES INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cartwright International Van Lines, Inc. ("Cartwright") states that it is a wholly-owned subsidiary of Centre, Ltd., a privately held Delaware corporation. No publicly held company owns 10 percent or more of Cartwright's stock.

78818816.1

Dated:  July 13, 2021                                    Respectfully submitted,

*s/ Ghislaine G. Torres Bruner*
**Ghislaine G. Torres Bruner**
Florida Bar Number 546321
E-mail: gbruner@polsinelli.com
POLSINELLI PC
1111 Brickell Avenue, Suite 2800
Miami, FL  33131
Tel.:  305-921-1800
Fax:  305-921-1801

**Noam B. Fischman** (Pro Hac Vice forthcoming)
POLSINELLI PC
1401 I ("Eye") St., NW, Suite 800
Washington, DC 20005
Tel: 202-783-3300
Fax: 202-783-3535
nfischman@polsinelli.com

**Maria Fernanda Hubbard** (Pro Hac Vice forthcoming)
POLSINELLI PC
One East Washington Street, Suite 1200
Phoenix, Arizona 85004
Tel: 602-650-2000
Fax: 602-264-7033
mhubbard@polsinelli.com
*Counsel for Defendant Cartwright International Van Lines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the CM/ECF electronic filing system which will provide notice to all counsel of record this 13th day of July, 2021

Christopher Wayne Wadsworth
Wadsworth, Margrey & Dixon, LLP
261 N.E. 1st Street, 5th Floor
Miami, FL 33132
305-777-1000
cw@wadsworth-law.com
*Counsel for Able Moving & Storage Inc*

Matthew John Langley
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
312-624-6408
mlangley@beneschlaw.com
*Counsel for Dewitt Companies Limited LLC*

Stuart A. Berman
Lerch, Early & Brewer, Chtd.
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814
301.657.0729
saberman@lerchearly.com

Sammy Epelbaum
Robert Harris
Stack Fernandez & Harris
1001 Brickell Bay Drive, Suite 2650
Brickell, FL 33131
305-371-0001
sepelbaum@stackfernandez.com
rharris@stackfernandez.com
*Counsel for Paxton Van Lines Inc.*

Justin T. Berger
Sarvenaz J. Fahimi
Cotchett, Pitre & McCarthy
jberger@cpmlegal.com
sfahimi@cpmlegal.com

Ryon M. McCabe
McCabe Rabin, P.A.
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
561-659-7878
rmccabe@mccaberabin.com

Paul E. Pelletier
Law Offices of Paul E. Pelletier
3500 Morningside Drive
Fairfax, VA 22031
pepelletier3@gmail.com

*Counsel for Relator Sedona Partners LLC*

James Alan Weinkle
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132
305.961.9290
James.Weinkle@usdoj.gov
*Counsel for the United States of America*

/s/ Ghislaine G. Torres Bruner
*Counsel for Cartwright*

3

78818816.1