UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-cv-23242-BB

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al.*,

    Defendants.

## JOINT SCHEDULING REPORT

The Parties, by and through undersigned counsel, and pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 12], and S.D. Fla. L. R. 16.1(B), hereby submit their Joint Scheduling Report and attached proposed discovery plan and Scheduling Order, as follows:

### Meeting of the Parties

Pursuant to Local Rule 16.1(B), the Parties conducted their scheduling conference. The Parties agree that this case should be set for the Complex Track, as described in Local Rule 16.1(A)(2)(b).

(a)    <u>The likelihood of settlement</u>: The Parties' initial settlement discussions were unfruitful. The Parties will continue to discuss in good faith the possibility of amicably resolving this action.

(b)    <u>The likelihood of appearance in the action of additional parties</u>: The parties do not anticipate at this time joining additional parties to this action, but respectfully reserve the right to do so if during the course of discovery the need arises.

(c) <u>Proposed limits on time: (i) to join other parties and to amend the pleadings; (ii) to file and hear motions; and (iii) to complete discovery</u>: Pursuant to Local Rule 16.1(B)(2)(c), the Parties discussed and agreed to the following proposed time limits and deadlines:

    (i) The deadline to join other parties and to amend the pleadings should be <u>October 1, 2021</u>;

    (ii) The deadline to complete discovery should be <u>September 23, 2022</u>;

    (iii) The deadline to file and hear motions should be <u>October 14, 2022</u>; and

    (iv) For additional deadlines, see *infra* the Appendix attached hereto.

(d) <u>Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and time of motions for summary judgment or partial summary judgment</u>: The Parties have no proposals for the formulation and simplification of issues at this time, including the elimination of frivolous claims or defenses. The Parties will attempt in good faith to simplify issues as this action progresses.

(e) <u>The necessity or desirability of amendments to the pleadings</u>: The Parties respectfully reserve the right to move to amend the pleadings if during the course of this action, including discovery, the need arises.

(f) <u>The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence</u>: The Parties have agreed to attempt in good faith to stipulate to facts not in dispute and to the authenticity and admissibility of documents, electronically stored information or things, and to otherwise avoid unnecessary proof at trial.

(g) <u>Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence</u>: The Parties do not have any suggestions for the avoidance of unnecessary proof and of cumulative evidence at this time, other than narrowing the facts and issues for the Court's consideration, which the Parties will endeavor to do as represented in paragraph (f) above.

(h) <u>Suggestions on the Advisability of Referring Matters to the Magistrate Judge or master</u>: With two exceptions, the Parties agree to refer discovery motions to the Magistrate Judge. Notwithstanding, this agreement does not apply to any motion to stay discovery, which defendants plan to file in connection with the pendency of their respective motions to dismiss the case (*see* Appendix I, Note 1, below), or to any motions for sanctions that a party may opt to file in this case. Otherwise, the Parties are not aware at this time of any potential need for references to a special master or magistrate.

(i) <u>A preliminary estimate of the time required for trial</u>: The case is a jury trial. The Parties estimate 14-21 full court days.

(j) <u>Requested date or dates for conferences before trial, a final pretrial conference, and trial</u>: *See* Appendix 1 attached hereto.

(k) <u>Any issues about (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist</u>: The Parties have circulated a proposed ESI Order and are working in good faith to

3

file the proposed ESI Order with the Court. Based on the parties' preliminary discussions regarding this proposed ESI Order they believe the ESI checklist is unnecessary.

(l) <u>Any other information that might be helpful to the Court in setting the case for status or pretrial conference</u>:  None at this time.

(m) Election to Jurisdiction by a United States Magistrate Judge for Final Disposition of Motions. Pursuant to Appendix II attached hereto, the parties have indicated their preferences.

Dated: August 4, 2021 and respectfully submitted:

By: <u>Counsel for the Parties, as set forth below</u>

| | |
|---|---|
| Ryon McCabe, Esq.<br>Fla. Bar No. 009075<br>Robert C. Glass, Esq.<br>Fla. Bar No. 521633<br>McCabe Rabin, P.A.<br>1601 Forum Pl # 201<br>West Palm Beach, FL  33401<br>(561) 659-7878<br>rmccabe@mccaberabin.com<br>rglass@mccaberabin.com<br><br>Justin T. Berger, Esq.<br>Sarvenaz J. Fahimi, Esq.<br>Cotchett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA  94010<br>jberger@cpmlegal.com<br>sfahimi@cpmlegal.com | Irene Oria, Esq.<br>Fisherbroyles, LLP<br>199 E. Flagler St. #550<br>Miami, FL 33131<br>(786) 536-2838<br>irene.oria@fisherbroyles.com<br><br>Robert Thomas Wright , Jr., Esq.<br>Stroock Stroock & Lavan<br>200 S Biscayne Boulevard, Suite 3100 Wachovia Financial Ctr<br>Miami, FL 33131-2385<br>(305) 789-9337<br>RWright@stroock.com<br><br>**Attorneys for Defendant Able Moving & Storage, Inc.**<br><br>Ghislaine Torres Bruner, Esq.<br>Polsinelli PC<br>1401 Lawrence St, #2300<br>Denver, CO 80202<br>(303) 583-8259<br>gbruner@polsinelli.com<br><br>**Attorneys for Defendant Cartwright International** |

