# EXHIBIT 2





# General Services Administration

# Employee Relocation Resource Center

## Transportation Management Services Solution 2.0

## User Guide

Need help? Contact the help desk at gsatmsshelp@gsa.gov or 866-668-3472.

Helpdesk Hours: Monday - Friday 8AM - 7PM ET excluding federal holidays

*TMSS 2.0 User Manual, September 2020*

1



# Contents

Getting Started ........................................................................................................ 4

  What is TMSS 2.0 ................................................................................................ 4

  Authorization to Use TMSS 2.0 .......................................................................... 4

  Definitions ............................................................................................................ 4

  Multi-Factor Log In .............................................................................................. 5

TMSS 2.0 User Manual for Agencies .................................................................... 7

  User Management ............................................................................................... 7

    New Agency User Registration ....................................................................... 7

    New Federal Customer and Agency Reporting Official Registration ..................... 13

    Agency Admin ............................................................................................... 18

      New User Approval ................................................................................... 18

      User Profile Management .......................................................................... 19

      Add a New Agency User ........................................................................... 22

      Modify User Information and Permissions .................................................. 24

      Delete a User ........................................................................................... 25

      Reset User Password ............................................................................... 27

  Household Goods Rate Query Search ............................................................... 29

    Completing the Search Screen ...................................................................... 29

    Reviewing, Organizing, and Downloading Search Results ............................ 31

  Book a Shipment and Create a Bill of Lading ................................................... 33

  Relocating Employee Customer Satisfaction Survey (GSA Form 3080) ............... 45

    Reviewing, Organizing, and Downloading Survey Results ........................... 45

    Requesting Survey Modifications .................................................................. 47

TMSS 2.0 User Manual for Transportation Service Providers ............................. 49

  TSP User Management ...................................................................................... 49

    User Profile Management .............................................................................. 49

    Create Carrier (TSP) User ............................................................................ 52

    Modify User .................................................................................................. 54



Delete User ................................................................................................... 56

Reset User Password ..................................................................................... 58

Local Agent Management ..................................................................................... 59

Add a Local Agent ........................................................................................... 60

Deleting an Active Local Agent ....................................................................... 61

TSP Rate Query Search ...................................................................................... 63

Completing the Search Screens ....................................................................... 63

Reviewing, Organizing, and Downloading Search Results ..................................... 65

Reviewing and Confirming a Household Goods Move Request ............................... 67

Bill of Lading ................................................................................................. 73

Shipment and Storage-In-Transit (SIT) Reports .................................................... 74

Negative Shipment Reports ............................................................................. 74

Report Templates ............................................................................................. 75

File Upload ..................................................................................................... 76

File Download ................................................................................................. 77

File Upload: Error Reports and Corrections ....................................................... 78

Extended Storage (XTOS) Reporting .................................................................... 80

Relocating Employee Customer Satisfaction Survey (GSA Form 3080) .................... 81

Initiating a 3080 Survey ................................................................................... 81

Viewing and Organizing Submitted 3080 Surveys ............................................... 84

Uploading GSA Form 3080 Surveys .................................................................. 86

Rate Filing ......................................................................................................... 88

Household Goods (HHG) Rate Filing .................................................................. 88

Extended Storage (XTOS) Rate Filing ............................................................... 88

Appendix: Agency Role Hierarchy ......................................................................... 90



# *Getting Started*

This user guide is intended to help agencies access and use the modernized Transportation Management Services Solution 2.0 (TMSS 2.0) site. This guide will walk you through the system's functionalities in detail. It is separated into two sections, one for agency users and one for transportation service providers.

## What is TMSS 2.0

TMSS 2.0 is a cloud-based online platform that supports the Centralized Household Goods Traffic Management Program (CHAMP). It allows users to manage the entire transportation process easily and efficiently. It grants agencies access to transportation service providers (TSPs), their customer satisfaction indices, and route-specific rate offers.

## Authorization to Use TMSS 2.0

To become an authorized TMSS 2.0 user, you must participate in CHAMP.

**Agencies:** Every civilian agency and quasi-government agency may use TMSS 2.0 to access GSA's CHAMP program. CHAMP is a tender procurement method for purchasing household goods moving services that features highly competitive rate offers and no lead time for procurement.

**Transportation service providers:** You must be authorized to use CHAMP in order to gain access to TMSS 2.0. To become an approved CHAMP TSP, visit gsa.gov for the application process. If your company is already approved, contact your internal TMSS 2.0 system administrator for access. Once approved GSA will register you in TMSS 2.0. Authorized service providers include:

- TSPs participating in the CHAMP program
- Rate file service providers who act on behalf of TSPs for their rate filing and shipment report submission needs
- Relocation services companies authorized by agencies

## Definitions

- Agency Reporting Official: The main point of contact for a Federal Customer (Agency/Bureau/Location)
- Agency Admin: A level of permission granted to an agency user that allows them to perform user management functions
- Agency User: A single user from a Federal Customer
- ERRC: GSA's Employee Relocation Resource Center
- FAIC: Federal Agency Identification Code
- Federal Customer: Any civilian federal government agency or quasi-government agency
- FRT: Freight shipments
- GSA Form 3080: An electronic customer satisfaction survey initiated by a TSP and sent directly to a relocating employee through TMSS 2.0
- HHG: Household Goods
- POV: Personally Owned Vehicle
- SCAC: Standard Carrier Alpha Code
- SIT: Storage In Transit
- TSP: transportation service provider; also known as a carrier or company



- UAB: Unaccompanied Air Baggage
- XTOS: Extended Storage

## Multi-Factor Log In

Once you are a registered user of TMSS 2.0, use these steps to access the system.

Step 1: Access TMSS 2.0 at https://tmss.gsa.gov/

Step 2: Log into the system using your e-mail address and password. If you have trouble logging in, contact the help desk at gsatmsshelp@gsa.gov or 866-668-3472.



Step 3: Click 'Send Verification email.'



Step 4: Check your email (and spam folder) for the verification code.

Step 5: Enter the code and select 'Do not challenge me on this device for the next 12 hours'. then click 'Verify'. This will allow you to log in to TMSS 2.0 for the following 12 hours without requiring a new verification code.



Step 6: Review the Terms of Service then select 'I accept the Terms of Service', and click 'OK'.





# *TMSS 2.0 User Manual for Agencies*

## User Management

### New Agency User Registration

Step 1: Visit https://tmss.gsa.gov

Step 2: Select 'New Federal Customer? Click here to register'.



Step 3: Select 'No'.



Step 4: Enter your email address. Click 'Continue'.

**Email**\*

| sampleemail@agency.gov | | Continue | Cancel |

Only .gov, .mil, .org or certain .com emails are allowed to register.

Step 5: Select 'Agency User (under an existing reporting official)'. Click 'Continue'.



**Email**\*

| sampleemail@agency.gov | | **Continue** | **Cancel** |

Only .gov, .mil, .org or certain .com emails are allowed to register.

**Registration Type**\*

○ Agency Reporting Official    ○ Agency User (under an existing Reporting Official)

If you are a supervisor managing employees, please register as an Agency Reporting Official. Otherwise register as Agency User

Step 6: Select your 'Agency Name' from the dropdown menu.



Step 7: Select your 'Bureau Name' from the dropdown menu.



Step 8: Select your 'Agency Reporting Official' from the dropdown menu. Note: If your agency does not have an Agency Reporting Official already established, then the appropriate individual within your agency will need to request access as an Agency Reporting Official and establish a New Federal Customer. Please see the *Agency Reporting Official* section below.



