# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SEDONA PARTNERS LLC, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:20-cv-23242-BB<br>) |
| v. | )<br>)<br>) |
| ABLE MOVING & STORAGE, INC., et al., | )<br>) |
| Defendants. | )<br>) |

## DECLARATION OF CHARLES M. SIMS, ESQ.

I, Charles M. Sims, Esq., do hereby declare and certify under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen and make the foregoing statements based upon my own personal knowledge.

2. I am counsel for J.K. Moving & Storage Inc. ("J.K."), a defendant in the above-captioned suit. I am licensed to practice law in the Commonwealth of Virginia and was admitted *pro hac vice* to the United States District Court for the Southern District of Florida on July 29, 2021. (ECF 110).

3. Exhibit A is a true and accurate copy of a print-out obtained by running a query within the General Service Administration's ("GSA") Transportation Management Services Solution ("TMSS") system for a move date of March 20, 2019 from Washington D.C. to London.

4. As explained in J.K.'s Motion to Dismiss, the TMSS system houses bids made by transportation service providers ("TSPs") under the Centralized Household Goods Traffic Management Program ("CHAMP").

5. I attest that on or around August 3, 2021 and at my direction, employees of J.K. executed the query of TMSS and obtained the information attached as Exhibit A.

6. I further attest that Exhibit A depicts true and correct results of the query, which were extracted from the TMSS system on or around August 3, 2021.

Executed on this 9th day of August 2021.

_____
CHARLES M. SIMS, ESQ.

# EXHIBIT A

## Household Goods Query

**Move Date** *

03/20/2019

**Shipment Type** *

Non-Alternating

**Shipment ID** *

DOSDC

Containerized Shipments

### ORIGIN

**Country** *

UNITED STATES

**Search Origin:** *

WASHINGTON

**City**

WASHINGTON

**State**

DC

**Zip Code**

20001

### DESTINATION

**Country** *

UNITED KINGDOM-LONDON

### SHIPMENT INFORMATION

**Estimated Weight (lbs)** *

3500

**Vehicle**

Class 2 - Between 300 and 800 CFt

**Estimated UAB (lbs)**

250

*

### STORAGE IN TRANSIT INFORMATION

**SIT**

Destination

### EMPLOYEE INFORMATION

**First Name**

Employee First Name

**Middle Initial**

Employee Middle Name

Feedback

**Last Name**

Employee Last Name

[ Query ]  [ Reset ]

## HHG QUERY RESULTS

Rate effectivity dates: Nov 1, 2018 - Apr 30, 2019. Rate type : G - General Transportation. M - Move Management Services. New Carriers are listed in blue. VI greater than 100 are listed in green. Others are listed in yellow.

Socio Economic Indicator: s - Small Business, o - Other than Small Business, w - Woman Owned Business, v - Veteran Owned Small Business, dv - Service Disabled VOSB , d - SBA Certified Small Disadvantaged Business, 8a - SBA Certified 8(a) firm, h - SBA Certified HUBZone firm

[ Set data view preferences ]  [ Print Results ]  [ Export to Excel ]  [ Export to CSV ]

