UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-23242-BB

UNITED STATES OF AMERICA ex rel. SEDONA PARTNERS LLC,

    Plaintiff,

vs.

ABLE MOVING & STORAGE, INC.; ARPIN INTERNATIONAL GROUP, INC.; CARTWRIGHT INTERNATIONAL VAN LINES, INC.; COLEMAN AMERICAN MOVING SERVICES, INC.; DEWITT COMPANIES LIMITED, LLC; HILLDRUP COMPANIES, INC.; J.K. MOVING & STORAGE INC.; NEW WORLD INTERNATIONAL, LTD.; PARAMOUNT TRANSPORTATION SYSTEMS; PAXTON VAN LINES, INC.; AND WESTERN EXPRESS FORWARDING, LLC,
    Defendants.

**RELATOR SEDONA PARTNERS LLC'S OPPOSITION TO DEFENDANTS ABLE MOVING & STORAGE, INC., ARPIN INTERNATIONAL GROUP. INC., COLEMAN AMERICAN MOVING SERVICES, INC., HILLDRUP COMPANIES, INC., NEW WORLD VAN LINES, INC., PARAMOUNT TRANSPORTATION SYSTEMS, PAXTON VAN LINES, INC., AND WESTERN EXPRESS FORWARDING, LLC'S JOINT MOTION TO STAY DISCOVERY AND STAY INITIAL DISCLOSURES PENDING THE RESOLUTION OF MOTIONS TO DISMISS**

Relator Sedona Partners, LLC opposes Defendants' Joint Motion to Stay Discovery and Initial Disclosures.

Defendants' request is at odds with the Federal Rules of Civil Procedure's mandate of a "just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Motions to stay are generally disfavored. *See Regions Bank v. Kaplan*, No. 8:12-CV-1837-T-17MAP, 2014 WL 12810531, at *1 (M.D. Fla. Jan. 31, 2014) ("Although the court may grant motions to stay discovery pursuant to Fed. R. Civ. P. 26(c), the moving party bears the burden of showing good cause and reasonableness.") (citations omitted). In "deciding whether to stay discovery pending resolution of a motion to dismiss, the court must balance the harm produced by

a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery." *Id.* "Had the Federal Rules contemplated that a motion to dismiss under Fed. R. Civ. P. 12(b)(6) would stay discovery, the Rules would contain a provision for that effect. In fact, such a notion is directly at odds with the need for expeditious resolution of litigation." *Gray v. First Winthrop Corp.*, 133 F.R.D. 39, 40 (N.D. Cal. 1990); *accord, United States ex rel. Modglin v. DJO Global, Inc.,* 2014 WL 12564275, at *1 (C.D. Cal 2014); *Espineli v. Toyota Motor Sales, U.S.A., Inc*., No. 17CV00698KJMCKD, 2019 WL 3080808, at *1 (E.D. Cal. July 15, 2019) ("courts generally disfavor delaying discovery until after a dispositive motion is resolved").

Relator and some Parties have already provided initial disclosures.[1] Even if some pacing of discovery were warranted, a blanket stay of discovery, as requested by Defendants, is highly disfavored. *See In re Valence Techn'y Sec. Litig*., 1994 WL 758688, at *2 (N.D. Cal. 1994) (citing *Landis v. North American Co*., 299 U.S. 248, 255 (1936)) ("[c]ourts have not looked favorably upon granting a blanket stay of discovery pending resolution of a challenge to the legal sufficiency of a plaintiff's complaint.")

Defendants have not met their burden in showing hardship or inequity to justify a blanket stay of discovery pending resolution of a challenge on the pleadings. If some delay of discovery is warranted in this case (which it is not), only that discovery that is potentially burdensome should be stayed; given that Relator has yet to propound discovery, Defendants' Motion is, at best, premature.

///
///
///

---

[1] Defendants state that the First Amended Complaint should have been filed under seal. (*See* Motion to Stay, ECF No. 156, n.1.) To the contrary, the seal period is for the benefit of the Government, which here was apprised of the proposed amendment and had no objection to the filing.

///

Accordingly, Relator respectfully requests the Court deny Defendants' Motion to Stay Discovery and Initial Disclosures, or alternatively, consider proceeding with limited discovery.

