# Exhibit 1

| Column | Description |
|---|---|
| Shipment Number | Unique number assigned to a shipment of personal or household goods |
| Company | Name or acronymn of Defendant TSP associated with moving the shipment number |
| Departure Port | Name of port from which shipment is leaving |
| Vessel | Name of foreign flag vessel being applied for with the foreign flag waiver |
| Arrival Port | Name of port where shipment is arriving |
| Pack Date | Date on which shipment is fully packed and ready to be shipped |
| Departure Date | Date on which foreign flag vessel being applied to with foreign flag waiver is scheduled to leave |
| Departure Year | Year in which shipment is scheduled to leave |
| Arrival Date | Date on which foreign flag vessel being applied to with foreign flag waiver is scheduled to arrive |
| Comments | Comments provided by Defendant TSP to indicate why a foreign flag vessel is required rather than a U.S. flag vessel |
| Date Signed | Date the foreign flag waiver was approved and signed by the Department of State |
| Approved? | Was the foreign flag waiver submitted by Defendant approved? |
| Denied? | Was the foreign flag waiver submitted by Defendant denied? |
| Denied Comments | Contains comments given by Department of State to explain reason for denial of foreign flag waiver and/or information regarding the Department of State signature date for approval of foreign flag waiver |
| Origin | Origin of shipment number |
| Destination | Destination of shipment number |
| Service Provided | Priority Type on which the shipment number was moved (Foreign Flag = P3 service) |
| Priority Pick | Type of alternate priority route available at the time the foreign flag waiver was submitted to move shipment and have shipment arrive prior to the arrival date (description of route path available in the 'routing' column) |
| Routing | Route of the shipment; priority level of the route indicated in the 'priority pick' column |
| Comments | If applicable, contains additional P1 or P2 routes available to move the shipment |
| US Flag Carrier | Name of carrier with available U.S. flag vessel to move shipment |

The above table provides descriptions of the columns in the Exhibits 2, 3, 4, 5, 7, 8, 9, 10, 11, and 12.