# Exhibit 2

Examples of Fraudulent Foreign Flag Waivers submitted by Defendant Able Moving & Storage, Inc.

| Shipment Number | Company | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved | Denied? | Denied Comme | ORIGIN | DESTINATION | Service Provided | Priority Pi | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18502451 | AMJV | Baltimore | MSC RACHELE 841 | Aqaba | 9/27/2018 | 10/10/2018 | 2018 | 11/8/2018 | NO US FLAG | 10/3/2018 12:50 | YES | NO | N/A | Maryland | Jordan | Foreign Flag | P2 | Baltimore (truck/barge), Norfolk - Port Said (US Flag), Port Said - Jeddah, Jeddah - Aqaba | | Maersk Line, Limited and APL |
| DC16033821 | AMJV | New Orleans | Dubai Express 09 | Ashdod | 8/19/2016 | 9/10/2016 | 2016 | 10/11/2016 | POST DOES NOT WANT MAERSK USED. NO OTHER US FLAG OPTIONS. | 8/31/2016 22:31 | YES | NO | N/A | Louisiana | Israel | Foreign Flag | P2 | New Orleans (truck), Houston - Algeciras (US Flag), Algeciras - Ashdod | | Maersk Line, Limited |
| DC19899121 | AMJV | Los Angeles | HYUNDAI SHANGHA | Bangkok | 5/20/2019 | 6/20/2019 | 2019 | 7/15/2019 | NO US FLAG | 5/24/2019 10:09 | YES | NO | N/A | California | Thailand | Foreign Flag | P2 | Los Angeles - Busan (US Flag), Busan - Bangkok | | Maersk Line, Limited and APL |
| DC16252487 | AMJV | Miami | Dayana J V302 | Belize | 9/30/2016 | 10/15/2016 | 2016 | 10/20/2016 | NO US FLAG TO THIS LOCATION | 10/14/2016 9:50 | YES | NO | N/A | Florida | Belize | Foreign Flag | P2 | Miami (truck), Savannah - Rotterdam (US Flag), Rotterdam - Belize City | | Hapag Lloyd |
| DC17680100 | AMJV | Miami | SEABOARD Vantage | Belize City | 7/25/2017 | 8/17/2017 | 2017 | 8/20/2017 | NO US FLAG TO THIS DESTINATION | 8/8/2017 8:47 | YES | NO | N/A | Florida | Belize | Foreign Flag | P2 | Miami (truck), Savannah - Rotterdam (US Flag), Rotterdam - Belize City | | Hapag Lloyd |
| DC16506742 | AMJV | Baltimore | MSC ADELAIDE 638 | Chittagong | 9/6/2016 | 9/27/2016 | 2016 | 11/2/2016 | NO US FLAG SERVICE | 9/22/2016 6:18 | YES | NO | N/A | Maryland | Bangladesh | Foreign Flag | P2 | Baltimore (truck/barge), Norfolk - Salalah (US Flag), Salalah - Colombo, Colombo - Cittagong | | Maersk Line, Limited |
| DC19432140 | AMJV | Baltimore | SM NEW YORK ME9 | Cotonou | 7/12/2019 | 7/24/2019 | 2019 | 9/3/2019 | NO US FLAG | 7/19/2019 13:39 | YES | NO | N/A | Maryland | Benin | Foreign Flag | P2 | Baltimore (truck/barge), Norfolk - Algeciras (US Flag), Algeciras - Cotonou | | Maersk Line, Limited |
| DC19255974 | AMJV | Houston | MSC BARCELONA 1 | Durban | 11/5/2018 | 11/20/2018 | 2018 | 12/27/2018 | NO US FLAG | 11/19/2018 10:17 | YES | NO | N/A | Texas | South Africa | Foreign Flag | P2 | Houston - Algeciras (US Flag), Algeciras - Durban | | Maersk Line, Limited |
| DC17372154 | AMJV | Miami | SEABOARD OCEAN | Georgetown | 11/3/2017 | 11/30/2017 | 2017 | 12/5/2017 | NO US FLAG | 11/15/2017 15:36 | YES | NO | N/A | Florida | Guyana | Foreign Flag | P2 | Miami (truck), Savannah - Rotterdam (US Flag), Rotterdam - Kingston, Kingston - Georgetown (assume Guyana) | | Hapag Lloyd |
