# Exhibit 4

Examples of Fraudulent Foreign Flag Waivers submitted by Defendant Cartwright International Van Lines, Inc.

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18704090 | CRWV | Baltimore | Hamburg Sud Spirit O | Arica | 7/10/2018 | 8/12/2018 | 2018 | 9/1/2018 | No US Flag available to Arica/La Paz in order to make RDD | 7/30/2018 9:26 | YES | NO | | Maryland | Chile | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Manzanillo, Manzanillo - Balboa, Balboa Arica | | Maersk Line, Limited |
| DC18645069 | CRWV | Baltimore | Med Shipping MSC O | Arica | 7/19/2018 | 8/7/2018 | 2018 | 9/12/2018 | NO US Flag vessel available to make RDD | 7/30/2018 9:32 | YES | NO | | Maryland | Chile | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Manzanillo, Manzanillo - Balboa, Balboa Arica | | Maersk Line, Limited |
| DC18624662 | CRWV | Baltimore, MD | MSC Marta 838A | Arica, Chile | 9/4/2018 | 9/25/2018 | 2018 | 10/24/2018 | No US flag available | 9/13/2018 9:36 | YES | NO | | Maryland | Chile | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Manzanillo, Manzanillo - Balboa, Balboa Arica | | Maersk Line, Limited |
| DC18735894 | CRWV | Baltimore, MD | HAMBURG SUD, LIM | La Paz, Bolivia | 5/7/2018 | 5/25/2018 | 2018 | 6/26/2018 | No US flag vessels available to meet RDD | 5/14/2018 8:04 | YES | NO | | Maryland | Bolivia | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Manzanillo, Manzanillo - Balboa, Balboa Arica, Arica - La Paz (truck | | Maersk Line, Limited |
| DC18510575 | CRWV | Baltimore | Med Shipping MSC M | Montevideo | 6/19/2018 | 7/17/2018 | 2018 | 8/11/2018 | No US Flag available in order to make RDD | 7/3/2018 12:44 | YES | NO | | Maryland | Netherlands | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Montevideo | | Maersk Line, Limited and APL |
| DC18893109 | CRWV | Baltimore, MD | MSC Marta UA 821 | Montevideo, Uruguay | 5/14/2018 | 5/29/2018 | 2018 | 6/24/2018 | No US flag vessels available | 5/18/2018 12:29 | YES | NO | | Maryland | Uruguay | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Montevideo | | Maersk Line, Limited and APL |
| DC18512481 | CRWV | Baltimore, MD | Gamet Ave 68A | Montevideo, Uruguay | 9/19/2018 | 10/19/2018 | 2018 | 11/17/2018 | No US flag available | 9/25/2018 6:42 | YES | NO | | Maryland | Uruguay | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Montevideo | | Maersk Line, Limited and APL |
| DC18974238 | CRWV | New York | ONEY YM Enlightme | Rotterdam | 6/25/2018 | 7/21/2018 | 2018 | 7/29/2018 | No US Flag available to Rotterdam at this time. | 7/11/2018 7:51 | YES | NO | | New York | Netherlands | Foreign Flag | P1 | Newark (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Newark for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18541209 | CRWV | Baltimore | CMA CGM La Travita | Rotterdam | 6/11/2018 | 6/23/2018 | 2018 | 7/10/2018 | No US Flag vessels available to make RDD | 6/19/2018 7:17 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18903011 | CRWV | Baltimore | Med Shipping MSC V | Rotterdam | 7/3/2018 | 7/19/2018 | 2018 | 8/12/2018 | No US Flag available in order to make RDD | 7/10/2018 6:53 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18855850 | CRWV | Baltimore | Med Shipping MSC Si | Rotterdam | 9/5/2018 | 9/26/2018 | 2018 | 10/2/2018 | No US Flag available to Rotterdam to make RDD | 9/12/2018 7:35 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18111892 | CRWV | Baltimore | Med Shipping MSC Si | Rotterdam | 9/5/2018 | 9/26/2018 | 2018 | 10/24/2018 | No US Flag available to Rotterdam to make RDD | 9/12/2018 7:36 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18472952 | CRWV | Baltimore, MD | MAERSK KOWLOON | Rotterdam, Nethlands | 9/28/2018 | 10/24/2018 | 2018 | 11/25/2018 | No US Flag vessels available to meet RDD. UPDATED VESSEL INFORMATION | 10/11/2018 6:24 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18138417 | CRWV | Baltimore, MD | Ever Lucky 027E | Rotterdam, Nethlands | 6/7/2018 | 6/16/2018 | 2018 | 7/3/2018 | No US flag available to meet RDD | 6/11/2018 8:11 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18389478 | CRWV | Baltimore, MD | MSC / VIDHI / V.834 | Rotterdam, Nethlands | 8/3/2018 | 8/23/2018 | 2018 | 9/18/2018 | Foreign Flag Waiver required to meet RDD | 8/15/2018 15:06 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18798330 | CRWV | Baltimore, MD | MSC Silvana 839 | Rotterdam, Nethlands | 9/6/2018 | 9/26/2018 | 2018 | 10/24/2018 | No US flag available | 9/12/2018 7:35 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |
| DC18813763 | CRWV | Baltimore | MSC / MSC RACHEL | Rotterdam, Nethlands | 9/21/2018 | 10/24/2018 | 2018 | 11/25/2018 | No US Flag vessels available to meet RDD. Updated vessel information, all vessels are overbooked | 10/11/2018 6:24 | YES | NO | | Maryland | Netherlands | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |