# Exhibit 5

Examples of Fraudulent Foreign Flag Waivers submitted by Defendant Coleman American Moving Services, Inc.

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18008482 | COLEMAN MOVING | Baltimore | MSC Soraya/ UA844A | Acajtla, El Salvador | 10/23/2018 | 11/7/2018 | 2018 | 12/4/2018 | Only US Flag out of Baltimore goes to Antwerp, then loads on non-US Flag. Earliest ETA to Guatemala is 12/14. Then 3-5 day transit to San Salvador. Would cause missed RDD. | missed RDD. eSignature: (b)(6) | YES | NO | | Baltimore | Acajutla | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Acajutla | | Hapag Lloyd |
| DC19136558 | COLEMAN MOVING | Long Beach, CA | Cap Palliser / 902S | Corinto, Nicaragua | 12/4/2018 | 1/4/2019 | 2019 | 1/19/2019 | Only US Flag is out of Norfolk, VA. Would leave on 12/31/18 and arrive to Managua on 2/9/19, causing missed RDD. | eSignature: (b)(6) | YES | NO | | Los Angeles | Corinto | Foreign Flag | P2 | Los Angeles - Busan (US Flag), Busan - Lazaro Cardenas, Lazaro Cardenas - Corinto | | Maersk Line, Limited |
| DC19663930 | COLEMAN MOVING | Long Beach, CA | Cap Palliser / 902S | Corinto, Nicaragua | 12/5/2018 | 1/4/2019 | 2019 | 1/19/2019 | Only US Flag is out of Norfolk, VA. Would leave on 12/31/18 and arrive to Managua on 2/9/19, causing missed RDD. | eSignature: (b)(6) | YES | NO | | Los Angeles | Corinto | Foreign Flag | P2 | Los Angeles - Busan (US Flag), Busan - Lazaro Cardenas, Lazaro Cardenas - Corinto | | Maersk Line, Limited |
| DC19475714 | COLEMAN MOVING | Baltimore | MSC Oriane UA928A | Corinto | 6/28/2019 | 7/17/2019 | 2019 | 8/12/2019 | Only available "US Flag" is P2. Goes over to Antwerp on US, then ships down to Managua on non-US Flag. Transit time is 70 days, which is over the whole RDD window. | (b)(6) 7/8/2019 2:48:48 PM | YES | NO | window. eSignature: (b)(6) | Baltimore | Corinto | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Corinto | | Hapag Lloyd |
| DC19341670 | COLEMAN MOVING | Baltimore | MSC Oriane UA928A | Corinto | 6/28/2019 | 7/17/2019 | 2019 | 8/12/2019 | Only available "US Flag" is P2. Goes over to Antwerp on US, then ships down to Managua on non-US Flag. Transit time is 70 days, which is over the whole RDD window. | (b)(6) | YES | NO | window. eSignature: (b)(6) | Baltimore | Corinto | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Corinto | | Hapag Lloyd |
| DC19458139 | COLEMAN MOVING | Baltimore | MSC Marta UA925A | Corinto | 6/14/2019 | 7/2/2019 | 2019 | 7/28/2019 | Only available "US Flag" is P2. Goes over to Antwerp on US, then ships down to Managua on non-US Flag. Transit time is 70 days, which is over the whole RDD window. | (b)(6) 6/21/2019 1:54:49 PM | YES | NO | window. eSignature: (b)(6) | Baltimore | Corinto | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Corinto | | Hapag Lloyd |
| DC19658882 | COLEMAN MOVING | Baltimore | MSC Marta UA925A | Corinto | 6/14/2019 | 7/2/2019 | 2019 | 7/28/2019 | Only available "US Flag" is P2. Goes over to Antwerp on US, then ships down to Managua on non-US Flag. Transit time is 70 days, which is over the whole RDD window. | (b)(6) | YES | NO | window. | Baltimore | Corinto | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag), Rotterdam - Corinto | | Hapag Lloyd |