# Exhibit 7

Examples of  Fraudulent Foreign Flag Waivers submitted by Defendant Hilldrup Companies, Inc.

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AI18765379 | HILLDRUP MOVING & | Baltimore | MSC Kingston /804E | Mombasa | 1/23/2018 | 2/1/2018 | 2018 | 3/25/2018 | There are no US Flag vessels available from Baltimore | 1/25/2018 11:15:34 AM | YES | NO | | Baltimore | Mombasa | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited and APL |
| DC 18648624 | HILLDRUP MOVING & | Baltimore, MD | Maersk Sofia/814W | JebelAlli | 3/27/2018 | 4/9/2018 | 2018 | 5/6/2018 | There are no US Flag carriers out of Baltimore. Therefore, a Foreign Flag Waiver is requestd. | (b)(6) 3/29/2018 8:06:14 AM | YES | NO | | Baltimore | Jebel Ali | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | | Maersk Line, Limited |
| DC 18798844 | HILLDRUP MOVING & | Baltimore | ArnoldMaersk/804W | Jebel Ali | 1/12/2018 | 1/29/2018 | 2018 | 2/25/2018 | There are no US Flag vessels available from Baltimore. | 1/25/2018 11:07:46 AM | YES | NO | | Baltimore | Jebel Ali | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | | Maersk Line, Limited |
| DC18129906 | HILLDRUP MOVING & | Baltimore | Maersk Arnold/804W | JebelAlli | 1/22/2018 | 1/29/2018 | 2018 | 2/25/2018 | There are no US Flag vessels available from Baltimore. | 1/25/2018 11:12:30 AM | YES | NO | | Baltimore | Jebel Ali | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | | Maersk Line, Limited |
| DC18592090 | HILLDRUP MOVING & | Norfolk, VA | Cosco Korea / 054W | Port Khalifa, UAE | 1/5/2018 | 1/18/2018 | 2018 | 3/2/2018 | There are currently no US Flag vessels to destination, therefore, flag waiver is requested. | (b)(6) 1/9/2018 7:23:42 AM | YES | NO | | Norfolk | Abu Dhabi | Foreign Flag | P1 | Norfolk - Jebel Ali (US Flag) | Supplemental P2: Norfolk - Jebel Ali (US Flag), Jebel Ali Abu Dhabi | Maersk Line, Limited and APL |
| DC18675113 | HILLDRUP MOVING & | Baltimore, MD | MSC Methoni/ 813E | Ashdod, Israel | 3/14/2018 | 3/28/2018 | 2018 | 5/8/2018 | No US flag to Tel Aviv | 3/19/2018 8:3:25:32 PM | YES | NO | | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC18723817 | HILLDRUP MOVING & | Baltimore Md. | Maersk Sofia 803W | JebelAlli | 1/17/2018 | 1/22/2018 | 2018 | 2/18/2018 | There are no US Flag vessels available from Blatimore | 1/17/2018 2:46:10 PM | YES | NO | | Baltimore | Jebel Ali | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | | Maersk Line, Limited |
| DC18190927 | HILLDRUP MOVING & | Norfolk, VA | Clementine Maersk/839W | Mombasa, kenya | 7/16/2018 | 10/3/2018 | 2018 | 11/14/2018 | No USflag to Mombasa | 9/20/2018 3:10:07 PM | YES | NO | eSignature: (b)(6) DateSigned: 9/20/2018 3:10:07 PM | Norfolk | Mombasa | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited |
| DC18161614 | HILLDRUP MOVING & | BALTIMORE | SAFMARINE COLOMBIN | pJIBOUTI | 7/19/2018 | 8/6/2018 | 2018 | 9/16/2018 | THERE ARE NO US FLAG VESSELS SAILING FROM BALTIMORE TO DJIBOUTI, THEREFORE A FLAG WAIVER IS REQUESTED. | (b)(6) 7/30/2018 7:42:22 AM | YES | NO | eSignature: (b)(6) | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departu re Year | Arrival Date | Comments | Date Signed | Approve d? | Denied? | Denied Commen ts | ORIGIN | DESTIN ATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18252897 | HILLDRUP MOVING & | BALTIMOR E | SAFMA RINE COLOM BIN | pJIBOU TI | 7/19/2018 | 8/6/2018 | 2018 | 9/16/2018 | THERE ARE NO US FLAG VESSELS SAILING FROM BALTIMORE TO DJIBOUTI, THEREFORE A FLAG WAIVER IS REQUESTED. | (b)(6) 7/30/201 8 7:42:11 AM | YES | NO | eSignatur e: (b)(6)e | Baltimor e | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC18873201 | HILLDRUP MOVING & | Norfolk,VA | Rio Negro 831E | Ashdod, Israel | 7/10/2018 | 8/1/2018 | 2018 | 9/4/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | (b)(6) 7/20/201 8 10:21:48 AM | YES | NO | eSignatur e: (b)(6) | Norfolk | Ashdod | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC18924376 | HILLDRUP MOVING & | Norfolk, VA | ADRIAN MAERS K/832W | Mombas a, Kenya | 7/24/2018 | 8/15/2018 | 2018 | 9/16/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | (b)(6) 8/2/2018 9:35:07 AM | YES | NO | eSignatur e: (b)(6) | Norfolk | Mombas a | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited |
