**Exhibit 8**

## Examples of Fraudulent Foreign Flag Waivers submitted by Defendant J.K. Moving & Storage, Inc.

| Shipment Number | Company's Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18601000 | JKMS | Oakland | CMA CGM LOIRE 0T | Abu Dhabi | 10/16/2018 | 11/13/2018 | 2018 | 12/29/2018 | No US flag vessel available | 11/5/2018 7:57 | YES | NO | | California | UAE | Foreign Flag | P1 | Oakland - Houston (rail), Houston - Jebel Ali US Flag | Supplemental P2 options: Oakland Shanghai - Colombo - Salalah, connect US Flag in Salalah to Jebel Ali | Maersk Line, Limited and APL |
| DC19433611 | JK | Norfolk, VA | MUSTAFA DAYI / 18 | Alexandria, Egypt | 1/4/2019 | 1/19/2019 | 2019 | 3/9/2019 | No US flag available at this time | 1/11/2019 13:02 | YES | NO | | Virginia | Egypt | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2 option: Norfolk - Port Said (US Flag), and Port Said to Alexandria via Egyptian cabotage vessel | Maersk Line, Limited |
| DC16264536 | JKMS | Baltimore, MD | Conti Paris ME522E | Algiers, Algeria | 12/3/2015 | 12/30/2015 | 2015 | 1/15/2016 | No US Flag Available | 12/21/2015 11:07 | YES | NO | | Maryland | Algeria | Foreign Flag | P2 | Baltimore (truck or barge) Norfolk - Algeciras (US Flag), onward connection to Algeria | | Maersk Line, Limited |
| DC17743320 | JKMS | Baltimore, MD | MSC BARBARA NU7 | Antwerp | 5/9/2017 | 7/13/2017 | 2017 | 8/8/2017 | No US flag available at this time | 7/3/2017 7:12 | YES | NO | | Maryland | Belgium | Foreign Flag | P1 | Baltimore (truck or barge) to Norfolk - Antwerp (US Flag) | | Maersk Line, Limited and Hapag Lloyd |
| DC19960948 | JK | Newark, NJ | MEISHAN BRIDGE - | Bangkok, Thailand | 6/24/2019 | 7/9/2019 | 2019 | 8/12/2019 | No US flag available at this time | 6/28/2019 9:40 | YES | NO | | New Jersey | Thailand | Foreign Flag | P2 | Newark - Salalah (US Flag), Salalah Singapore, Singapore - Laem Chabang, Laem Chabang - Bangkok | Supplemental P2: Newark - Salalah (US Flag), Salalah - Singapore, Singapore - Laem Chabang | Maersk Line, Limited and APL |
| DC18754313 | JK | Boston, MA | Enlightment/ V 033 | Belgrade, Serbia | 5/4/2018 | 5/26/2018 | 2018 | 6/15/2018 | No US flag available at this time | 5/15/2018 11:52 | YES | NO | | Massachusetts | Serbia | Foreign Flag | P2 | Boston (truck) to Newark, Newark - Port Said (US Flag), Port Said - Rejeka, Rijeka - Belgrade | | Maersk Line, Limited |
| DC17177922 | JK | Norfolk, VA | MSC Breman / NU71 | Bremerhaven, Germany | 3/23/2017 | 4/14/2017 | 2017 | 4/24/2017 | No US flag available at this time | 3/24/2017 16:24 | YES | NO | | Virginia | Germany | Foreign Flag | P1 | Norfolk - Bremerhaven (US Flag) | | Maersk Line, Limited and Hapag Lloyd |
| DC19238579 | JK | New York, NY | Atlantic Sun - 3819 | Dublin, Ireland | 9/27/2019 | 10/15/2019 | 2019 | 10/26/2019 | No US flag available at this time | 9/30/2019 14:54 | YES | NO | | New York | Ireland | Foreign Flag | P2 | Newark - Rotterdam (US Flag), Rotterdam - Dublin | | Hapag Lloyd |
| DC18730617 | JK | Savannah, GA | Harmony N v. HAR | Freetown | 2/5/2018 | 2/18/2018 | 2018 | 4/9/2018 | No US flag vessel available | 2/9/2018 11:00 | YES | NO | | Georgia | Sierra Leone | Foreign Flag | P2 | Savannah - Algeciras (US Flag), Algeciras - Freetown | | Maersk Line, Limited |
| DC18159878 | JKMS | Savannah | Brotonne Bridge v. 03 | Genoa | 8/10/2018 | 9/7/2018 | 2018 | 10/2/2018 | No US flag vessel available | 8/30/2018 10:53 | YES | NO | | Georgia | Italy | Foreign Flag | P1 | Savannah - Antwerp (US Flag), truck to Genoa | Supplemental P2: Savannah - Algeciras (US Flag), Algeciras - Genoa | Maersk Line, Limited and Hapag Lloyd |