| | |
|---|---|
| Paul E. Pelletier, Esq.<br>Law Offices of Paul Pelletier<br>3500 Morningside Drive<br>Fairfax, VA 22031<br>pepelletier3@gmail.com<br><br>**Attorneys for Relator Sedona Partners LLC** | **Van Lines Inc.**<br><br>Aryeh Lev Kaplan, Esq.<br>Ariella Josefsberg Ederi, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>(786) 913-4883<br>aryeh.kaplan@pillsburylaw.com<br>ariella.ederi@pillsburylaw.com<br><br>Thomas C. Hill, Esq.<br>Alexis N. Wansac, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>1200 Seventeenth Street NW<br>Washington, DC 20036<br>(202) 663-8000<br>thomas.hill@pillsburylaw.com<br>alexis.wansac@pillsburylaw.com<br><br>**Attorneys for Defendant Coleman American Moving Services, Inc.**<br><br>Matthew John Langley<br>Stephen Chahn Lee<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>(312) 624-6408<br>mlangley@beneschlaw.com<br>slee@beneschlaw.com<br><br>Michael B. Silverstein, Esq.<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>41 South High St., Suite 2600<br>Columbus, OH 43215<br>(614) 223-9362<br>msilverstein@beneschlaw.com<br><br>**Attorneys for Defendant Dewitt Companies Limited LLC** |

|  | Justin Canner Sorel, Esq.<br>Cole Scott & Kissane<br>1645 Palm Beach Lakes Boulevard<br>2nd Floor<br>West Palm Beach, FL 33401<br>(561) 383-9200<br>justin.sorel@csklegal.com<br><br>Barry Adam Postman, Esq.<br>Cole Scott & Kissane<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL 33417<br>(561) 383-9200<br>barry.postman@csklegal.com<br><br>Kristin D. Kiehn, Esq.<br>Maura K. Monaghan, Esq.<br>Melanie M. Burke, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Ave<br>New York, NY 10022<br>(212) 909-6000<br>kdkiehn@debevoise.com<br>mkmonaghan@debevoise.com<br>mburke@debevoise.com<br><br>**Attorneys for Defendant Hilldrup Companies Inc.**<br><br>Alan D. Albert, Esq.<br>OHagan Meyer, PLLC<br>411 East Franklin Street, Suite 500<br>Richmond, VA 23219<br>(804) 403-7144<br>AAlbert@ohaganmeyer.com |
|---|---|

|  | C. Quinn Adams, Esq.<br>Charles G. Meyer, III, Esq.<br>Charles M. Sims, Esq.<br>OHagan Meyer, PLLC<br>411 East Franklin Street, Suite 500<br>Richmond, VA 23219<br>(804) 403-7125<br>CAdams@ohaganmeyer.com<br>CMeyer@ohaganmeyer.com<br>CSims@ohaganmeyer.com<br><br>Michael Isaac Kessler, Esq.<br>O'Hagan Meyer<br>21550 Oxnard Street, Suite 1050<br>Woodland Hills, CA 91367<br>(213) 306-1610<br>mkessler@ohaganmeyer.com<br><br>**Attorneys for Defendant J.K. Moving & Storage Inc.**<br><br>Andrew Michael Gordon, Esq.<br>Hinshaw & Culbertson LLP<br>1 East Broward Blvd., Suite 1010<br>Fort Lauderdale, FL 33301<br>(954) 467-7900<br>agordon@hinshawlaw.com<br><br>Brian R. Zeeck, Esq.<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>(312) 704-3028<br>bzeeck@hinshawlaw.com<br><br>**Attorneys for Defendant New World Van Lines Inc.** |