**Agency Name***

Department of Health and Human Services - 075

**Bureau Name***

Administration for Children and Families - 17

**Agency Reporting Official***

Choose...

⚠ Reporting Official is required

Step 9: Complete the required fields and click 'Submit'. All fields marked with red asterisks'*' are required.



First Name*

Last Name*

Middle Initial

Phone*

Do not include spaces or dashes

Email*

sampleemail@agency.gov

Submit    Cancel

Step 10: Check your email for next steps. Be sure to check your spam folder.



Agency User Registration

Your registration request has been received.
Please check your email for instructions on how to confirm your registration.
Click 'Close(X)' to close the browser or click the 'GSA' logo on the top of this page to go to the home page.

Step 11: Click on the link in your email then enter your email address and click continue.

9





Step 12: Review the information in the required fields, then click 'Confirm'.

Agency User Registration

Please review the below registration information and make any needed corrections. Once all is correct, select "Confirm" to complete your registration request or select "Cancel" to go back.

Registration Type*

Agency User

Step 13: You will receive an email confirming your request for registration. Your Agency Reporting Official will review your request, and TMSS 2.0 will notify you by email after your Agency Reporting Official accepts (or rejects) the request. Note: Your Agency Reporting Official may have assigned other TMSS 2.0 users with User Admin rights under their account. Anyone with User Admin Rights under your Agency Reporting Official can process your request.



Subject: Thank you for confirming your registration with TMSS 2.0

Dear FIRST NAME,

Thank you for confirming your registration with GSA's Transportation Management Services Solution (TMSS 2.0). Upon review of your request, you will be notified via email of approval or disapproval.

If you do not receive notification of approval or disapproval within 7 business days, please contact the GSA TMSS support team at 1 (866) 668-3472 or via email gsatmsshelp@gsa.gov.

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team


This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

## Agency User Registration

Your registration confirmation has been received.
Please check your email for confirmation and continue to watch your email for further instructions on your approval request.
Click 'Close(X)' to close the browser or click the 'GSA' logo on the top of this page to go to the home page.

Step 14: If your request is accepted, click on the link in the email to login.

Subject: TMSS 2.0 New User Registration has been approved - Action Required

Dear FIRST NAME,

Welcome to GSA's Transportation Management Services Solution 2.0 (TMSS 2.0). Your registration has been approved for access to HHG & FRT only.

Please click the link provided below to setup a password which will complete your registration process and you will be able to access TMSS 2.0

Click here to setup your TMSS 2.0 account.

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.

Step 15: You will be required to create a password. A new password must be at least 12 characters and include a lowercase letter, an uppercase letter, a number, and a symbol. It cannot include any parts of



your username, your first name, or or your last name. Your password cannot be any of your previous 24 passwords.

Complete all fields and click 'Create Password'.



Step 16: Click on 'click here to proceed to login.'

## Create Password

Your password and secret question have been updated. Please click here to proceed to login to TMSS with your credentials

Step 17: Enter your email and password to login in.

Step 18: Click 'Send verification email.'

Step 19: Check your email (and spam folder) for the verification code.



Step 20: Enter the code and select 'Do not challenge me on this device for the next 12 hours'.

Step 21: Click 'Verify'. This will allow you to login to TMSS 2.0 for the following 12 hours without requiring the verification code.



Step 22: Review the Terms of Service then select 'I accept the Terms of Service' and click 'OK'.



## New Federal Customer and Agency Reporting Official Registration

For a user requesting access to TMSS 2.0 as an Agency Reporting Official and creating a new Federal Customer.

Step 1: Visit https://tmss.gsa.gov.

Step 2: Click 'New Federal Customer? Click here to register' in the upper right-hand corner.



Step 3: Select 'No'.



Step 4: Enter your email address and click 'Continue'.



Step 5: Choose 'Agency User (under an existing Reporting Official)' and follow Agency User Registration steps 5-8 (above) to first determine if your agency already has an established account in TMSS 2.0.



If an Agency Reporting Official exists, the person's details will show up on this list.



You will need to register as an 'Agency User' instead of as an 'Agency Reporting Official'. Contact ERRC at errc@gsa.gov to inform us of staff changes and to clarify multiple accounts before proceeding.

Step 6: If no Agency Reporting Official from your agency is listed, repeat steps 1-4, then select 'Agency Reporting Official'.



Step 7: Complete the required fields and click 'Submit'. All fields marked with red asterisks'*' are required.



Step 8: Check your email for further instructions. Don't forget to check your spam folder. The ERRC will be notified of your request to access to TMSS 2.0 as an Agency Reporting Official.



SAMPLE

Subject: Thank you for registering with TMSS 2.0 - Action Required

Dear First Name,

Thank you for registering with GSA Transportation Management Services Solution (TMSS 2.0). Your registration application has been received. Please confirm your registration by either:

1. Clicking the link below; OR

2. Return to TMSS 2.0 website, click 'Register', when prompted 'Are you confirming an existing registration?', click 'Yes' then enter the Registration ID provided below.

Click here to confirm your registration

Registration Id: 6

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.

TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

Once the ERRC reviews your request, we will notify you by email of our decision. If approved, that email will contain instructions on how to log on to TMSS 2.0.

Subject: TMSS 2.0 New REPORTING OFFICIAL registration has been approved -Action Required

Dear First Name,

Welcome to GSA's Transportation Management Services Solution 2.0 (TMSS 2.0).

Your registration has been approved for access to HHG & FRT only.

Please click the link provided below to setup a password which will complete your registration process and you will be able to access TMSS 2.0

Click here to setup your TMSS 2.0 account

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.

TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov



You will be given Agency Admin rights that allow you to add and delete users, reset user passwords, and determine the permissions of new and existing Agency Admin users and Agency Users. See the *Agency Admin* section below.

## Agency Admin

Agency Admin rights give you the ability to add and delete users, reset passwords and set permissions of other users under your Agency Reporting Official account. The Agency Reporting Official is setup by the ERRC and is granted Agency Admin rights. Your permissions are determined by your Agency Reporting Official.

### New User Approval

If a new user requests access to TMSS 2.0, the Agency Reporting Official will receive an email notification of the request. Any user with Agency Admin permissions can approve or deny the request.

---

Subject: TMSS 2.0 New User Request – Action Required

Dear First Name,

A user has requested access to GSA's Transportation Management Services Solution 2.0 (TMSS 2.0) and has identified you as the Reporting Official. Please log on to TMSS 2.0 and review the request and either accept or reject it. Based on your action, the user will receive an email with additional instructions.

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.

TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

---

Step 1: Log in to TMSS 2.0 and hover over the 'Other' item in the gray menu bar. Select 'User Approval' from the dropdown menu.



Step 2: Click on the 'Registration Type' dropdown menu and select 'User'. Under the 'Status' dropdown menu, select 'Confirmed by User and Waiting for Approval' to approve the request.



Step 3: You will see a list of users waiting to be reviewed by you. Scroll to the right and click on the user's name.



Step 4: Review the user's request and go to the Status dropdown then select Accept or Reject. Click 'Submit'.



Step 5: If approved, the user will get an email with instructions to access TMSS 2.0. If access is rejected, the user will get an email stating the reasons for rejection you provided.

## User Profile Management

Step 1: From the home screen hover over your name in the right hand corner. This will show a snapshot of your user profile including your role in the TMSS 2.0 system, email address, agency name, and program permissions.