| Rate Type | SCAC | Company | Tender | Surface % | Surface Charge | UAB % | UAB Charge | Vehicle Class 2 | Total | SIT % | Dest 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G | AMJV | ABLE MOVING & ... | 1118 | 144% | $5,696.71 | 725% | $953.69 | $3,150.00 | $9,800.41 | 120% | $331.8 |
| G | ATYE | EFFORT ENTERP... | ST06 | 147% | $5,815.39 | 758% | $997.10 | $3,418.00 | $10,230.50 | 110% | $304.1 |
| G | CHMP | CHAMPION INTER... | FL18 | 155% | $6,131.88 | 800% | $1,052.35 | $3,300.00 | $10,484.23 | 115% | $317.9 |
| G | CRWV | CARTWRIGHT INT... | CRWV | 146% | $5,775.83 | 760% | $999.73 | $3,258.00 | $10,033.57 | 110% | $304.1 |
| G | STVF | STEVENS INTERN... | N807 | 163% | $6,448.36 | 675% | $887.92 | $3,034.00 | $10,370.28 | 110% | $304.1 |
| G | PMTS | PARAMOUNT TRA... | PTS7 | 159% | $6,290.12 | 770% | $1,012.89 | $3,250.00 | $10,553.01 | 110% | $304.1 |
| G | NAVL | NATIONAL VAN LI... | 6489 | 135% | $5,340.67 | 576% | $757.69 | $3,208.00 | $9,306.36 | 110% | $304.1 |
| G | SDHR | SUDDATH RELOC... | GS06 | 182% | $7,200.01 | 811% | $1,066.82 | $4,105.00 | $12,371.83 | 120% | $331.8 |
| G | ARCA | ARCA International... | A19A | 163% | $6,448.36 | 675% | $887.92 | $3,234.00 | $10,570.28 | 115% | $317.9 |
| G | CMAC | COLEMAN AMERI... | CM19 | 135% | $5,340.67 | 600% | $789.26 | $3,100.00 | $9,229.93 | 100% | $276.5 |
| G | AIGP | ARPIN INTERNATI... | AIG2 | 164% | $6,487.92 | 818% | $1,076.03 | $3,870.00 | $11,433.95 | 115% | $317.9 |
| G | NWIL | NEW WORLD INT... | NW18 | 139% | $5,498.91 | 685% | $901.08 | $3,100.00 | $9,499.99 | 120% | $331.8 |
| G | JKMS | JK MOVING & ST... | 6S18 | 140% | $5,538.47 | 665% | $874.77 | $3,400.00 | $9,813.24 | 110% | $304.1 |
| G | HTSQ | HILLDRUP MOVIN... | HI11 | 156% | $6,171.44 | 837% | $1,101.02 | $3,803.00 | $11,075.46 | 100% | $276.5 |
| G | GMII | GRAEBEL MOVERS | GS16 | 160% | $6,329.68 | 855% | $1,124.70 | $5,531.00 | $12,985.38 | 114% | $315.2 |
| G | AVLH | ALLIED INTERNAT... | AVLH | 144% | $5,696.71 | 722% | $949.75 | $3,450.00 | $10,096.46 | 110% | $304.1 |
| G | WEXC | WESTERN EXPRE... | WE17 | 139% | $5,498.91 | 771% | $1,014.20 | $3,096.00 | $9,609.11 | 100% | $276.5 |
| G | DWCD | DEWITT COMPANI... | DWCD | 139% | $5,498.91 | 694% | $912.92 | $2,900.00 | $9,311.82 | 115% | $317.9 |
| G | BTFA | BERGERTRANSFER | 0012 | 160% | $6,329.68 | 948% | $1,247.04 | $3,853.00 | $11,429.72 | 100% | $276.5 |
| G | UVLN | UNITED VAN LINE... | UVLN | 161% | $6,369.24 | 948% | $1,247.04 | $3,535.00 | $11,151.28 | 104% | $287.5 |
| G | MIFI | MAYFLOWER TRA... | MIFI | 161% | $6,369.24 | 948% | $1,247.04 | $3,552.00 | $11,168.28 | 104% | $287.5 |
| G | RSIN | RELOCATION SE... | R19A | 163% | $6,448.36 | 675% | $887.92 | $3,034.00 | $10,370.28 | 125% | $345.6 |
| G | INIC | INTERSTATE INTE... | C19S | 167% | $6,606.60 | 852% | $1,120.75 | $3,682.00 | $11,409.36 | 144% | $398.1 |
| G | ADIF | AMASSADOR INT... | A19S | 167% | $6,606.60 | 852% | $1,120.75 | $3,682.00 | $11,409.36 | 144% | $398.1 |
| G | CWMV | CROWN WORLD... | CW19 | 182% | $7,200.01 | 820% | $1,078.66 | $4,222.00 | $12,500.67 | 125% | $345.6 |
| G | PAXT | PAXTON VAN LINES | PAXT | 198% | $7,832.98 | 1009% | $1,327.28 | $3,907.00 | $13,067.26 | 120% | $331.8 |
| G | NDRC | NEDRAC, INC. | NDRC | 204% | $8,070.34 | 634% | $833.99 | $6,720.00 | $15,624.33 | 121% | $334.5 |
| G | PLNE | PLANES MOVING ... | 3192 | 220% | $8,703.31 | 1150% | $1,512.76 | $4,500.00 | $14,716.07 | 200% | $553.0 |

Total Rows: 28

Feedback

## Need Help?

For further assistance, please contact:

Phone: 1-866-668-3472
Email: gsatmsshelp@gsa.gov (mailto:gsatmsshelp@gsa.gov)

## Resources

Center for Transportation Management (https://www.gsa.gov/buying-selling/products-services/transportation-logistics-services/transportation-programs)

Employee Relocation Resource Center(click on the "Travel" Category) (https://hallways.cap.gsa.gov/app/#/)

TMSS 2.0 Household Goods User Guide
TMSS 2.0 Freight Agency User Guide
TMSS 2.0 Freight TSP User Guide
HHG Rate Filing Instructions
XTOS Rate Filing Instructions

## Batch Upload Templates

CHAMP Shipments Reporting Template
CHAMP SIT Reporting Template
Freight Shipments Reporting Template
GSA-3080 Carrier Evaluation Template
Freight Delivery Report Template

## Tools

All GSA Web Tools (https://www.gsa.gov/etools-overview)

*** WARNING ***
This is a U.S. General Services Administration computer system that is "FOR OFFICIAL USE ONLY".
This system is subject to monitoring. Therefore, no expectation of privacy is to be assumed. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution. Policy & Regulations (https://www.gsa.gov/website-information/privacy-and-security-notice)

Feedback

U.S. General Services Administration

JOIN THE CONVERSATION

Official website of the U.S. Government