Dated: August 31, 2021                     Respectfully submitted,

                                                               <u>s/ Ryon M. McCabe</u>
Ryon McCabe (FL 009075)
rmccabe@mccaberabin.com
MCCABE RABIN, P.A.
1601 Forum Pl #201
West Palm Beach, FL 33401
Telephone (561) 659-7878

COTCHETT, PITRE & MCCARTHY, LLP
Justin T. Berger (*admitted pro hac vice*)
Sarvenaz J. Fahimi (*admitted pro hac vice*)
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010

LAW OFFICES OF PAUL PELLETIER
Paul E. Pelletier (*admitted pro hac vice*)
3500 Morningside Drive
Fairfax, VA 22031

*Attorneys for Relator Sedona Partners LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of a Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   s/ Ryon M. McCabe
Ryon McCabe (FL 009075)

## SERVICE LIST

**UNITED STATES OF AMERICA ex rel. SEDONA PARTNERS LLC,**
v.
**ABLE MOVING & STORAGE, INC., et al.**

**Case No. 20-CV-23242-BLOOM/Louis**
**U.S. District Court, Southern District of Florida**

James A. Weinkle
Assistant United States Attorney
Office of the United States Attorney
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
James.Weinkle@usdoj.gov
*Counsel for United States of America*

Robert Harris
rharris@stackfernandez.com
gmartich@stackfernandez.com
Sammy Epelbaum
sepelbaum@stackfernandez.com
Stack Fernandez & Harris, PA
1001 Brickell Bay Drive, Ste. 2650
Miami, FL 33131
*Counsel for Paxton Van Lines, Inc.*

Stuart A. Berman
saberman@lerchearly.com
Lerch, Early & Brewer, Chtd.
7600 Wisconsin Avenue, Ste. 700
Bethesda, MD 20814
301.657.0729
*Pro Hac Vice Paxton Van Lines, Inc.*

Christopher W. Wadsworth,
cw@wmd-law.org
pleadings@wmd-law.org
Wadsworth, Margrey & Dixon, LLP
261 NE 1st Street, 5th Fl.
Miami, FL 33132
305.777.1000
*Counsel Able Moving & Storage, Inc.*

Matthew J. Landley
mlangley@beneschlaw.com
Benesch, Friedlander, Coplan & Aranoff, LLP
71 South Wacker Drive, Ste. 1600
Chicago, IL 60606-4637
312.212.4949
*Counsel for DeWitt Companies Limited, LLC*

Stephen Chahn Lee
slee@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff, LLP
71 S. Wacker Drive, Ste. 1600
Chicago, IL 60606
312.624.6361
*Pro Hac Vice DeWitt Companies Limited, LLC*

Michael B. Silverstein
msilverstein@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff, LLP
41 South High Street, Ste. 2600
Columbus, OH 43215
614.223.9362
*Pro Hac Vice DeWitt Companies Limited, LLC*

Barry A. Postman
Barry.postman@csklegal.com
Sara.ghent@csklegal.com
Justin C. Sorel
Justin.sorel@csklegal.com
Loren.ryan@csklegal.com
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Ste. 120
West Palm Beach, FL 33401
*Counsel for Hilldrup Companies, Inc.*

Maura K. Monaghan
mkmonaghan@debevoise.com
Melanie M. Burke
mburke@debevoise.com
Kristin D. Kiehn
kdkiehn@debevoise.com
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
*Pro Hac Vice Hilldrup Companies, Inc.*

R. Eric Bilik
ebilik@mcguirewoods.com
Sean P. Walsh
swalsh@mcguirewoods.com
McGuire Woods, LLP
50 North Laura Street, Ste. 3300
Jacksonville, FL 32202-3661
904.798.3200
*Counsel for J.K. Moving & Storage, Inc.*

Andrew M. Gordon
agordon@hinshawlaw.com
Hinshaw & Culbertson, LLP
One East Broward Blvd., Ste. 1010
Ft. Lauderdale, FL 33301
954.467.7900
*Counsel for New World Van Lines, Inc.*

Brian R. Zeeck
bzeeck@hinshawlaw.com
Hinshaw & Culbertson, LLP
151 North Franklin Street, Ste. 2500
Chicago, IL 60606
312.704.3028
*Pro Hac Vice New World Van Lines, Inc.*

Craig B. Shapiro
cshapiro@belaw.cc
Buchbinder & Elegant, P.A.
46 S.W. 1st Street, 4th Fl.
Miami, FL 33130
305.358.1515
*Counsel for Western Express Forwarding, LLC*

Thomas F. Murphy tmurphy@dclawfirm.com
Friedlander Misler, PLLC
5335 Wisconsin Avenue, NW
Ste. 660
Washington, DC 20015
202.872.080
*Pro Hac Vice Western Express Forwarding, LLC*