| DC19696195 | AMJV | Baltimore | GUNHIDE MAERSK | Ho Chi Minh City | 4/22/2019 | 5/6/2019 | 2019 | 6/29/2019 | NO US FLAG | 4/29/2019 12:33 | YES | NO | N/A | Maryland | Vietnam | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Singapore, Singapore - Ho Chi Minh | | Maersk Line, Limited |
| DC18204827 | AMJV | New York | ARTHUR MAERSK 8 | Karachi | 4/16/2018 | 5/5/2018 | 2018 | 6/19/2018 | NO US FLAG; GREEN LIGHT RECEIVED 4/23 | 4/25/2018 9:21 | YES | NO | N/A | New York | Pakistan | Foreign Flag | P1 | Newark - Port Qasim (US Flag) | | Maersk Line, Limited and APL |
| DC19170259 | AMJV | New York | ZIM VANCOUVER V4 | Limassol | 2/25/2019 | 3/11/2019 | 2019 | 4/11/2019 | NO US FLAG | 2/28/2019 14:52 | YES | NO | N/A | New York | Cyprus | Foreign Flag | P2 | Newark - Port Said (US Flag), Port Said - Limassol | | Maersk Line, Limited and APL |
| DC18864547 | AMJV | Savannah | DALIAN EXPRESS 1 | Mombasa | 7/24/2018 | 8/17/2018 | 2018 | 10/6/2018 | NO US FLAG | 8/3/2018 12:12 | YES | NO | N/A | Georgia | Kenya | Foreign Flag | P1 | Savannah - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Savannah - Salalah (US Flag), Salalah - Mombasa | Maersk Line, Limited |
| DC17055580 | AMJV | New York | CMA-CGM MEHUIN | Nhava Sheva | 2/10/2017 | 3/22/2017 | 2017 | 4/30/2017 | GREEN LIGHT RECEIVED 3/8/17; NO US FLAG TO THIS DESTINATION | 3/9/2017 11:01 | YES | NO | N/A | New York | India | Foreign Flag | P1 | Newark - Nhava Sheva (US Flag) (jawaharlal nehru) | | Maersk Line, Limited |
| DC18815687 | AMJV | Baltimore | EVERGREEN EVER | Nhava Sheva | 3/5/2018 | 3/16/2018 | 2018 | 5/5/2018 | NO US FLAG | 3/12/2018 11:49 | YES | NO | N/A | Maryland | India | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Nhava Sheva (US Flag) (jawaharlal nehru) | | Maersk Line, Limited |
| DC16976636 | AMJV | Miami | HANSA AUGSBURG | Rio Haina | 5/26/2016 | 6/17/2016 | 2016 | 6/25/2016 | NO US FLAG TO THIS LOCATION | 6/14/2016 12:26 | YES | NO | N/A | Florida | Dominican Republic | Foreign Flag | P2 | Miami (truck), Savannah - Rotterdam (US Flag), Rotterdam - Rio Haina | | Hapag Lloyd |
| DC16735970 | AMJV | Baltimore | MAERSK SANA 632 | Xingang | 7/29/2016 | 8/14/2016 | 2016 | 9/28/2016 | NO US FLAG TO THIS LOCATION FROM THIS ORIGIN | 8/11/2016 12:54 | YES | NO | N/A | Maryland | Taiwan | Foreign Flag | P1 | Baltimore (rail), Oakland - Qingdao (US Flag) | Supplemental P2: Norfolk - Jebel Ali (US Flag), Jebel Ali - Qingdao | APL |
| DC17599489 | AMJV | Seattle | HYUNDAI GOODWIL | Xingang | 5/30/2017 | 6/15/2017 | 2017 | 7/10/2017 | NO US FLAG | 6/6/2017 11:12 | YES | NO | N/A | Washington | Taiwan | Foreign Flag | P1 | Oakland - Qingdao (US Flag) | | APL |
| DC17324910 | AMJV | Atlanta | NYK CONSTELLATI | Yokohama | 9/21/2017 | 10/20/2017 | 2017 | 11/7/2017 | NO US FLAG | 9/29/2017 7:03 | YES | NO | N/A | Georgia | Japan | Foreign Flag | P1 | Los Angeles - Yokoham (US Flag) | | Maersk Line, Limited and APL |
| DC19823220 | AMJV | Los Angeles | COSTCO BOSTON 0 | Yokohama | 1/22/2019 | 3/8/2019 | 2019 | 3/24/2019 | NO US FLAG; GREEN LIGHT RECEIVED 2/15/19 | 2/19/2019 7:44 | YES | NO | N/A | California | Japan | Foreign Flag | P1 | Los Angeles - Yokoham (US Flag) | | Maersk Line, Limited and APL |