| DC18665956 | HILLDRUP MOVING & | Norfolk, VA | ADRIAN MAERS K 832W | Aqaba, Jordan | 7/26/2018 | 8/15/2018 | 2018 | 9/21/2018 | There are currently no US flag vessels to destination. Therefore, Flag waiveris requested. | (b)(6) 8/8/2018 3:03:11 PM | YES | NO | eSignatur e: (b)(6) | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18283903 | HILLDRUP MOVING & | Baltimore, MD | Adrian Maersk/8 32W | Ashdod, Israel | 7/27/2018 | 8/7/2018 | 2018 | 10/2/2018 | No USflag to Ashdod from Baltimore | (b)(6) 3:00:27 PM DateSign ed: 8/8/2018 3:00:27 PM | YES | NO | eSignatur e:| (b)(6) | Baltimor e | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC18377491 | HILLDRUP MOVING & | Norfolk, VA | MOLCo urage/ 8228 | Aqaba, Jordan | 7/30/2018 | 8/12/2018 | 2018 | 9/11/2018 | No USflag to Aqaba | (b)(6) 11:40:13 AM DateSign ed: 8/2/2018 11:40:13 AM | YES | NO | eSignatur e: (b)(6) | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18745006 | HILLDRUP MOVING & | Norfolk, VA | ADRIAN MAERS K 832W | Nairobi, Kenya | 8/1/2018 | 8/15/2018 | 2018 | 9/23/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | (b)(6) 8/2/2018 11:03:09 AM | YES | NO | eSignatur e: (b)(6) | Norfolk | Nairobi | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18090598 | HILLDRUP MOVING & | Baltimore, MD | Safmarine Adrian/832W | Nhava Sheva | 8/1/2018 | 8/14/2018 | 2018 | 9/26/2018 | There are no US Flags from Baltimore to New Delhi, therefore a flag waiver is requested. | (b)(6) 8/7/2018 2:46:38 PM | YES | NO | eSignature: (b)(6)e | Baltimore | Jawaharlal Nehru | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Nhava Sheva (Jawaharlal Nehru) | | Maersk Line, Limited |
| DC18729215 | HILLDRUP MOVING & | BALTIMORE | MSC Maureen/834E | ASHDOD | 8/1/2018 | 8/22/2018 | 2018 | 9/16/2018 | There are no US Flags from Baltimore to Tel Aviv Israel, therefore a flag waiveris requested. | (b)(6) 8/7/2018 2:47:53 PM | YES | NO | eSignature: (b)(6)e | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC 18347827 | HILLDRUP MOVING & | BALTIMORE | MSC Maureen/834E | AQABA | 8/2/2018 | 8/22/2018 | 2018 | 9/20/2018 | There are no US Flags from Baltimore to Amman Jordan, therefore a flag waiveris requested. | (b)(6) 8/7/2018 2:48:41 PM | YES | NO | eSignature: (b)(6)e | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18789872 | HILLDRUP MOVING & | Baltimore | Ever Legend / 0957W | Karachi | 8/6/2018 | 10/13/2018 | 2018 | 12/9/2018 | Currently no USflag vessels from Baltimore to Karachi | 9/27/2018 9:35:41 AM DateSigned: 9/27/2018 9:35:41 AM | YES | NO | eSignature: (b)(6)e | Baltimore | Karachi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Qasim (US Flag) | | Maersk Line, Limited and APL |
| DC18704962 | HILLDRUP MOVING & | Norfolk, VA | MSC Marianna /834E | Alexandria, Egypt | 8/8/2018 | 8/23/2018 | 2018 | 9/17/2018 | No USflag to Alexandria | 8/16/2018 6:50:11 AM DateSigned: 8/16/2018 6:50:11 AM | YES | NO | eSignature: (b)(6)e | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC 18886349 | HILLDRUP MOVING & | Baltimore | MaerskSofia / 836W | Nairobi | 8/8/2018 | 9/10/2018 | 2018 | 10/21/2018 | Currently no US flag vessels from Baltimore to Nairobi | 9/5/2018 7:42:14 AM DateSigned: 9/5/2018 7:42:14 AM | YES | NO | eSignature: (b)(6)e | Baltimore | Nairobi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Supplemental P2: Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Maersk Line, Limited |
| DC18268081 | HILLDRUP MOVING & | Baltimore, MD | MSC Lucy ME830E | Ashdod, Israel | 7/11/2018 | 7/15/2018 | 2018 | 8/19/2018 | No Us flag to Ashdod from Baltimore | 7/16/2018 6:58:31 AM DateSigned: 7/16/2018 6:58:31 AM | YES | NO | eSignature: (b)(6)e | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTIN ATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC 18763639 | HILLDRUP MOVING & | Baltimore | MaerskS ofia / 836W | Nairobi | 8/10/2018 | 9/10/2018 | 2018 | 10/21/2018 | Currently no US flag vessels from Baltimore to Nairobi | 9/5/2018 7:42:24 AM | YES | NO | eSignature: (b)(6) DateSigned: 9/5/2018 7:42:24 AM | Baltimor e | Nairobi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Supplemental P2: Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Maersk Line, Limited |