| DC19363303 | JK | Norfolk, VA | YM MOVEMENT - 04 | Laem Chabang, Thailand | 7/11/2019 | 7/29/2019 | 2019 | 9/5/2019 | No US flag available at this time | 7/18/2019 14:31 | YES | NO | | Virginia | Thailand | Foreign Flag | P2 | Norfolk - Salalah (US Flag), Salalah Singapore, Singapore - Laem Chabang | | Maersk Line, Limited |
| DC17406590 | JKMS | New Orleans, LA | Venetiko / 3E | Limassol, Cyprus | 8/8/2017 | 9/30/2017 | 2017 | 11/10/2017 | No US flag available at this time | 9/21/2017 6:46 | YES | NO | | Louisiana | Cyprus | Foreign Flag | P2 | New Orleans (truck), Houston - Port Said (US Flag), Port Said - Limasso | | Maersk Line, Limited |
| DC18594625 | JK | Los Angeles, CA | Hyundai Jakarta 08 | Manila, Philippines | 6/4/2018 | 6/28/2018 | 2018 | 7/22/2018 | No US flag available at this time | 6/12/2018 10:50 | YES | NO | | California | Philippines | Foreign Flag | P2 | Los Angeles - Busan (US Flag), Busan - Manila | | APL and Maersk Line, Limited |
| DC17216211 | JKMS | Baltimore | PRIORITY / 1843NE | Nhava Sheva, India | 1/31/2017 | 2/22/2017 | 2017 | 4/2/2017 | No US flag available at this time | 2/13/2017 7:41 | YES | NO | | Maryland | India | Foreign Flag | P1 | Baltimore ( barge), Norfolk - Nhava Sheva (jawaharlal nehru) | | Maersk Line, Limited |
| DC16280219 | JK | New York, NY | NEVZAT KALKAVAN | Port Izmir, Turkey | 10/7/2016 | 10/27/2016 | 2016 | 11/27/2016 | No US flag available at this time | 10/14/2016 9:52 | YES | NO | | New York | Turkey | Foreign Flag | P1 | Newark - Port Said (US Flag), Port Said - Mersin (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Izmi | Maersk Line, Limited |
| DC16365581 | JKMS | Amesbury, MA | DIANA J V. 268 | Puerto Barrios | 1/22/2016 | 2/13/2016 | 2016 | 2/26/2016 | No US flag vessel available | 1/29/2016 13:49 | YES | NO | | Massachusetts | Guatemala | Foreign Flag | P2 | Amesbury (truck), Newark - Algeciras (US Flag), Algeciras - Manzanillo, Manzanillo - Puerto Barrios | | Maersk Line, Limited |
| DC17577373 | JK | Savannah, GA | YM UTMOST 067W | Shanghai, China | 7/18/2017 | 8/24/2017 | 2017 | 9/28/2017 | No US flag vessel available | 8/16/2017 7:06 | YES | NO | | Georgia | China | Foreign Flag | P1 | Los Angeles - Shanghai (US Flag) | Supplemental P2: Newark - Jebel Ali (US Flag), Jebel Ali - Shanghai | APL |
| DC17323756 | JKMS | Long Beach, CA | NYKARTEMIS | Shuwaikh, Kuwait | 11/10/2016 | 12/11/2016 | 2016 | 1/28/2017 | No US flag available at this time | 12/1/2016 7:45 | YES | NO | | California | Kuwait | Foreign Flag | P1 | Houston - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | Supplemental P2: Los Angeles - Yokohama (US Flag), Yokohama - Singapore, Singapore - Jebel Ali, Jebel Ali - Shuwaikh (US Flag) | Maersk Line, Limited |
| DC16925365 | JKMS | Baltimore, MC | Sealand Washington | Tema, Ghana | 8/2/2016 | 8/24/2016 | 2016 | 9/25/2016 | No USF Available. | 8/19/2016 6:04 | YES | NO | | Maryland | Ghana | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Tema | | Maersk Line, Limited |
| AI16106738 | JKMS | Norfolk, VA | Zim Texas, 40E | Thessaloniki, Greece | 5/4/2016 | 5/9/2016 | 2016 | 6/15/2016 | USF not available, DA in Skopje will retrieve container at port of Thessaloniki | 4/29/2016 13:34 | YES | NO | | Virginia | Greece | Foreign Flag | P1 | Norfolk - Algeciras (US Flag), Algeciras - Pireaus, Pireaus - Thessaloniki | | Maersk Line, Limited |