|  | Robert Mark Borak, Esq.<br>Spector Rubin, P.A.<br>3250 Mary Street, Suite 405<br>Miami, FL 33133<br>(305) 537-2000<br>robert.borak@spectorrubin.com<br><br>**Attorneys for Defendant Paramount Transportation Systems**<br><br>Robert Harris, Esq.<br>Sammy Epelbaum, Esq.<br>Stack Fernandez & Harris, P.A.<br>1001 Brickell Bay Drive<br>Suite 2650<br>Miami, FL 33131<br>(305) 371-0001<br>rharris@stackfernandez.com<br>sepelbaum@stackfernandez.com<br><br>Stuart A. Berman, Esq.<br>Lerch, Early & Brewer, Chtd.<br>7600 Wisconsin Avenue, Suite 700<br>Bethesda, MD 20814<br>(301) 657-0729<br>saberman@lerchearly.com<br><br>**Attorneys for Defendant Paxton Van Lines Inc.**<br><br>Craig Bennett Shapiro, Esq.<br>Buchbinder & Elegant, P.A.<br>46 S.W. 1 Street, 4th Floor<br>Miami, FL 33130<br>(305) 358-1515<br>cshapiro@belaw.cc<br><br>Thomas F. Murphy, Esq.<br>Friedlander Misler, PLLC<br>5335 Wisconsin Avenue, NW, Suite 600<br>Washington, DC 20015<br>(202) 872-0800<br>tmurphy@dclawfirm.com<br><br>**Attorneys for Defendant Western Express Forwarding LLC** |

# APPENDIX I
# JOINT PLANNING AND SCHEDULING REPORT[1]

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| 30 days after the entry of the Scheduling Order | Select mediator and schedule time, date and place for mediation |
| October 1, 2021 | Amend pleadings and join parties |
| July 1, 2022 | The parties exchange expert witness information, along with the summaries/reports required by Local Rule 16.1.K. |
| August 5, 2022 | The parties exchange rebuttal reports. |
| September 16, 2022 | Complete mediation |
| September 23, 2022 | Complete all discovery |
| October 14, 2022 | File all dispositive, *Daubert* **and** other pretrial motions not explicitly excluded by S.D. Fla. L.R. 7.1.A.1, and accompanying memoranda of law. |
| December 16, 2022 | Joint pretrial stipulation, proposed jury instructions and verdict form, or proposed finding of fact and conclusions of law, must be filed |
| January 9, 2023 | Pretrial conference |
| January 23, 2023 | Trial Date |

---

[1] All Defendants have filed or will be filing motions to dismiss which they believe are dispositive of the case. Defendants will also be filing a motion to stay discovery pending disposition of the motions to dismiss. As a result, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) and (f)(3)(A), Defendants object to making any initial disclosures or conducting discovery until their respective motions to dismiss have been ruled on by the Court. Relator objects to any delay in initial disclosures and objects to any stay of discovery. Further, depending on how the Court rules on the motions to dismiss, the schedule set forth herein may need to be amended.

## APPENDIX II
## JOINT PLANNING AND SCHEDULING REPORT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:20-cv-23242-BB/Louis**

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al.*,

    Defendants.

### ELECTION TO JURISDICTION BY A UNITED STATES
### MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs    Yes ___ NO _X_

2. Motions for Attorney's Fees    Yes ___ NO _X_

3. Motions for Sanctions    Yes ___ NO _X_

4. Motions to Dismiss    Yes ___ NO _X_

5. Motions for Summary Judgment    Yes ___ NO _X_

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-cv-23242-BB**

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

  Plaintiff,

vs.

ABLE MOVING & STORAGE, INC., *et al.*,

  Defendants.

**PROPOSED SCHEDULING ORDER**

  Pursuant to Local Rule 16.1 of the Local Rules of the United States District Court for the Southern District of Florida, the Court orders as follows:

  A. <u>Case Management Track</u>: This case is assigned to the "Complex Track" as defined by Local Rule 16.1(A)(2)(b).

  B. <u>Discovery Schedule Agreed to By the Parties</u>: The parties shall complete discovery no later than September 23, 2022. The parties shall exchange expert witness information, along with the summaries/reports required by Local Rule 16.1.K, no later than July 1, 2022. The parties shall furnish opposing counsel with rebuttal reports no later than August 5, 2022.

  C. <u>Joining Additional Parties and Amending the Pleadings</u>: The parties shall join additional parties and amend the pleadings no later than October 1, 2021, and thereafter, only in accordance with the standards set forth in the Federal Rules of Civil Procedure.

  D. <u>Filing of All Pretrial Motions</u>: All pretrial motions shall be filed no later than _____.

  E. <u>Resolving All Pretrial Motions by the Court</u>: All pretrial motions shall be resolved by the Court no later than _____.

11

  F. <u>Use of the Manual on Complex Litigation</u>:  Use of the Manual on Complex Litigation is unnecessary in this action.

  G. <u>Pretrial Conference</u>:  The pretrial conference in this action shall be held on _____.

  H. <u>Trial</u>:  The jury trial in this action shall be held on _____.

  DONE AND ORDERED in chambers in Miami, Florida this _____ day of _____, 2021.

                _____
                BETH BLOOM
                United States District Judge

Copies furnished to:

Counsel of Record