Step 2: Click on 'User Profile'.

Step 3: You can edit the fields as needed and click 'Update' to save changes. Items marked with a red asterisk (*) are required.



Step 4: Click on three dots in upper right corner of the screen to access more profile options.



Step 5: A dropdown menu will appear.



Step 6: Select 'Account Info.'

Step 7: Under 'Account Info', you can change your password.

A new password must be at least 12 characters and include a lowercase letter, an uppercase letter, a number, and a symbol. It cannot include any parts of your username, your first name, or or your last name. Your password cannot be any of your previous 24 passwords.

**CHANGE PASSWORD**

Current Password

New Password

Password must be at least 12 characters, a lowercase letter, an uppercase letter, a number, a symbol, no parts of your username, does not include your first name, does not include your last name. Your password cannot be any of your last 24 passwords.

Change Password

Step 8: You can change your password security question.

**FORGOT PASSWORD QUESTION**

Select a forgotten password question so you can reset your password in case you have trouble signing in to your GSA account. **Security Question**

Choose...

Update

Step 9: Once you click 'Update' you will return to the User Profile page.

21



## Add a New Agency User

If you are an Agency Admin or Agency Reporting Official, then you can add new agency users from your TMSS profile page.

Step 1: Click on your name in the upper right corner of the page to access the User Profile page



Step 2: Click on the three dots menu symbol and select 'User List.'



Step 3: Click on the three dots menu symbol and select 'Create User'.





Step 4: Complete the form. Fields marked with a red asterisk (*) are required.

Step 5: Click on the karat in the 'Permissions' field and select a new permission level from the dropdown menu.



Step 6: Click 'Create'.



Step 7: A confirmation message will pop up.



## Modify User Information and Permissions

Step 1: Click on your name in the upper right corner of the page to access the User Profile page

Note: If you have just approved a user and cannot click on your name, click on the GSA TMSS 2.0 logo in the upper left corner then click on your name in the upper right corner.



Step 2: Click on the three dots menu symbol and select 'User List.'



Step 3: Select the user you wish to modify from the User List by clicking on the user's email address.



Step 4: Change the person's personal information as needed and click 'Save'.

Note: Only GSA ERRC staff can change an email address.

Step 5: To change user permissions, click on the karat in the 'Permissions' field and select a new permission level from the dropdown menu.



## Delete a User

Step 1: Click on your name in the upper right corner of the page to access the User Profile page



Step 2: Click on the three dots menu symbol and select 'User List.'



Step 3: Select the user you wish to delete from the User List by clicking on the user's email address.



Step 4: Click the 'Delete' button.



Step 5: A confirmation pop-up message will appear. Click 'Yes'.



Step 6: A confirmation message will pop up.



## Reset User Password

Step 1: Click on your name in the upper right corner of the page to access the User Profile page.



Step 2: Click on the three dots menu symbol and select 'User List.'

27



Step 3: Select the user for whom you wish to reset the password from the User List by clicking on the user's email address.



Step 4: Click on the 'Reset Password' button to send the user an email with a link to reset and a temporary password.

---

Subject: TMSS 2.0 Password Reset Instructions - Action Required

Dear First Name,

Please reset your password using Temporary password by clicking on the link bellow. You will also need the temporary password provided in this email.

Temporary password is only valid for next 72 hours.

Please contact application administrator if you think you got this email in error.

Click here to reset the password

Temporary Password: 5+P%F9f+w8sS

NOTE: IF YOU ARE UNABLE TO CLICK THE RESET PASSWORD LINK DUE TO SECURITY/FIREWALL, PLEASE RIGHT CLICK ON THE LINK AND SELECT COPY LINK ADDRESS AND PASTE THE URL IN SEPARATE TAB OR WINDOW

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

---



## Household Goods Rate Query Search

You can create and run queries to see competitive costs for domestic and international shipments from Point A to Point B.

### Completing the Search Screen

Step 1: Hover over 'Shipment Options' in the gray menu bar above the homepage image.

Step 2: Select 'HHG Queries' from the dropdown menu.



Step 3: Complete the form fields. All fields marked with red asterisks (*) are required.

Under 'Shipment Type', all users have access to 'General' and 'Extended Storage' rate offers. Some users have access to Alternating rates, Non-Alternating rates, or both if their agency has rate offers on file that apply specifically to them. Alternating and Non-Alternating rate codes will be listed under 'Shipment ID'.



To find Origin and Destination cities, insert the zip code in the 'Search Origin' and 'Search Destination' boxes and the system will present a drop menu with cities associated with that zip code. You may also search by typing a city name.

For an international location, select the appropriate 'Country' from the dropdown menu. No city, state, or zip code will be required.

Step 4: Enter the estimated shipment weight in pounds and select a vehicle class from the dropdown menu if applicable. Depending on the query, you may also be able to enter an estimated Unaccompanied Air Baggage (UAB) weight in pounds in the 'Estimated UAB (lbs)' field.



Step 5: View Storage in Transit (SIT) costs at either 'Destination' or 'Origin' from the 'SIT' dropdown menu. The query results will show SIT for 30, 60 and 90 days.



The 'SIT Breakdown' field defaults to 'No'. You can ask for a unique SIT breakdown by selecting 'Yes' in the 'SIT Breakdown' dropdown menu and inputting a specific number a days in the 'No. of Days' field.





Step 6: Click on the 'Query' button at the bottom left of the screen and scroll down to see the query results.

| UAB Charge | Vehicle | Total | SIT % | Dest 30 Days | Dest 60 Days | Dest 90 Days | Dest 1st Day | Dest Each Add'l Day | Dest Dlvy Out (Under 50 miles) | Total SIT |
|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $3,943.89 | 45% | $1,422.41 | $1,726.57 | $2,030.73 | $261.69 | $10.14 | $866.70 | $1,493.43 |
| $0.00 | $0.00 | $3,943.89 | 45% | $1,422.41 | $1,726.57 | $2,030.73 | $261.69 | $10.14 | $866.70 | $1,493.43 |
| $0.00 | $0.00 | $4,033.52 | 50% | $1,580.46 | $1,918.41 | $2,256.37 | $290.77 | $11.27 | $963.00 | $1,659.49 |
| $0.00 | $0.00 | $3,854.25 | 55% | $1,738.50 | $2,110.25 | $2,482.00 | $319.85 | $12.39 | $1,059.30 | $1,825.19 |
| $0.00 | $0.00 | $4,392.06 | 50% | $1,580.46 | $1,918.41 | $2,256.37 | $290.77 | $11.27 | $963.00 | $1,659.49 |
| $0.00 | $0.00 | $3,495.72 | 56% | $1,770.11 | $2,148.62 | $2,527.13 | $325.66 | $12.62 | $1,078.56 | $1,858.54 |
| $0.00 | $0.00 | $4,033.52 | 55% | $1,738.50 | $2,110.25 | $2,482.00 | $319.85 | $12.39 | $1,059.30 | $1,825.19 |
| $0.00 | $0.00 | $3,764.62 | 55% | $1,738.50 | $2,110.25 | $2,482.00 | $319.85 | $12.39 | $1,059.30 | $1,825.19 |
| $0.00 | $0.00 | $3,854.25 | 45% | $1,422.41 | $1,726.57 | $2,030.73 | $261.69 | $10.14 | $866.70 | $1,493.43 |
| $0.00 | $0.00 | $3,854.25 | 56% | $1,770.11 | $2,148.62 | $2,527.13 | $325.66 | $12.62 | $1,078.56 | $1,858.54 |
| $0.00 | $0.00 | $3,495.72 | 56% | $1,770.11 | $2,148.62 | $2,527.13 | $325.66 | $12.62 | $1,078.56 | $1,858.54 |
| $0.00 | $0.00 | $3,495.72 | 56% | $1,770.11 | $2,148.62 | $2,527.13 | $325.66 | $12.62 | $1,078.56 | $1,858.54 |

## Reviewing, Organizing, and Downloading Search Results

Step 1: You can alter the query results table displayed as you wish and customize the columns you would like to view.