| DC18639108 | HILLDRUP MOVING & | Baltimore, MD | Vermont Trader 001 | Aqaba, Jordan | 7/11/2018 | 8/14/2018 | 2018 | 9/17/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | (b)(6) 8/8/2018 3:00:36 PM | YES | NO | eSignature: (b)(6) | Baltimor e | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18144532 | HILLDRUP MOVING & | Baltimore, MD | MSCLuc y/830E | Ashdod, Israel | 7/12/2018 | 7/27/2018 | 2018 | 8/28/2018 | No US flag from Baltimore to Ashdod | 7/23/2018 10:44:39 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/23/2018 10:44:39 AM | Baltimor e | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| AI18260099 | HILLDRUP MOVING & | BALTIMOR E MD | arthur maersk 829w | ADDIS ABABA | 7/5/2018 | 7/23/2018 | 2018 | 9/2/2018 | CURRENTLY NO US FLAG AVAILABLE | eSignature: (b)(6) DateSigned: 7/19/2018 9:06:16 AM | YES | NO | | Baltimor e | Addis Ababa | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag), truck to Addis Ababa | | Maersk Line, Limited |
| AI18828657 | HILLDRUP MOVING & | Norfolk, VA | ADRIAN MAERS K/832W | Mombas a, Kenya | 7/24/2018 | 8/15/2018 | 2018 | 9/16/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | eSignature: (b)(6) | YES | NO | | Norfolk | Mombas a | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited |
| DC18282713 | HILLDRUP MOVING & | Norfolk, VA | CMA CGM CHENN AI OTU_ | Mombas a, Kenya | 7/3/2018 | 7/20/2018 | 2018 | 9/13/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested | eSignature: (b)(6) | YES | NO | | Norfolk | Mombas a | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited |
| DC18692864 | HILLDRUP MOVING & | Norfolk, VA | Arthur Maersk 829W | Aqaba, Jordan | 7/2/2018 | 7/26/2018 | 2018 | 9/1/2018 | No US flag to Jordan | eSignature: (b)(6) DateSigned: 7/19/2018 9:03:42 AM | YES | NO | | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18893102 | HILLDRUP MOVING & | New York | CMACGM ALMAVIVA/824 | Aqaba | 10/9/2018 | 10/31/2018 | 2018 | 12/6/2018 | There are no US Flag vessels available. | eSignature: (b)(6) DateSigned: 10/22/2018 7:01:06 AM | YES | NO | | Newark | Aqaba | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18939776 | HILLDRUP MOVING & | Baltimore, MD | MSC Lucy ME830E | Ashdod, Israel | 7/6/2018 | 7/15/2018 | 2018 | 8/19/2018 | No Us Flag to Ashdod from Baltimore | eSignature: (b)(6) DateSigned: 7/16/2018 8:26:20 AM | YES | NO | | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC19475575 | HILLDRUP MOVING & | Baltimore | CMA CGM Nabucco/omr3 | Aqaba | 7/3/2019 | 7/17/2019 | 2019 | 8/30/2019 | There are No US Flag Vessels Denied Reason APL offers P2 service. Shipment would be barged from Baltimore to Norfolk. | APL offers P2 service. Shipment would be barged from Baltimore to Norfolk. Shipment would depart Norfolk 7/24 on Maersk Columbus. Shipment tranship through Port Said East and Damietta before reaching | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19006017 | HILLDRUP MOVING & | Norfolk, VA | Maersk Kowloon / 933E | Aqaba | 7/18/2019 | 8/17/2019 | 2019 | 9/12/2019 | Currently no USflag vessels available from Norfolk or Baltimore to Aqaba. | eSignature: (b)(6) DateSigned: 8/13/2019 6:45:59 AM | YES | NO | | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19141205 | HILLDRUP MOVING & | Norfolk, VA | Conti Chivalry/ 939E | Alexandria, Egypt | 8/12/2019 | 9/28/2019 | 2019 | 10/25/2019 | Currently no USflag vessels available from Norfolk or Baltimore to Alexandria, Egypt. | eSignature: (b)(6) DateSigned: 9/20/2019 8:59:35 AM | YES | NO | | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19146026 | HILLDRUP MOVING & | Baltimore, MD | MAERSK SHEERNESS/9 | Aqaba, Jordan | 8/12/2019 | 8/29/2019 | 2019 | 9/23/2019 | There are currently no USF options out of port Baltimore to Aqaba, Jordan. Therefore a flag waiver is requested. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19164311 | HILLDRUP MOVING & | Norfolk, VA | SM New York / 937E | Alexandria, Egypt | 8/6/2019 | 9/14/2019 | 2019 | 10/11/2019 | Currently no USflag vessels from Norfolk or Baltimore to Alexandria, Egypt. | eSignature: (b)(6) DateSigned: 9/4/2019 12:31:46 PM | YES | NO | | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19212446 | HILLDRUP MOVING & | New York | CMA CGM Tosca/006E | Alexandria | 7/26/2019 | 8/20/2019 | 2019 | 9/30/2019 | No US Flag vessels available | eSignature: (b)(6) DateSigned: 8/14/2019 1:41:58 PM | YES | NO | | Newark | Alexandria | Foreign Flag | P1 | Newark - Port Said (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19475359 | HILLDRUP MOVING & | Houston | Santa Viola/07 E44 | Alexandria | 9/27/2019 | 11/9/2019 | 2019 | 12/23/2019 | Green light received from post on 10/28. New RDD basedonthis date is 12/27. The next available USF vessel out of Houston arrives to Alexandria 12/28, missing the RDD. The Foreign Flag vessel arrives 12/23 before the RDD. | RDD. The Foreign Flag vessel arrives 12/23 before the RDD. | YES | NO | | Houston | Alexandria | Foreign Flag | P1 | Houston - Port Said (US Flag) | Supplemental P2: Houston - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19492126 | HILLDRUP MOVING & | Norfolk | S Santiago/ 931E | Aqaba | 7/23/2019 | 8/3/2019 | 2019 | 9/13/2019 | Next available US Flag vessel York town Express misses RDD bytwo days. Next available Foreign Flag vessel arrives 9/13. Shipping goodson the US Flag vessel puts making RDD in jeopardy, therefore foreign flag waiver is requested. | puts making RDD in jeopardy, therefore foreign flag waiver is requested. eSig | YES | NO | | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19506816 | HILLDRUP MOVING & | Norfolk Virginia | MSC Frederica / NU846E | Aqaba | 11/9/2018 | 11/18/2018 | 2018 | 12/26/2018 | There are no US Flag vessels available. | eSignature: (b)(6) DateSigned: 11/15/2018 5:42:13 AM | YES | NO | | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19508781 | HILLDRUP MOVING & | Baltimore | CMA CGM Titus/ O1N30E | Aqaba | 7/12/2019 | 7/30/2019 | 2019 | 8/26/2019 | The P2 Vessel hasa transit of 46 days where non usflag vessel hastransit of 30 days. There fore putting my RDD in jeopardy. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19519490 | HILLDRUP MOVING & | Baltimore | Bremen Express/ OMR3GE | Aqaba | 8/7/2019 | 8/21/2019 | 2019 | 10/11/2019 | The P2 Vessel hasa transit of 46 days where non usflag vessel hastransit of 30 days. There fore putting my RDD in jeopardy. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19522525 | HILLDRUP MOVING & | Baltimore | MSC Maria Elena / 929E | Aqaba | 7/1/2019 | 7/18/2019 | 2019 | 8/15/2019 | Currently no USflag vessels from Baltimore or Norfolk to Aqaba. | eSignature: (b)(6) DateSigned: 7/11/2019 8:09:46 AM | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19608473 | HILLDRUP MOVING & | Baltimore, MD | CMA CGM Titus /01N30E | Aqaba, Jordan | 7/2/2019 | 7/31/2019 | 2019 | 8/26/2019 | P2 Service to Abaqa transships in Antwerp & Jeddah andhasa transit time of 46 days and arrives after my RDD of September 1, 2019. Foreign Flag carrier has a transit time of 30 days and arrives before the RDD on August 26, 2019. Therefore, | transit time of 30 days and arrives before the RDD on August 26, 2019. Therefore, flag waiver is requested as RDD isin jeopardy. | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19612854 | HILLDRUP MOVING & | Baltimore | CMA CGM Titus/O1n30e1 | Aqaba | 7/5/2019 | 7/30/2019 | 2019 | 8/26/2019 | P2 Service to Abaqa transships in Antwerp & Jeddah andhasa transit time of 46 days and arrives after my RDD of September 1, 2019. Foreign Flag carrier has a transit time of 30 days and arrives before the RDD on August 26, 2019. Therefore, | transit time of 30 days and arrives before the RDD on August 26, 2019. Therefore, flag waiver is requested as RDD isin jeopardy. | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19633305 | HILLDRUP MOVING & | Baltimore | Bremen Express/ OMR3GE | Aqaba | 8/1/2019 | 8/21/2019 | 2019 | 9/20/2019 | The P2 Vessel hasa transit of 46 days where non usflag vessel hastransit of 30 days. There fore putting my RDD in jeopardy. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19637599 | HILLDRUP MOVING & | Baltimore | MSC Maria Elena/92 9E | Aqaba | 7/5/2019 | 7/18/2019 | 2019 | 8/15/2019 | Currently no USflag vessels from Baltimore or Norfolk to Aqaba. | eSignature: (b)(6) DateSigned: 7/11/2019 8:11:13 AM | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19790925 | HILLDRUP MOVING & | Baltimore | Teno/9230 | Aqaba | 8/19/2019 | 9/3/2019 | 2019 | 10/1/2019 | The P2 Vessel hasa transit of 46 days where non usflag vessel hastransit of 30 days. There fore putting my RDD in jeopardy. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19812021 | HILLDRUP MOVING & | Baltimore | Northern Jubilee/938E | Alexandria, Egypt | 8/26/2019 | 9/19/2019 | 2019 | 10/18/2019 | Currently no USflag vessels from Baltimore to Alexandria, Egypt. | eSignature: (b)(6)  DateSigned: 9/12/2019 1:11:15 PM | YES | NO | | Baltimore | Alexandria | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage vessel) | Maersk Line, Limited and APL |