Pin the columns so they don't move as you scroll through the results.



Search for results that contain or exclude specific criteria.

31





Filter results by checking and unchecking columns to include.



Step 2: Once you have the query results table the way you want it, select the top left box that says 'Export to CSV' or right click anywhere in the spreadsheet and select from the export list to download as a spreadsheet.



# Book a Shipment and Create a Bill of Lading

Once you determine the Transportation Service Provider (TSP) you would like to use, you can follow the steps below to book a shipment based on your requirements.

Step 1: Click on the SCAC for the TSP you are selecting. Confirm your selection by clicking 'Yes.'





Step 2: Make your selections and enter information in the fields. All fields marked with red asterisks'*' are required.

Identify the elements to be booked*
☑ HHG           UAB           ☑ POV

| HOUSEHOLD GOODS - BOOK SHIPMENT | | | |
|---|---|---|---|
| Shipper: | ///// | SCAC: | ///// |
| Customer: | ////////////// | Phone: | ///// |
| Phone: | 1112223333 | Email: | /////////// |
| Email: | ////////// | | |

| SHIPMENT INFORMATION | | | |
|---|---|---|---|

Book Shipment Id: 139

Enter origin, destination & other addresses   [Addresses]

| Relocating Employee's First Name* | | MI | Last Name* |
|---|---|---|---|
| Employee First Name | | M | Employee Last Name |

| Relocating Employee's Phone | | Email | |
|---|---|---|---|
| 1112223333 | | employeeemail@agency.gov | |

| Designated Rep Releasing First Name | | MI | Last Name |
|---|---|---|---|
| Designated Rep Releasing First Name | | Enter Value Here | Designated Rep Releasing Last Name |

| Requested Packing Date | Pickup/Move Date* | | Required Delivery Date |
|---|---|---|---|
| 03/13/2020 | 03/16/2020 | | 04/02/2020 |

| Estimated Mileage: | 3019 | | Estimated Weight: | 10000 |
|---|---|---|---|---|
| Vehicle Shipped: | Category II | | Unaccompanied Air Baggage: | |
| SRO selected: | General | | | |
| Pre-Move Survey Type: | None | ▾ | Pre-Move Survey Required: | None | ▾ |
| Professional Books, Papers & Equipment | No | ▾ | | |

34



Step 3: Click on the blue 'Addresses' button. All addresses must be completed before confirming the shipment. For Origin Addresses, you must complete the Origin, Shipper, and Bill to. For Destination Addresses, you must complete the Destination and Consignee Address. The Issuing Office will default to your Reporting Official's name, title, and office.





Step 4: Complete the fields. All fields marked with red asterisks'*' are required. You may also store addresses to be used now and for future use. This is most helpful for the Shipper address as this address may be used for other relocating employees in the future.



Step 5: To enter an address for future use, click the blue 'Select Address' button and complete the fields. Click the blue 'Add to List' button. Then select the address.



**ONLINE-BOOK SHIPMENT - SEARCH SHIPPER ADDRESS**





Step 6: Click the blue 'Save Addresses' button.

Step 7: To authorize accessorial services, click on the blue 'Accessorials' button.



Step 8: Click on the dropdown menu and select the Accessorial services you are authorizing.



Step 9: Complete any additional information required for the accessorial service you selected. You may add notes for the TSP. Click the blue 'Save' button.



Step 10: Decide to proceed with either off-line booking or on-line booking.

Choose the 'Off-Line Booking' if you wish to speak to the TSP directly to accept the shipment. Work out the details with the TSP prior to completing the form in TMSS 2.0. Then return to TMSS 2.0 and proceed with Step 11.

Choose 'On-Line Booking' if you prefer the TMSS 2.0 system to send an electronic request directly to the TSP and skip to Step 13.

Step 11: If you choose '**Off-line Booking**', check the box next to 'Off-line Booking'.



Step12: Click 'Confirm'. The shipment status will change to 'Accepted' and the 'Continue to Bill of Lading Details' button will be available.



You can proceed immediately with creating a bill of lading (See Step 21) or return later to create the bill of lading (See Step 16).

Note: If you need to make changes to the shipment, contact the TSP directly.

Step 13: For an '**On-line Booking**', choose from the relevant dropdown menus to give the TSP either a specified number of days or number of hours to respond to the request.



Step 14: Select 'Confirm' to submit the booking request to the TSP. TMSS 2.0 will generate an email to the TSP requesting electronic acceptance of the shipment. Until the TSP accepts the shipment, the status will remain as 'Pending.'



Step 15: After the TSP accepts the shipment, you will be notified by email. The email will contain a booking shipment number.



Subject: TMSS 2.0 Shipment acceptance received from TSP

Dear TMSS 2.0 Shipper,

Your request for booking shipment number 50 has been accepted by
COMPANY NAME.

Please access the Transportation Management Services Solution 2.0 (TMSS 2.0) at http://tmss.gsa.gov  to proceed
with booking and Bill Of Lading (BOL) generation.

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

Step 16: Log in to TMSS 2.0 to confirm the booking.

Step 17: Click on the 'Shipment Options' dropdown menu and select HHG Shipment.

Step 18: You will see a list of all of your agency's shipments. Click on the appropriate Shipment ID link.



Step 19: Click on the blue 'Book Shipments' button.



Step 20: Review the information and any TSP additional comments. If no changes are required, continue to the Bill of Lading Details (Step 21).

If you need to make any changes, then edit the form and click 'Confirm'. This will initiate an email to the TSP and return the shipment to a pending status. Then repeat Steps 2 – 14.



Step 21: To create a Bill of Lading, click the blue 'Continue to Bill of Lading Details' button.



Step 22: Complete the fields. All fields marked with red asterisks '*' are required.



Step 23: Click on the 'Preview Bill of Lading' button to review details. This preview will not show a bill of lading number. If there is more than one shipment element (HHG, POV, UAB), then the preview shows you a bill of lading for each element.