| DC19821578 | HILLDRUP MOVING & | Norfolk, VA | MSC Silvana/846E | Aqaba, Jordan | 11/5/2018 | 11/18/2018 | 2018 | 12/13/2018 | No US flag to Aqaba | eSignature: (b)(6)  DateSigned: 11/13/2018 1:35:35 PM | YES | NO | | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19830726 | HILLDRUP MOVING & | Baltimore | Chicago Express/ OMR3Q_ | Aqaba | 8/15/2019 | 9/18/2019 | 2019 | 10/25/2019 | The P2 Vessel hasa transit of 46 days where non usflag vessel hastransit of 30 days. There fore putting my RDD in jeopardy. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19847679 | HILLDRUP MOVING & | Baltimore | Maersk Sheerness | Alexandria | 8/5/2019 | 8/29/2019 | 2019 | 9/28/2019 | No US flag vessels available that meet RDD, therefore foreign flag si requested. | eSignature: (b)(6)  DateSigned: 8/27/2019 8:05:09 AM | YES | NO | | Baltimore | Alexandria | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage vessel) | Maersk Line, Limited and APL |
| DC19874177 | HILLDRUP MOVING & | Savannah GA | MOL Courage 9239 | Alexandria, Egypt | 8/19/2019 | 10/30/2019 | 2019 | 11/16/2019 | Green light received on 10/9/19 from post to route. New RDD basedongreenlight received date is 12/8/19. No USF vessels available out of Savannah, GA. | eSignature: (b)(6) | YES | NO | | Savannah | Alexandria | Foreign Flag | P1 | Savannah - Port Said (US Flag) | Savannah - Port Said (US Flag), Port Said - Alexandria (carbotage) | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19951944 | HILLDRUP MOVING & | Baltimore | Maersk Sheerness935E | Alexandria | 7/31/2019 | 8/29/2019 | 2019 | 9/28/2019 | No Usflag vessels available that meet the RDD, therefore Foreign Flag is requested | eSignature: (b)(6) DateSigned: 8/27/2019 8:15:19 AM | YES | NO | | Baltimore | Alexandria | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage vessel) | Maersk Line, Limited and APL |
| DC19976870 | HILLDRUP MOVING & | Norfolk | SM New York / 937E | Alexandria, Egypt | 8/2/2019 | 9/14/2019 | 2019 | 10/11/2019 | Currently no USflag vessels from Norfolk or Baltimore to Alexandria, Egypt. | eSignature: (b)(6) DateSigned: 9/4/2019 12:31:23 | YES | NO | | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19979839 | HILLDRUP MOVING & | Norfolk Virginia | MSC Rachele/ 847E | Alexandria | 11/8/2018 | 11/27/2018 | 2018 | 12/21/2018 | There are no US Flag vessels available. | eSignature: (b)(6) DateSigned: 11/15/2018 5:43:37 AM | YES | NO | | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19296113 | HILLDRUP MOVING & | Baltimore | S. Santiago/ 926E | Aqaba | 6/14/2019 | 6/27/2019 | 2019 | 8/9/2019 | There are no US Flag vessels available from Baltimore. | 6/14/2019 9:45:10 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/14/2019 9:45:10 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18191851 | HILLDRUP MOVING & | Norfolk, VA | MOL Paramount/102W | Aqaba, Jordan | 9/5/2018 | 9/13/2018 | 2018 | 11/1/2018 | No US flag to Aqaba | 9/12/2018 7:35:20 AM | YES | NO | eSignature: (b)(6) DateSigned: 9/12/2018 7:35:20 AM | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18164360 | HILLDRUP MOVING & | Baltimore | ALBERT MAERSK 838W | Djibouti | 8/30/2018 | 10/1/2018 | 2018 | 10/30/2018 | Currently no USflag vessels to destination. Therefore, Flag waiver is requested. | 9/13/2018 1:41:38 PM | YES | NO | eSignature: (b)(6) DateSigned: 9/13/2018 1:41:38 PM | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departu re Year | Arrival Date | Comments | Date Signed | Approve d? | Denied? | Denied Commen ts | ORIGIN | DESTIN ATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18255534 | HILLDRUP MOVING & | Baltimore | Maersk Sophia 836W | Djibouti | 8/24/2018 | 9/10/2018 | 2018 | 10/18/2018 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | (b)(6) 8/30/201 8 6:30:27 AM | YES | NO | eSignatur e: (b)(6) e | Baltimor e | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC18315307 | HILLDRUP MOVING & | Norfolk | Saf Marine Rio Negro/ V.3 | Aqaba | 8/17/2018 | 9/13/2018 | 2018 | 10/11/2018 | There are no US Flag vessels available. | 8/30/201 8 11:21:22 AM | YES | NO | eSignatur e: (b)(6) DateSign ed: 8/30/201 8 11:21:22 AM | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 19955134 | HILLDRUP MOVING & | Baltimore | MSC Azov / 915E | Alexandri a | 3/29/2019 | 4/11/2019 | 2019 | 5/10/2019 | Currently no USflag vessels from Baltimore to Alexandria. Denied Reason HPL has a P2 service out of Baltimore. Washington Express 118E departs Baltimore | (b)(6) | YES | NO | HPL has a P2 service out of Baltimor e. Washingt on Express 118E departs Baltimor e on 4/12 and arrives in Alexandri a on 5/18. RDD is 5/28. | Baltimor e | Alexandri a | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage vessel) | Maersk Line, Limited and APL |
| DC19783008 | HILLDRUP MOVING & | Norfolk | Dalian Express 105W | Nhava Sheva | 1/3/2019 | 1/21/2019 | 2019 | 3/17/2019 | There are currently no US Flag vessels to destination. | 1/10/201 9 1:10:07 PM | YES | NO | eSignatur e: (b)(6) DateSign ed: 1/10/201 9 1:10:07 PM | Norfolk | Jawaharl al Nehru | Foreign Flag | P1 | Norfolk - Nhava Sheva (Jawaharlal Nehru) (US Flag) | | Maersk Line, Limited |
| DC19857687 | HILLDRUP MOVING & | Norfolk | WIDE BRAVO V. 903E | Aqaba | 1/4/2019 | 1/13/2019 | 2019 | 2/23/2019 | There are currently no US flag vessels to destination. Therefore, flag waiver is requested. | (b)(6) 1/7/2019 2:34:54 PM | YES | NO | eSignatur e: (b)(6) | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 18993651 | HILLDRUP MOVING & | Norfolk, VA | Arnold Maersk / 826W | Aqaba,Jo rdan | 6/19/2018 | 7/5/2018 | 2018 | 8/11/2018 | There are currently no US Flag vessels to destination. Therefore, flag waiveris requestd. | 6/25/201 8 2:18:42 PM | YES | NO | eSignatur e: (b)(6) | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18545522 | HILLDRUP MOVING & | Baltimore | CMA CGM Coral 228MRE | Aqaba | 5/25/2018 | 6/12/2018 | 2018 | 7/14/2018 | No US flag vessels from Baltimore to Aqaba. | 6/1/2018 12:28:09 PM | YES | NO | eSignature: (b)(6) DateSigned: 6/1/2018 12:28:09 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18511956 | HILLDRUP MOVING & | Baltimore | CMA CGM Coral 228MRE | Aqaba | 5/15/2018 | 6/12/2018 | 2018 | 7/14/2018 | No US flag vessels from Baltimore to Aqaba. | 6/1/2018 12:27:55 PM | YES | NO | eSignature: (b)(6) DateSigned: 6/1/2018 12:27:55 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18064479 | HILLDRUP MOVING & | Norfolk, VA | CMACGM Almaviva | Alexandria, Egypt | 6/15/2018 | 6/29/2018 | 2018 | 7/23/2018 | No US flag to Alexandria, Egypt | 6/26/2018 4:05:15 PM | YES | NO | eSignature: (6)(6) DateSigned: 6/26/2018 4:05:15 PM | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC18538185 | HILLDRUP MOVING & | Norfolk, VA | Arthur Maersk 829W | Aqaba, Jordan | 6/26/2018 | 7/26/2018 | 2018 | 9/1/2018 | No US flag to Jordan | 7/19/2018 9:03:53 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/19/2018 9:03:53 AM | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18884331 | HILLDRUP MOVING & | Baltimore | SealandIllionis/823E | Mombasa | 5/16/2018 | 6/7/2018 | 2018 | 7/27/2018 | There are no US Flag vessels available. | 5/30/2018 1:36:06 PM | YES | NO | eSignature: (b)(6) DateSigned: 5/30/2018 1:36:06 PM | Baltimore | Mombasa | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited and APL |
| DC 18653291 | HILLDRUP MOVING & | Norfolk | MSC Marianna / ME828E | Mombasa | 6/21/2018 | 7/14/2018 | 2018 | 8/27/2018 | There are no US Flag Vessels available. | 7/10/2018 6:55:04 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/10/2018 6:55:04 AM | Norfolk | Mombasa | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag) | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18394586 | HILLDRUP MOVING & | New York, New Yo | ZIM Tarragona V. 57E | Ashdod, Israel | 5/18/2018 | 6/6/2018 | 2018 | 6/26/2018 | No US flag from New York to Ashdod | 5/29/2018 7:15:05 AM | YES | NO | eSignature: (b)(6) DateSigned: 5/29/2018 7:15:05 AM | Newark | Ashdod | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC18289382 | HILLDRUP MOVING & | Norfolk, VA | Albert Maersk v.827W | Aqaba, Jordan | 6/29/2018 | 7/12/2018 | 2018 | 8/18/2018 | No US flag to Aqaba, Jordan | 7/6/2018 2:04:39 PM | YES | NO | eSignature: (b)(6) DateSigned: 7/6/2018 2:04:39 PM | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| A118879243 | HILLDRUP MOVING & | Minneapolis, MN | APL Antwerp / 8235 | Islamabad, Pakistan | 6/27/2018 | 9/12/2018 | 2018 | 11/2/2018 | There are currently no US Flag vessels to destination that arrives to desintation before my RDD. Therefore, flag waiver is requested | 9/7/2018 9:30:37 AM | YES | NO | (b)(6) eSignature: | Newark | Islamabad | Foreign Flag | P1 | Newark - Port Qasim (US Flag), truck to Islamabad | | Maersk Line, Limited and APL |