Step 24: Click the 'Generate Bill of Lading' button. A unique bill of lading number will be assigned to each shipment element (HHG, POV, UAB). You can identify the associated bills of lading by looking at the extensions: HHG, POV or UAB (ex. ######-HHG, #####-POV, or #####-UAB).



| **Privately Owned Personal Property Bill of Lading** | | **ORIGINAL** |
|---|---|---|

GSA Transportation Management Services Solution Electronic Bill of Lading
This Government shipment is subject to terms and conditions of 41 CFR 102-117 & 118 and the U.S. Government Freight Transportation Handbook.

| **Bill of Lading No** | **1. Shipment ID** | **2. Date BL Issued** | **3. Authority for Shipment** |
|---|---|---|---|
| P0000021-HHG | 141 | 3/11/2020 | Travel Order No |

| **4. TSP Name Tendered To** | **5. Requested Packing Date** | **6. Reqd. Delivery Date** | **7. Date of Order** |
|---|---|---|---|
| | 3/13/2020 | 4/2/2020 | 2/28/2020 |

| **8. SCAC** | **9. TIN** | **10. DUNS** | **11. TSP Pro Bill No** | **12. Agency Shipment ID No** |
|---|---|---|---|---|
| | | | Sample Pro Bill No. | Sample Shipment ID |

**13. Appropriations Chargeable**

APPROPRIATION CHARGE CODE     : Sample12345
OTHER APPROPRIATION CHARGE CODE    : Other Sample 2345

**14. Property Owners Name**  Employee First Name Employee Last Name

| **15. Destination** | **16. Origin** |
|---|---|
| Sample Destination Address<br>PORTLAND ME 04106<br>UNITED STATES<br>2221113333<br>Other Details: | Sample Origin Address<br>SEATTLE WA 98102<br>UNITED STATES<br>1112223333<br>Other Details: |
| **17. Extra Pickup and/or Delivery** | **18. Bill Charges To**<br>Sample Bill to Address<br>WASHINGTON DC 20405<br>UNITED STATES<br>3334445555<br><br>**18a. Agency Location Code** |

**19. Remarks**

Sample Additional Remarks

**See Page 2 For Accessorial Requests**
Used Household Goods and Personal effects estimated    10000    pounds. Fiscal officer will recover only excess valuation charges from
employee. Shipment is released at full replacement protection of  $6.00                x the net weight of the shipment or  $60000.0 , whichever is lesser.

| **20. Packages** | | **21. Description of Shipment** |
|---|---|---|
| **a. No** | **b. Kind** | Issued at lowest valuation cited in appropriate tender unless otherwise stated hereon |
| 1 | LOT | USED HOUSEHOLD GOODS AND PERSONAL EFFECTS Est Wt.: 10000 lbs. |

**22. Tariff/Tender/Special Rate Authority:** C21G

| **For Use of Issuing Office** | | |
|---|---|---|
| **23a. Issuing Office** | | |
| **23b. Issuing Officer** | | |

| **Applicable Destination Information** | | | |
|---|---|---|---|
| **25a. Date** | **25b. Actual Delivery Point** | **25c. Delivered this Consignment to** | ☐ **Storage in Transit** |
| | | | ☐ **Residence** |
| **25d. Name of Delivering TSP** | **25e. Complete & in Apparent Good Order Except as may be Indicated Hereafter** | ☐ Storage  ☐ Damage | ☐ **Carrier OS&D Report Attached** |
| **25f. Name of Destination TSP** | TSP to execute & attach Certificate of Storage & Liability for Shipment placed in Storage in Transit | | |

43



| **Bill of Lading Continuaton Sheet**<br>**GSA Transportation Management Services Solution Electronics Bill of Lading**<br>This Government shipment is subject to terms and conditions of 41 EFR 102-117 & 118 and the U.S.<br>Government Freight Transportation Handbook. | | **ORIGINAL** |
|---|---|---|
| | | **Bill of Lading No.**<br>**P0000021-HHG** |

| | 1. Shipment ID<br><br>141 | 2. Sheet No.<br><br>2/2 |
|---|---|---|

**3. Issuing Office**

| 4. Packages | | 5. Description |
|---|---|---|
| a. No. | b. Kind | **Accessorials Selected** |
| | | 190-1 - Cost of Extra valuation for transportation<br>The Employee has declared a value in excess of the base valuation of $6.00 x the net weight of the shipment related to the Transportation portion of the shipment. The amount of the excess valuation is $80000.00. As a result, a Full Value Protection Service Shipment Charge of $0.85 per $100 will apply on that portion of the valuation declared in excess of $6.00 times the net weight of the shipment. The Government will pay the carrier for this excess valuation and will then collect it from the employee. |



## Relocating Employee Customer Satisfaction Survey (GSA Form 3080)

### Reviewing, Organizing, and Downloading Survey Results

Step 1: Login in to TMSS 2.0 and hover over the 'GSA 3080' dropdown in the gray menu bar and select 'GSA 3080 AMC Report'. You can view the surveys for relocating employees under your Agency Reporting Official.



Step 2: You can alter the table displayed as you wish and customize the columns you would like to view.

Pin the columns so they don't move as you scroll through the results.



Search for results that contain or exclude specific criteria.



GSA 3080 AMC Report

Filter results by checking and unchecking columns to include.

GSA 3080 AMC Report



Step 3: Once you have the query results table the way you want it, select the top left box that says 'Export to CSV' or right click anywhere in the spreadsheet and select from the export list to download as a spreadsheet.

Step 4: To review an individual employee survey, click on the bill of lading number then you can view the shipment information and survey results.

46



| Bill of Lading Number | BOL Type |
|---|---|
| | HHG |

## Domestic - HOUSEHOLD GOODS (HHG)

Survey No:

Please review the details and click 'Submit Request' for any additional changes

**EMPLOYEE/TRANSFEREE DETAILS**

| First Name * | Middle Initial | Last Name * | Telephone * | Extension | Email * |
|---|---|---|---|---|---|
| | | | | 0 | |

**B/L OFFICER/ AGENCY MOVE COORDINATOR WHO INITIATED THIS MOVE**

| First Name * | Middle Initial | Last Name * | Telephone * | Extension | Email * |
|---|---|---|---|---|---|
| | | | | 0 | |

**CARRIER CONTACT WHO INITIATES THIS SURVEY**

| First Name * | Middle Initial | Last Name * | Telephone * | Extension | Email * |
|---|---|---|---|---|---|
| | | | | 0 | |

**OLD DUTY STATIONS**

| Country * | Search Old Duty Station: * | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES | | | | |

**NEW DUTY STATIONS**

| Country * | Search New Duty Station: * | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES | | | MT | |

**SHIPMENT INFORMATION**

| SCAC: * | Federal Agency ID * | Agency Location ID * | Pick Up Date * | Delivery Date * |
|---|---|---|---|---|
| | | | 01/14/2020 | 01/21/2020 |

| BOL Number * | BOL Type * |
|---|---|
| N5197053 | HHG |

This survey is requesting that you evaluate the shipment of your **HOUSEHOLD GOODS (HHG)** for your recent Domestic relocation. If you also had a privately owned vehicle (POV) and/or unaccompanied air baggage (UAB) shipment(s) as part of your relocation, you should receive additional 3080 Surveys for these components of your relocation as well. If you do not, please contact your Agency Move Coordinator.

Quality of Packing ★ ★ ★ ★ ☆

Damage to Items ★ ★ ★ ☆ ☆

Personal Courtesy of Workers ★ ★ ★ ☆ ☆

Delivery/Pickup within Scheduled Timeframe ★ ★ ★ ★ ★

Clear Communication of Service Provided ★ ★ ★ ★ ★

Responsive in Resolving Problems ★ ★ ★ ★ ★

Overall Quality of Service ★ ★ ★ ★ ☆

Additional Comments

0

## Requesting Survey Modifications

Step 1: To request a modification, select 'Modification Request' and type the reason for your request in the 'Modification Comments' box then click on the 'Submit Request' button. Your request will be submitted to GSA ERRC for review.

**GSA**

**Modification Request** ☑

**Modification Comments**

Enter the reasons for your request for modification here.