| DC18471515 | HILLDRUP MOVING & | Baltimore | APL Antwerp/ 8226 | Karachi | 6/18/2018 | 7/25/2018 | 2018 | 8/31/2018 | There are no US Flag Vessels available. | 7/10/2018 6:53:21 AM | YES | NO | eSignatures (b)(6) DateSigned: 7/10/2018 6:53:21 AM | Baltimore | Karachi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Qasim (US Flag) | | Maersk Line, Limited and APL |
| DC 18245316 | HILLDRUP MOVING & | Norfolk va. | Maersk Shanghai /824W | Nhava Sheva | 6/11/2018 | 6/21/2018 | 2018 | 7/24/2018 | There are no US Flag vessels available. | 6/14/2018 9:02:43 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/14/2018 9:02:43 AM | Norfolk | Jawaharlal Nehru | Foreign Flag | P1 | Norfolk - Nhava Sheva (Jawaharlal Nehru) (US Flag) | | Maersk Line, Limited |
| DC 18866232 | HILLDRUP MOVING & | Norfolk, VA | ADRIAN MAERSK 832W | Nairobi, Kenya | 6/26/2018 | 8/15/2018 | 2018 | 9/23/2018 | There are currently no US flag vessels to desintation. Therefore, flag waiver is requested. | (b)(6) 8/1/2018 1:54:54 PM | YES | NO | eSignature: (b)(6) | Norfolk | Nairobi | Foreign Flag | P1 | Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Supplemental P2: Norfolk - Salalah (US Flag), Salalah - Mombasa (US Flag), truck to Nairobi | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19859104 | HILLDRUP MOVING & | Baltimore | MSCSilvania . 924E | Aqaba | 6/5/2019 | 6/13/2018 | 2018 | 7/18/2023 | currently no US flag vessels to Aqaba, Jordan that will make our RDD date | 6/10/2019 9:17:02 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/10/2019 9:17:02 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 19360839 | HILLDRUP MOVING & | Baltimore | MSCSilvania/ 924E | Aqaba | 6/7/2019 | 6/13/2019 | 2019 | 7/18/2019 | There are currently no US Flag vessels out of Port Baltimore. | 6/10/2019 12:11:48 PM | YES | NO | eSignature: (b)(6) DateSigned: 6/10/2019 12:11:48 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19360839 | HILLDRUP MOVING & | Baltimore | MSCSilvania/ 924E | Aqaba | 6/7/2019 | 6/13/2019 | 2019 | 7/18/2019 | There are currently no US Flag vessels out of Port Baltimore. | 6/10/2019 12:11:48 PM | YES | NO | eSignature: (b)(6) DateSigned: 6/10/2019 12:11:48 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19200067 | HILLDRUP MOVING & | Baltimore | Maersk Gairloch/ 922E | Aqaba | 5/20/2019 | 5/30/2019 | 2019 | 7/12/2019 | Currently no USflag vessels from Baltimore to Aqaba. | 5/23/2019 1:49:17 PM | YES | NO | eSignature: (b)(6) DateSigned: 5/23/2019 1:49:17 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19416942 | HILLDRUP MOVING & | Baltimore | MSCSilvania/ 924E | Aqaba | 6/7/2019 | 6/13/2019 | 2019 | 7/18/2019 | There are currently no US Flag vessels out of Port Baltimore. | 6/10/2019 12:10:45 PM | YES | NO | eSignature: (b)(6) DateSigned: 6/10/2019 12:10:45 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19416942 | HILLDRUP MOVING & | Baltimore | MSCSilvania/ 924E | Aqaba | 6/7/2019 | 6/13/2019 | 2019 | 7/18/2019 | There are currently no US Flag vessels out of Port Baltimore. | 6/10/2019 12:10:45 PM | YES | NO | (b)(6) eSignature} DateSigned: 6/10/2019 12:10:45 PM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19690849 | HILLDRUP MOVING & | Chraleston, SC | MOLCourage/001W | Aqaba | 5/28/2019 | 7/1/2019 | 2019 | 7/23/2019 | Currently no USflag vessels from Charleston, SC that meet the RDD of 7/27/2019 | 6/14/2019 7:28:50 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/14/2019 7:28:50 AM | Charleston_North | Aqaba | Foreign Flag | P2 | Charleston_North - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 19690849 | HILLDRUP MOVING & | Chraleston, SC | MOLCourage/001W | Aqaba | 5/28/2019 | 7/1/2019 | 2019 | 7/23/2019 | Currently no USflag vessels from Charleston, SC that meet the RDD of 7/27/2019 | 6/14/2019 