[Submit Request]  [Reset]  [Back]



# TMSS 2.0 User Manual for Transportation Service Providers

## TSP User Management

### User Profile Management

Step 1: From the home screen hover over your name in the right hand corner. This will show a snapshot of your user profile including your role in the TMSS 2.0 system, email address, SCAC code, TSP name, and TMSS permission.



Step 2: Click on 'User Profile'.

Step 3: You can edit the fields as needed. Items marked with a red asterisk (*) are required.



Step 4: Click 'Update' to save changes.

Step 5: Click on three dots in upper right corner of the screen to access more profile options.



Step 6: Choose 'Account Info'.



Step 7: Under 'Account Info', you can change your password.

A new password must be at least 12 characters and include a lowercase letter, an uppercase letter, a number, and a symbol. It cannot include any parts of your username, your first name, or or your last name. Your password cannot be any of your previous 24 passwords.



Step 8: You can change your password security question.



Step 9: Once you click 'Update' you will return to the User Profile page.

## Create Carrier (TSP) User

Step 1: From your User Profile page hover over the three dots and click on 'User List'.



Step 2: A list of all the users under that SCAC and company name will populate. This will show all users' roles within TMSS 2.0.

- Carrier User Admin can add, edit, or delete users and complete rate filing and shipment reports.
- Carrier User RF can complete rate filing and shipment reports.
- Carrier User can complete basic functions but cannot change other users' roles.



Step 3: Click on the three dots in the upper right hand corner and click on 'Create User'.



Step 4: Complete the form. Items marked with a red asterisk (*) are required.



Step 5: Select the permissions for the new user. Click 'Create'.



Step 6: A confirmation pop up will appear. The new user will receive an email with a temporary password and instructions for accessing TMSS 2.0. The new user's name will appear at the bottom of the User List.



## Modify User

Step 1: Click on your name in the upper right corner of the page to access the User Profile page

Step 2: Click on the three dots menu symbol and select 'User List.'



Step 3: A list of all the users under that SCAC and company name will populate. This will show all users' roles within TMSS 2.0.

54



Step 4: Select the user you wish to modify from the User List by clicking on the user's email address.

Step 5: Change the person's personal information as needed. To change user permissions, click on the karat in the 'Permissions' field and select a new permission level from the dropdown menu.

Note: Only GSA ERRC staff can change an email address.



Step 6: Click 'Save'.  A confirmation window will pop up and you will be returned to the User List.



## Delete User

Step 1: Click on your name in the upper right corner of the page to access the User Profile page

Step 2: Click on the three dots menu symbol and select 'User List.'



Step 3: A list of all the users under that SCAC and company name will populate. This will show all users' roles within TMSS 2.0.

56



Step 4: Select the user you wish to delete from the User List by clicking on the user's email address.

Step 5: Within the user profile, click on the 'Delete' button.

Step 6: A deletion confirmation window will pop up. Click 'Yes' to confirm deletion.



Step 7: A deletion confirmation window will pop up and you will be returned to the User List.





## Reset User Password

Step 1: Click on your name in the upper right corner of the page to access the User Profile page

Step 2: Click on the three dots menu symbol and select 'User List.'

Step 3: Select the user for whom you wish to reset the password from the User List by clicking on the user's email address.



Step 4: Click on the 'Reset Password' button to send the user an email with a link to reset and a temporary password.



Dear First Name,

Please reset your password using Temporary password by clicking on the link bellow. You will also need the temporary password provided in this email.

Temporary password is only valid for next 72 hours.

Please contact application administrator if you think you got this email in error.

Click here to reset the password

Temporary Password: 5+P%F9f+w8sS

NOTE: IF YOU ARE UNABLE TO CLICK THE RESET PASSWORD LINK DUE TO SECURITY/FIREWALL. PLEASE RIGHT CLICK ON THE LINK AND SELECT COPY LINK ADDRESS AND PASTE THE URL IN SEPARATE TAB OR WINDOW

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

## Local Agent Management

The primary TSP may choose to select and assign local agents. The local agent functionality includes the ability for a TSP to manage its local agents. The primary TSP is responsible for adding its local agents which will be displayed in a drop down box. A primary TSP can also be a local agent for another TSP.



## Add a Local Agent

Step 1: From the TMSS home screen hover over the 'Other' link in the gray menu bar above the homepage image.

Step 2: Select 'Local Agents'.



Step 3: Complete the form fields. Items marked with a red asterisk (*) are required.



Step 4: Select the agent status from the dropdown menu and click 'Save'.



Step 5: Scroll down to see the new agent listed.



## Deleting an Active Local Agent

Step 1: From the TMSS home screen hover over the 'Other' link in the gray menu bar above the homepage image.

Step 2: Select 'Local Agents'.



Step 3: View the list of active local agents.



Step 4: Click on the SCAC code of the local agent you want to delete.

Step 5: Click on the 'Agent Status' dropdown menu.



Step 6: Select 'Deleted' and click 'Save'.



Step 7: View the local agent's changed status in the list.



## TSP Rate Query Search

### Completing the Search Screens

Step 1: From the home screen hover over 'Shipment Options' in the gray menu bar.

Step 2: Click 'HHG Queries' from the dropdown menu.



Step 3: Complete the form fields. All fields marked with a red asterisk (*) are required.

To find Origin and Destination cities, insert the zip code in the 'Search Origin' and 'Search Destination' boxes and the system will present a drop menu with cities associated with that zip code. You may also search by typing a city name.

For an international location, select the appropriate 'Country' from the dropdown menu. No city, state, or zip code will be required.

63



Step 4: Under 'Shipment Information' enter the estimated mileage amount.

Step 5: Enter the estimated shipment weight in pounds and select a vehicle class from the dropdown menu if applicable. Depending on the query, you may also be able to enter an estimated Unaccompanied Air Baggage (UAB) weight in pounds in the 'Estimated UAB (lbs)' field.



Step 6: View Storage in Transit (SIT) costs at either 'Destination' or 'Origin' from the 'SIT' dropdown menu. The query results will show SIT for 30, 60 and 90 days.



The 'SIT Breakdown' field defaults to 'No'. You can ask for a unique SIT breakdown by selecting 'Yes' in the 'SIT Breakdown' dropdown menu and entering a specific number a days in the 'No. of Days' field.



Step 7: Click on the 'Query' button at the bottom left screen and scroll down to see the query results.



Step 8: View the query results. Note: The destination storage in transit for 30, 60 and 90 days will show on the query as individual columns. The *Total SIT* column amount reflects the number of days entered in the SIT Breakdown field. In the above example that is 37 days.



## Reviewing, Organizing, and Downloading Search Results

Step 1: You can alter the query results table displayed as you wish and customize the columns you would like to view.

Pin the columns so they don't move as you scroll through the results.



Search for results that contain or exclude specific criteria.



Filter results by checking and unchecking columns to include.



Step 2: Once you have the query results table the way you want it, select the top left box that says 'Export to CSV' or right click anywhere in the spreadsheet and select from the export list to download as a spreadsheet.



## Reviewing and Confirming a Household Goods Move Request

You will receive the following email when an agency submits an online booking request to use your services.

---

**SAMPLE EMAIL. Response timeframe and bookig Shipment ID number (in red) will vary by book request.**

Subject: TMSS 2.0 You have received a shipment request

Dear TMSS Carrier,

You have received an online booking request for an upcoming shipment. Please access the Transportation Management Services Solution 2.0 (TMSS 2.0) to review Shipment Id Number 50 at http://tmss.gsa.gov and respond by 2 hours. If you do not respond within the requested timeframe, this shipment will be revoked.

Thank you for using TMSS 2.0!

- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

---

Step 1: From the TMSS home screen, hover over the 'Shipment Options' item in the gray menu bar.



Step 2: Select 'HHG Shipment' from the dropdown menu.



Step 3: This will populate a list of all shipments associated with the TSP.



Step 4: Use the dropdown menu in the 'Status' field to refine the list of shipments shown.



Step 5: Click on the shipment request you'd like to view.

Step 6: Click on the 'Review Shipment' button at the bottom of the screen to review the request.



Step 7: See the full shipment details.



Full screen view:



Top half of screen:





Bottom half of screen:



Step 8: Click the blue 'Accessorials' button under the *Shipment Cost Information* header to review and accept or refuse any requested accessorials. Click 'Save'.



71



Step 9: Add comments, assign an agent, and either accept, accept with qualification, or refuse the shipment request. Click 'Confirm' to continue.





Step 10: On the HHG - Control Screen, the status of the shipment will update at the bottom.



The agency will receive a notification by email that the TSP has accepted the shipment request. The agency will proceed to create a Bill of Lading.

## Bill of Lading

Step 1: Once the agency has created a bill of lading, the bill of lading number will appear on the *Shipment Review* screen and the status of the shipment will change to 'Booked'.



Step 2: Click on the Shipment ID number to review the shipment.

Step 3: From this screen you can choose to review the shipment details and print the bill of lading.



## Shipment and Storage-In-Transit (SIT) Reports

### Negative Shipment Reports

If there are no shipments from the prior reporting period, the TSP must file a Negative Shipments Report.

Step 1: Hover over 'Shipment Reports' on the main menu bar above the homepage image.

Step 2: Click on 'Negative Shipments' from the dropdown menu.



Step 3: Select the appropriate shipment filing details from the dropdown menus on the form and click the 'Submit' button.



Step 4: A confirmation of submission screen will appear and you will receive a confirmation email.



## Report Templates

Use TMSS 2.0 to submit required shipment and Storage-in-transit (SIT) reports through the system.

Find the *CHAMP Shipments Report Template* and *CHAMP SIT Reporting Template* in the bottom menu of the TMSS 2.0 homepage. The templates are Microsoft Excel spreadsheets.



Step 1: Download the template and save it to your computer as either an .xls or .xlsx file.

Below is a snapshot of the fields in the *CHAMP Shipment Reporting Template*.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YearQtr | SCAC | Move Typ | Trans Type | FAIC Code | Pro Bill Num | Billing Date | BOL Numbe | QC Type | Pickup Da | Delivery D | Time/SIT | Origin Code | Origin Zip | Destinatio | Destin Zip | Shipment Miles | | Discount | Pass Amt G |
| 2 | 202001 | ABCD | HHG | General Domestic | 0151300045 | U164-4225-9 | | 20200102 | P5007389 | V | | | 20191201 20191211 | | 8 CO | 80031 VA | 22202 | 1000 | 1642 | 57 | 0 |
| 3 | 202001 | ABCD | HHG | General Domestic | 0151300043 | U164-4254-9 | | 20200102 | EE190413 | V | | | 20191126 20191203 | | 7 MA | 01752 IL | 61853 | 4680 | 1009 | 61 | 0 |
| 4 | 202001 | ABCD | HHG | General Domestic | 0151300043 | U164-4255-9 | | 20200102 | EE190420 | V | | | 20191213 20191218 | | 5 TX | 78703 MO | 21210 | 16260 | 1513 | 61 | 0 |
| 5 | 202001 | ABCD | HHG | General Domestic | 0151300043 | U164-4258-9 | | 20200102 | EE190430 | V | | | 20191212 20191218 | | 6 VA | 22554 WI | 53066 | 19120 | 831 | 61 | 0 |
| 6 | 202001 | ABCD | HHG | General Domestic | 0151300045 | U164-4545-9 | | 20200102 | 1064415 | V | | | 20191219 20191223 | | 4 VA | 22202 LA | 70163 | 5360 | 1066 | 61 | 0 |
| 7 | Trailer | ABCD | | 202001 General Domestic | | 113 | | 0 | 1617238.43 | 673211.55 | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | |

75



Below is a snapshot of the fields in the *CHAMP SIT Reporting Template*.



Step 2: Read the instructions tab in the spreadsheet, complete all the relevant fields, insert your data, and save the file to your computer either an .xls or .xlsx file.

## File Upload

Step 1: Hover over 'Shipment Reports' on the main menu bar above the homepage image.

Step 2: Click on 'File Upload' from the dropdown menu.



Step 3: Browse and select the file to upload from your computer and select 'Click to upload file'.



Step 4: A file upload confirmation message will appear on the screen, and a confirmation email will be sent to you.



Subject: TMSS 2.0 Shipment Reports Processing Summary

Dear TMSS 2.0 TSP user,

Input file: File_Name_999_received on 03-18-2020 11:26:30.
Error file: File_Name_999_01_created on 03-18-2020 11:26:30.

Following is a summary of your Shipment report submission's processing in TMSS. The error file, if any, has been placed in your File Download option under Shipment Reports in TMSS 2.0.

After all corrections have been made, resubmit the file for processing.

# Number of Shipment Records Received: 100
# Number of Shipment Records Rejected: 0
# Number of Shipment Records Written: 100

Thank you for using TMSS 2.0!
- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

## File Download

You can download any file that you have successfully uploaded to TMSS 2.0.

Step 1: Hover over 'Shipment Reports' on the main menu bar above the homepage image.

Step 2: Click on 'File Download' from the dropdown menu.

77



Step 3: You will see a listing of files. Click on the file you want to download, and the file will be found at the bottom of the screen.

### Download File

⬇ Please click on a file to download it to your desktop.

| Module Name | File Name | Creation Date |
|---|---|---|
| RateDownload | HHGRateFile20200608094937.csv | 06-08-2020 09:49:40 |
| RateDownload | HHGRateFile20200605041351.csv | 06-05-2020 16:13:54 |
| IFF | UVLNIM001_05292020_181449.xlsx | 05-29-2020 18:14:54 |
| IFF | UVLNGI002_05292020_175207.xlsx | 05-29-2020 17:52:10 |

## File Upload: Error Reports and Corrections

You will receive this email if the file you uploaded did not upload correctly.

---

Subject: TMSS 2.0 Shipment Reports Processing Summary

Dear TMSS 2.0 TSP user,

Input file: File_Name_999_received on 03-18-2020 11:26:30.
Error file: File_Name_999_01_created on 03-18-2020 11:26:30.

Following is a summary of your Shipment report submission's processing in TMSS. The error file, if any, has been placed in your File Download option under Shipment Reports in TMSS 2.0.

After all corrections have been made, resubmit the file for processing.

# Number of Shipment Records Received:  5
# Number of Shipment Records Rejected: 2
# Number of Shipment Records Written:  3

Thank you for using TMSS 2.0!
- GSA TMSS 2.0 Team

This email has been generated by an automated email system. Please do not reply.
TMSS URL: https://tmss.gsa.gov
Technical Support Assistance: 1 (866) 668-3472
gsatmsshelp@gsa.gov

---



You will need to review the errors, correct them, and upload the file again.

Step 1: Hover over 'Shipment Reports' on the main menu bar above the homepage image.

Step 2: Click on 'File Download' from the dropdown menu.



Step 3: Find the error report for the file you uploaded. It will contain the word "RESULTS" in the file name.

Download File

⬇ Please click on a file to download it to your desktop.

| Module Name | File Name | Creation Date |
|---|---|---|
| RateDownload | HHGRateFile20200615024327.csv | 06-15-2020 14:44:23 |
| Rates | HHG-RESULTS-_20200612164515.xlsx | 06-12-2020 16:48:26 |

Step 4: Click on the file name to download it to your computer.

Step 5: Open the file and view the errors.

| | T | U | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|---|---|
| | Pass ThruAmount | Gross Thru Amount | NetThru Amount | Employee LastName | Error Description | | | | |
| | 002378.12 | 002378.12 | 002378.12 | Austin | Column: Shipment Weight; Error Message: Invalid Shipment weight | | | | |
| | 000679.19 | 000679.19 | 000679.19 | Bronte | Column: GC Type; Error Message: Invalid GC Type | | | | |
| | 000000.00 | 011270.35 | 011270.35 | Dickens | Column: Miles; Error Message: Invalid Miles | | | | |

Step 6: Correct the errors. Review the instructions tab in the spreadsheet if you have questions about data fields.

Step 7: Delete the column with the header "Error Description".

Step 8: Save the file with a new name.

Step 9: Use the instructions in the "File Upload" section above to upload the corrected file.



## Extended Storage (XTOS) Reporting



Step 1: Hover over 'Shipment Reports' on the gray menu bar above the homepage image.

Step 2: Click on 'TSP XTOS Reporting' from the dropdown menu.



Step 3: Complete the shipment filing details form. Items marked with a red asterisk (*) are required.

- SCAC: Select the SCAC handling the extended storage shipment
- Storage Location: Select the state where the shipment was stored
- Packing Date: Select the date of packing from the pop-up calendar
- Date into Extra Storage: Select the date the shipment went into extended storage from the pop-up calendar
- Reporting Year: Select the reporting year
- Reporting Qtr: Select the reporting quarter
- Reference: Enter your internal reference number for the extended storage shipment
- Weight: Enter the weight of the extended storage shipment in pounds (lbs)
- Amount invoiced: Enter the dollar amount invoiced to the agency including cost of packing, loading, drayage, accessorial charges, handling in charges, and first month of extended storage.
- Agency FAIC:  Enter the federal agency's identification code
- Employee Last Name: Enter the last name of the employee



Step 4: Select 'Add to List'.

After adding the report, you will see the XTOS report displayed at the bottom of the screen.

## Relocating Employee Customer Satisfaction Survey (GSA Form 3080)

### Initiating a 3080 Survey

TSPs initiate the GSA Form 3080 survey from the home screen, prior to logging into the TMSS 2.0.

Before you begin, find the agency's FAIC, Location ID, and the name and email address of the Bill of Lading Officer/Agency Move Coordinator on the FAIC list in TMSS 2.0.

Step 1: Hover over 'Misc Reports' on the gray menu bar above the homepage image.

Step 2: Click on 'FAIC List' in the dropdown menu.



Step 3: View the FAIC List. There are multiple columns, and the horizontal scroll bar is at the bottom of the screen.

Step 4: You can alter the table displayed as you wish and customize the columns you'd like to view.

Pin the columns so they don't move as you scroll through the results.





Search for results that contain or exclude specific criteria.



Filter results by checking and unchecking columns to include.





Step 5: Once you have the agency's FAIC, Location ID, and the name and email address of the Bill of Lading Officer/Agency Move Coordinator, click on the Electronic GSA 3080 field at the top right of the TMSS 2.0 homepage.



Step 6: Click on the 'Initiate' button.



Step 7: Complete all of the fields in the form that appears and click 'Initiate Survey'. Note that fields with marked with a red asterisk (*) are required.



Step 8: A pop up window will appear with the message "Successfully Initiated Survey".

## Viewing and Organizing Submitted 3080 Surveys

TSPs can view their submitted GSA Form 3080 surveys in a report form.

Step 1: Log into TMSS and navigate to the 'GSA 3080' title in the gray menu bar at the top of the home screen.



Step 2: Select 'GSA 3080 TSP Report' from the dropdown menu.

Step 3: A list of all reports will populate. You can only access the reports associated with your SCAC code. They will appear in blue. You can also view the status of the survey in the right-most column.



Step 4: Click on the report survey number to view or export the GSA 3080 survey.

Note: You can alter the table displayed as you wish and customize the columns you would like to view.

Pin the columns so they don't move as you scroll through the results.



Search for results that contain or exclude specific criteria.



Filter results by checking and unchecking columns to include.



85



## Uploading GSA Form 3080 Surveys

To batch-load a series of GSA Form 3080 surveys, use the *GSA 3080 Carrier Evaluation Template* in the bottom menu of the TMSS 2.0 homepage.



Step 1: Download the *GSA 3080 Carrier Evaluation Template* and save it to your computer.

Step 2: The *GSA 3080 Carrier Evaluation Template* is a Microsoft Excel spreadsheet. Complete all the fields listed above in the filing instructions and save the file to your computer.

| | A |
|---|---|
| 1 | All fields marked with asterisks (*) are required |
| 2 | Make sure to follow the template formats |
| 3 | Columns should not be swapped |
| 4 | For international shipments, City, State, Zip are optional |
| 5 | Make sure that AgencyLocationId and FAIC codes must be entered from the FAIC list |
| 6 | Please contact reid.salvette@gsa.gov if you have any issues/questions |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

*These are the filing instructions for uploading a batch of GSA 3080 surveys*

86



This is a sample of the GSA 3080 Carrier Evaluation Template

Step 3: Return to the TMSS homepage. Hover over the GSA 3080 item in the gray menu bar.



Step 4: Select 'GSA 3080 File Upload' from the dropdown menu to upload the completed *GSA 3080 Carrier Evaluation Template* file from your computer.

Step 5: Choose the saved *GSA 3080 Carrier Evaluation Template* from your computer folder and 'Click to upload file'.



87



## Rate Filing

You must have carrier user admin rights or carrier user rate filing rights (Carrier User RF) in TMSS 2.0 to perform this function. The function will appear in the main menu bar on the TMSS 2.0 homepage when a rate filing window is open.

## Household Goods (HHG) Rate Filing

Step 1: Access TMSS 2.0 at https://tmss.gsa.gov/ and log in to your account.

Step 2: Scroll to the bottom of the homepage.

Step 3: Under the 'Resources' heading, select the 'HHG Rate Filing Instructions'. The file will download.



Step 4: Open the HHG Rate Filing Instructions file. It is an Excel file.

Step 5: Click on the 'General Instructions' tab.

Step 6: Follow the instructions to complete the rate filing process.

## Extended Storage (XTOS) Rate Filing

Step 1: Access TMSS 2.0 at https://tmss.gsa.gov/ and log in to your account.

Step 2: Scroll to the bottom of the homepage.

Step 3: Under the 'Resources' heading, select the 'XTOS Rate Filing Instructions'. The file will download.





Step 4: Open the XTOS Rate Filing Instructions file. It is an Excel file.

Step 5: Click on the 'Filing Instructions' tab.

Step 7: Review the column descriptions for each item to complete the spreadsheet.

Step 8: Under the 'Resources' heading, select the 'HHG Rate Filing Instructions'. The file will download.



Step 9: Click on the 'General Instructions' tab.

Step 10: Follow the instructions to complete the rate filing process.

89



# *Appendix: Agency Role Hierarchy*