7:28:50 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/14/2019 7:28:50 AM | Charleston_North | Aqaba | Foreign Flag | P2 | Charleston_North - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19796067 | HILLDRUP MOVING & | Baltimore, MD | Maersk Sheerness /928E | Aqaba | 6/25/2019 | 7/11/2019 | 2019 | 8/8/2019 | Currently no USflag vessels from Baltimore to Aqaba. | 7/8/2019 10:36:29 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/8/2019 10:36:29 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19796067 | HILLDRUP MOVING & | Baltimore, MD | Maersk Sheerness /928E | Aqaba | 6/25/2019 | 7/11/2019 | 2019 | 8/8/2019 | Currently no USflag vessels from Baltimore to Aqaba. | 7/8/2019 10:36:29 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/8/2019 10:36:29 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19421392 | HILLDRUP MOVING & | Baltimore, MD | Maersk Sheerness /928E | Aqaba | 6/20/2019 | 7/11/2019 | 2019 | 8/8/2019 | Currently no USflag vessels from Baltimore to Aqaba. | 7/8/2019 6:47:36 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/8/2019 6:47:36 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 19670686 | HILLDRUP MOVING & | Baltimore, MD | Maersk Sheerness /928E | Aqaba | 6/26/2019 | 7/11/2019 | 2019 | 8/8/2019 | Currently no USflag vessels from Baltimore to Aqaba. | 7/8/2019 6:45:00 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/8/2019 6:45:00 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19584018 | HILLDRUP MOVING & | Baltimore | MSCSilvania / 924E | Aqaba | 5/23/2019 | 6/13/2019 | 2019 | 7/18/2019 | Currently no USflag vessels from Baltimore to Aqaba. | 6/10/2019 7:12:46 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/10/2019 7:12:46 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC20350594 | HILLDRUP MOVING & | Baltimore | MSC Maria Elena | Aqaba | 12/6/2019 | 12/14/2019 | 2019 | 1/9/2020 | No USF vessels available to Aqaba | 12/10/2019 7:39:52 AM | YES | NO | eSignature: (b)(6) DateSigned: 12/10/2019 7:39:52 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19409044 | HILLDRUP MOVING & | Norfolk | Astrid Schulte/949E | Aqaba | 11/25/2019 | 12/7/2019 | 2019 | 1/9/2019 | No USF available (Screenshots provided) | 11/27/2019 10:50:47 AM | YES | NO | eSignature: (b)(6) DateSigned: 11/27/2019 10:50:47 AM | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19000335 | HILLDRUP MOVING & | Baltimore, MD | MSC Maria Elena / 943E | Alexandria | 10/15/2019 | 10/24/2019 | 2019 | 11/22/2019 | Currently no USflag vessels from Baltimore to Alexandria, Egypt. Denied Reason APL offers P2 service. Shipment barged from Baltimore to Norfolk. Shipment depart | Cairo with 2 daysoftransi | YES | NO | APL offers P2 service. Shipment barged from Baltimore to Norfolk. Shipment depart Norfolk on Maersk Sentosa 10/23. Shipment tranship through Port Said East reach Alexandria 11/19. Shipment trucked | Baltimore | Alexandria | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage vessel) | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19102129 | HILLDRUP MOVING & | Houston | Santa Viola/07 E44 | Alexandria | 10/8/2019 | 11/9/2019 | 2019 | 12/23/2019 | Green light received from post on 10/28. New RDD basedonthis date is 12/27. The next available USF vessel out of Houston arrives to Alexandria 12/28, missing the RDD. The Foreign Flag vessel arrives 12/23 before the RDD. | (b)(6) | YES | NO | RDD. The Foreign Flag vessel arrives 12/23 before the RDD.  eSignature: (b)(6) | Houston | Alexandria | Foreign Flag | P1 | Houston - Port Said (US Flag) | Supplemental P2: Houston - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC20163794 | HILLDRUP MOVING & | Detroit | Astrid Schulte/9 42E | Alexandria, Egypt | 10/10/2019 | 10/17/2019 | 2019 | 11/16/2019 | Currently no US Flag vessels for this routing | 10/9/2019 1:52:43 PM | YES | NO | eSignature: (b)(6) DateSigned: 10/9/2019 1:52:43 PM | Newark | Alexandria | Foreign Flag | P1 | Newark - Port Said (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC20583992 | HILLDRUP MOVING & | Baltimore | SM Tacoma / NU949E | Aqaba | 10/30/2019 | 12/5/2019 | 2019 | 1/18/2019 | No US Flag vessels out of Baltimore | 11/27/2019 6:27:39 AM | YES | NO | eSignature: (b)(6) DateSigned: 11/27/2019 6:27:39 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |