**Exhibit 9**

Examples of Fraudulent Foreign Flag Waivers submitted by Defendant New World International, Ltd.

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Al18817127 | NEW WORLD INTERNATIONAL | BALTIMORE | SEALAND ILLINOIS 803E | pJIiBOUTI | 1/12/2018 | 1/23/2018 | 2018 | 2/23/2018 | REQUESTING FF WAIVER BEST BOOKING FOR STRAIGHT FORWARD ROUTING | (b)(6) 1/17/2018 7:20:15 AM | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC 18618969 | NEW WORLD INTERNATIONAL | BALTIMORE | POLARIS /v11 | DERINCE | 1/2/2018 | 1/22/2018 | 2018 | 2/11/2018 | FFWAIVER REQUESTAS THIS IS THE BEST ROUTING AT THIS TIME. | 1/3/2018 1:36:41 PM | YES | NO | | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC 18684795 | NEW WORLD INTERNATIONAL | BALTIMORE | EVER LOYAL/ 0922W | JEDDAH | 1/24/2018 | 2/10/2018 | 2018 | 4/7/2018 | THIS IS THE BEST ROUTING FOR THIS SHIPMENT, SO THAT IT CAN LEAVE POE BALTIMORE AND NOT BE TRUCKED TO NORFOLK.{)(5)\|(V6) | (b)(6) | YES | NO | | Baltimore | Jeddah | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |
| DC18337562 | NEW WORLD INTERNATIONAL | HOUSTON | MSC Sealand New York8 | AQABA | 3/7/2018 | 3/28/2018 | 2018 | 5/11/2018 | REQUESTING FF WAIVER BEST BOOKING WE COULD GET FOR THIS DESTINATION, WE WILL MISS THE RDD | (b)(6) 3/15/2018 3:34:46 PM | YES | NO | | Houston | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18701383 | NEW WORLD INTERNATIONAL | NEW YORK | IBRAHIM DEDE/1801 | ALEXANDRIA EGYPT | 1/3/2018 | 1/31/2018 | 2018 | 2/22/2018 | FFWAIVER REQUEST AS NO LCL US FLAG TO THIS LOCATION | 1/18/2018 9:06:20 AM | YES | NO | | Newark | Alexandria | Foreign Flag | P1 | Newark - Port Said (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC 18889607 | NEW WORLD INTERNATIONAL | NEW YORK | OOCL WASHINGTON 823 | JEDDAH | 9/14/2018 | 10/4/2018 | 2018 | 10/31/2018 | NO US FLAG LCL TO THIS LOCATION | 9/24/2018 6:55:58 AM | YES | NO | eSignature: (b)(6) DateSigned: 9/24/2018 6:55:58 AM | Newark | Jeddah | Foreign Flag | P2 | Newark - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC 18024980 | NEW WORLD INTERNATIONAL | Baltimore, VA | EVER LINKING v0951W | Aqaba | 8/1/2018 | 9/1/2018 | 2018 | 11/4/2018 | Foreign Flag Waiver Request for soonest available vessel with ETA closest to meeting RDD | (b)(6) 8/22/2018 9:27:11 AM | YES | NO | eSignature: (b)(6) | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18522895 | NEW WORLD INTERNATIONAL | NORFOLK | ALMAVIVA v8231 TPI | DJIBOUTI | 8/9/2018 | 9/2/2018 | 2018 | 10/8/2018 | BEST POSSIBLE ROUTING FOR THIS LOCATION. | 8/23/2018 2:24:27 PM | YES | NO | eSignature: (b)(6) DateSigned: 8/23/2018 2:24:27 PM | Norfolk | Djibouti | Foreign Flag | P1 | Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC18716219 | NEW WORLD INTERNATIONAL | NORFOLK | ALMAVIVA v8231 | DJIBOUTI | 8/9/2018 | 9/2/2018 | 2018 | 10/8/2018 | BEST POSSIBLE ROUTING FOR THIS LOCATION | 8/23/2018 2:24:19 PM | YES | NO | eSignature: (b)(6) DateSigned: 8/23/2018 2:24:19 PM | Norfolk | Djibouti | Foreign Flag | P1 | Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC 18627846 | NEW WORLD INTERNATIONAL | Houston | Maersk Montana | Antwerp | 10/25/2018 | 11/18/2018 | 2018 | 12/9/2018 | Foreign Flag Waiver Request as this shipment is being sent via LCL and there is no US LCL available. | eSignature: (b)(6) | YES | NO | | Houston | Antwerp | Foreign Flag | P1 | Houston - Antwerp (US Flag) | | Maersk Line, Limited and Hapag Lloyd |
| DC 19884864 | NEW WORLD INTERNATIONAL | BALTIMORE | ATLANTIC SUND Vasu2919 | ASHDOD | 3/25/2019 | 4/16/2019 | 2019 | 5/22/2019 | SEEKING FFWAIVERK)5) ()(5) | | YES | NO | | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC18000726 | NEW WORLD INTERNATIONAL | BALTIMORE | CONTI EVEREST V832e | AQABA | 7/17/2018 | 8/8/2018 | 2018 | 9/6/2018 | SEEKING FFWAIVER AS THIS BOOKING IS THE BEST WE HAVE FOR MAKING THE RDD. | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18025632 | NEW WORLD INTERNATIONAL | BALTIMORE | MSC JUDITH/833E | ISTANBUL | 7/22/2018 | 8/15/2018 | 2018 | 9/13/2018 | SEEKING FFWAIVER AS NEXTUS SAILING IS NOT TILL 8-30-2018 AND WE WILL MISS THE RDD | eSignature: (b)(6) | YES | NO | | Baltimore | Istanbul | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ambarli | Maersk Line, Limited |
| DC18887331 | NEW WORLD INTERNATIONAL | New York, NY | IKARIA v201W | Dubai | 7/30/2018 | 8/27/2018 | 2018 | 10/6/2018 | Foreign Flag Waiver Request as no LCL US Flagtothis location | eSignature: (b)(6) DateSigned: 8/27/2018 7:05:31 AM | YES | NO | | Newark | Jebel Ali | Foreign Flag | P1 | Newark - Jebel Ali (US Flag) | | Maersk Line, Limited and APL |
| DC19695265 | NEW WORLD INTERNATIONAL | NORFOLK | ZIM QINGDAO V 81E | MERSIN | 7/10/2019 | 8/4/2019 | 2019 | 8/25/2019 | FFW FOR DIRECT ROUTE WITH NO TRANSSHIPPING Denied Reason Maersk has a P2 service available. Maersk Denver 929E departs Norfolk on 7/30 and | Maersk has a P2 service available. Maersk Denver 929E departs Norfolk on 7/30 and arrives in Adana on 8/28. RDD is 9/18. Routing details are Norfolk-Port Said-Mersin-Adana. | YES | NO | | Norfolk | Mersin | Foreign Flag | P1 | Norfolk - Port Said (US Flag), Port Said - Mersin (US Flag) | | Maersk Line, Limited |
| DC18997833 | NEW WORLD INTERNATIONAL | NEW YORK | MELCHIOR SCHULTE 18 | STANBUL | 10/5/2018 | 10/21/2018 | 2018 | 11/17/2018 | 0 | eSignature: (b)(6) DateSigned: 10/12/2018 7:52:13 AM | YES | NO | | Newark | Istanbul | Foreign Flag | P1 | Newark - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Newark - Port Said (US Flag), Port Said - Ambarli | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19729192 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Transporter / 144 | Derince | 7/23/2019 | 8/6/2019 | 2019 | 9/3/2019 | FFR for more frequent sailings from tranship point to deliver before RDD Denied Reason HPL has a P2 service available. Barge departs Baltimore on 8/9. Yorktown Express | HPL has a P2 service available. Barge departs Baltimore on 8/9. Yorktown Express O68E departs Norfolk on 8/13 and arrives in Izmit (port) on 9/10. RDD is 10/1. Routing details are Baltimor | YES | NO | | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC19086509 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Shanghai / 85 | Kuwait | 7/26/2019 | 8/24/2019 | 2019 | 10/3/2019 | FFR for direct route without transhipment to the destination to be closest to the RDD Denied Reason APL offers USF P2 service. Shipment barged from Baltimore to Norfolk. Shipment | APL offers USF P2 service. Shipment barged from Baltimore to Norfolk. Shipment depart Norfolk on Maersk Sentosa 8/7. Shipment tranship through Jebel Ali before reaching Shuaiba on 9/15. Shipment | YES | NO | | Baltimore | Shuwaikh | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19227624 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Trapper v18 | Aqaba | 8/19/2019 | 9/14/2019 | 2019 | 10/12/2019 | FFW for direct route to the destination to meet the RDD | eSignature: (b)(6) DateSigned: 9/5/2019 1:03:14 PM | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19235503 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH SHANGHAI V 85 | =DERINCE | 8/5/2019 | 8/24/2019 | 2019 | 9/6/2019 | FFW DUE TO ALL VESSELS REQUIRING TRANSSHIPPING BUT THIS ROUTE OFFERS MORE FREQUENT SAILINGS WITH SHORTER TRANSIT TIMES TO ENSURE NO DELAYS AND RDD WILL BE MET | ENSURE NO DELAYS AND RDD WILL BE MET | YES | NO | | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC19285558 | NEW WORLD INTERNATIONAL | Baltimore | ATLANTIC STAR v3719 | Ashdod | 7/26/2019 | 8/26/2019 | 2019 | 9/13/2019 | FFW per Embassy's Preference to use FF Vessels | eSignature: (b)(6) DateSigned: 8/6/2019 2:08:17 PM | YES | NO | | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC19347448 | NEW WORLD INTERNATIONAL | New York | ZIM Vancouver/ 040 | Ashdod | 1/3/2019 | 1/14/2019 | 2019 | 2/12/2019 | Foreign Flag Waiver Request as no LCL US Flag to this location | eSignature: (b)(6) DateSigned: 1/7/2019 4:18:29 PM | YES | NO | | Newark | Ashdod | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC19377581 | NEW WORLD INTERNATIONAL | BALTIMORE | MSC VITTORIA ME934E | ALEXANDRIA | 8/9/2019 | 8/22/2019 | 2019 | 9/21/2019 | FFW REQUEST FOR VESSEL THAT BEST MEETS EMBASSY'S REQUEST FOR SHIPMENT TO ARRIVE ON / AROUND 9/8 | eSignature: (b)(6) | YES | NO | | Baltimore | Alexandria | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage vessel) | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19442426 | NEW WORLD INTERNATIONAL | NEW YORK | ZIM QINGDAO 077 | ASHDOD | 11/28/2018 | 12/15/2018 | 2018 | 1/8/2019 | THERE IS NO US FLAG FOR LCL SHIPMENTS | eSignature: (b)(6) DateSigned: 12/3/2018 12:56:57 PM | YES | NO | | Newark | Ashdod | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC19455930 | NEW WORLD INTERNATIONAL | SAVANNAH | ARCHIMIDIS 932 | ALEXANDRIA | 7/23/2019 | 8/13/2019 | 2019 | 9/4/2019 | FFW TO SEND AS LCL FOR VESSEL TO BEST MEET EMBASSY'S REQUESTED ETA OF 9/2 | eSignature: (b)(6) | YES | NO | | Savannah | Alexandria | Foreign Flag | P1 | Savannah - Port Said (US Flag) | Savannah - Port Said (US Flag), Port Said - Alexandria (carbotage) | Maersk Line, Limited and APL |
| DC19456252 | NEW WORLD INTERNATIONAL | NEW YORK | KYOTO EXPRESS OIN40 | AQABA | 8/5/2019 | 9/6/2019 | 2019 | 10/11/2019 | SEEKING FFW AS WE ARE SENDING THIS LCL AND NO US FLAG FOR LCL. ALSO THIS WILL MISS THE RDD | eSignature: (b)(6) | YES | NO | | Newark | Aqaba | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19461385 | NEW WORLD INTERNATIONAL | NORFOLK | MUSTAFA DAYIV1925E | ALEXANDRIA | 9/4/2019 | 9/28/2019 | 2019 | 10/16/2019 | SEEKING FF AS EMBASSY REQUESTED SHIPMENT TO ARRIVE 10-3-2019 AND THIS IS THE CLOSEST TO THAT DATE. US FLAG ARRIVAL WOULD BE 10-24 | eSignature: (b)(6) | YES | NO | | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19500235 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Trove v139 | Aqaba | 8/16/2019 | 9/9/2019 | 2019 | 10/4/2019 | FFW for direct route to meet the RDD | eSignature: (b)(6) DateSigned: 9/3/2019 1:17:00 PM | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19508705 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Shanghai / 85 | Derince | 8/14/2019 | 8/24/2019 | 2019 | 9/7/2019 | FFR for quicker sailings from transhipmentpoint to meet RDD | eSignature: (b)(6) DateSigned: 8/16/2019 7:30:58 AM | YES | NO | | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC19560943 | NEW WORLD INTERNATIONAL | Baltimore, MD | Atlantic Sky v ATK3519 | Abtwerp | 7/19/2019 | 8/30/2019 | 2019 | 9/18/2019 | FFW for ETA to dest port closest to the RDD | eSignature: (b)(6) DateSigned: 8/15/2019 2:55:21 PM | YES | NO | | Baltimore | Antwerp | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Antwerp (US Flag) | | Maersk Line, Limited and Hapag Lloyd |
| DC19560965 | NEW WORLD INTERNATIONAL | NEW YORK | SATIE v1921 | ALEXANDRIA | 7/18/2019 | 8/12/2019 | 2019 | 9/4/2019 | WE ARE SENDING THIS LCL AND THERE IS NO US FLAG LCL | eSignature: (b)(6) DateSigned: 7/31/2019 7:13:01 AM | YES | NO | | Newark | Alexandria | Foreign Flag | P1 | Newark - Port Said (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC19564541 | NEW WORLD INTERNATIONAL | BALTIMORE | APOLLON HIGHWAY v29 | DERINCE | 10/15/2018 | 11/3/2018 | 2018 | 11/29/2018 | SEEKING FFWAIVER AS NEXT US FLAG DOES NOTSAIL UNTIL 11-19 WITH TWO TRANSSHIPMENT POINTS | eSignature: (b)(6) | YES | NO | | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC19663389 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Shanghai v85 | Aqaba | 8/7/2019 | 8/24/2019 | 2019 | 9/18/2019 | FFW for direct route without transhipment point to meet RDD | eSignature: (b)(6) DateSigned: 8/15/2019 2:55:43 PM | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19682251 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH SHANGHAI V85 | KUWAIT | 7/29/2019 | 8/24/2019 | 2019 | 10/2/2019 | FFW REQUEST FOR SOONEST AVAILABLE DIRECT ROUTE VESSEL- ALL OTHER ROUTES TRANSSHIP TO PORTS WITH FEW FEEDER VESSELS & LONG TRANSIT TIMES | LONG TRANSIT TIMES eSignature: (b)(6) | YES | NO | | Baltimore | Shuwaikh | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |
| DC19700758 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Traveller v18 | Jeddah | 7/19/2019 | 8/13/2019 | 2019 | 9/16/2019 | FFR for direct route to Embassy requestedport | eSignature: (b)(6) DateSigned: 7/26/2019 11:43:56 AM | YES | NO | | Baltimore | Jeddah | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |
| DC19763654 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Shanghai v85 | Derince | 7/12/2019 | 8/24/2019 | 2019 | 9/7/2019 | FFW Requestfor transhipmentpoint with the most frequent sailings to destination in order to meet | eSignature: (b)(6) | YES | NO | | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC19908315 | NEW WORLD INTERNATIONAL | Baltimore | VIKING DESTINY v11 | Aqaba | 10/24/2018 | 11/15/2018 | 2018 | 12/8/2018 | Foreign Flag Waiver Requestfor soonest available vessel and fastest route to meet RDD | eSignature: (b)(6) | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19919462 | NEW WORLD INTERNATIONAL | NEW YORK | MUKADDES KALKAVAN/ | STANBUL | 8/19/2019 | 9/12/2019 | 2019 | 10/14/2019 | SEEKING FFWAIVER AS WE ARE SENDING THIS LCL AND NO US FLAG LCL AVAILABLE | eSignature: (b)(6) | YES | NO | | Newark | Istanbul | Foreign Flag | P1 | Newark - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Newark - Port Said (US Flag), Port Said - Ambarli | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19921932 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH SYDNEY V87 | JEDDAH | 8/22/2019 | 10/11/2019 | 2019 | 11/9/2019 | FFW REQUEST FOR DIRECT ROUTE WITH NO TRANSSHIPPING THAT WILL BEST MEET RDD | eSignature: (b)(6) | YES | NO | | Baltimore | Jeddah | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |
| DC19961779 | NEW WORLD INTERNATIONAL | Baltimore | Hoegh Shanghai v85 | Aqaba | 8/2/2019 | 8/24/2019 | 2019 | 9/18/2019 | FFW for most direct route to meet the RDD | eSignature: (b)(6) DateSigned: 7/25/2019 11:49:22 AM | YES | NO | | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19979615 | NEW WORLD INTERNATIONAL | HOUSTON, TX | CPO HAMBURG IU933R | SHUWAIKH | 8/5/2019 | 8/27/2019 | 2019 | 10/2/2019 | FFW FOR VESSEL THAT WILL ARRIVE SOONEST AND MEET RDD | eSignature: (b)(6) DateSigned: 8/16/2019 7:34:05 AM | YES | NO | | Houston | Shuwaikh | Foreign Flag | P1 | Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |
| DC19993262 | NEW WORLD INTERNATIONAL | Baltimore | HOEGH TRACER v21 | Antwerp | 7/19/2019 | 8/25/2019 | 2019 | 9/10/2019 | FFW for soonest delivery date to meet RDD | eSignature: (b)(6) DateSigned: 8/15/2019 2:55:02 PM | YES | NO | | Baltimore | Antwerp | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Antwerp (US Flag) | | Maersk Line, Limited and Hapag Lloyd |
| DC19997729 | NEW WORLD INTERNATIONAL | BALTIMORE | NAGOYA EXP / 9234 | JEDDAH | 8/16/2019 | 9/20/2019 | 2019 | 10/17/2019 | REQUESTING FFWAIVER FOR THIS SHIPMENT. AS WE WILL BE SENDING LCL AND THER IS NO US FLAG FOR LCL | eSignature: (b)(6) | YES | NO | | Baltimore | Jeddah | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |
| DC18337837 | NEW WORLD INTERNATIONAL | Norfolk, VA | Berlin Bridge 054E | Alexandria | 9/7/2018 | 10/31/2018 | 2018 | 12/4/2018 | Foreign Flag Waiver Request as there was no US LCL available. | 10/22/2018 7:04:30 AM | YES | NO | eSignature: (b)(6) DateSigned: 10/22/2018 7:04:30 AM | Norfolk | Alexandria | Foreign Flag | P1 | Norfolk - Port Said (US Flag) | Supplemental P2: Norfolk - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18292937 | NEW WORLD INTERNATIONAL | BALTIMORE | HIGHWAYv21 | DERINCE | 8/13/2018 | 8/28/2018 | 2018 | 10/2/2018 | FIRST AVAILABLE VESSEL AS EMBASSY ADVISED TO SHIP ASAP. | 8/22/2018 6:48:23 AM | YES | NO | eSignature: (b)(6) DateSigned: 8/22/2018 6:48:23 AM | Baltimore | Izmit | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmit | Maersk Line, Limited |
| DC19804887 | NEW WORLD INTERNATIONAL | NEW YORK,NY | OOCL WASHINGTON 920 | AQABA | 1/9/2019 | 2/7/2019 | 2019 | 3/15/2019 | Foreign Flag Waiver Request as no LCL US Flag to this location | 1/22/2019 9:54:16 AM | YES | NO | . (b)(6) eSignature: DateSigned: 1/22/2019 9:54:16 AM | Newark | Aqaba | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19978650 | NEW WORLD INTERNATIONAL | Baltimore | Maersk Sheerness 914E | Ashdod | 3/20/2019 | 4/4/2019 | 2019 | 5/6/2019 | Foreign Flag Waiver Request as no LCL US Flag to this location and Embassy preference for Non-US Flag to POE Ashdod | (b)(6) 3/29/2019 1:52:45 PM | YES | NO | eSignature: (b)(6) | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC 19636636 | NEW WORLD INTERNATIONAL | BALTIMORE | HOUGH ANTWERP v39 | AGABA | 1/4/2019 | 1/22/2019 | 2019 | 2/16/2019 | REQUESTING FF WAIVER AS THIS IS A DIRECT ROUTE WITHOUT ANY TRANSSHIPMENTS. | (b)(6) 1/7/2019 8:13:46 AM | YES | NO | eSignature: (b)(6) | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| Al18509236 | NEW WORLD INTERNATIONAL | New York, NY | YM Express 1618 | Aqaba | 5/18/2018 | 6/9/2018 | 2018 | 7/7/2018 | FF WAIVER REQUEST AS NO LCL US FLAG TO THIS LOCATION | 5/31/2018 8:20:36 AM | YES | NO | eSignature: (b)(6) DateSigned: 5/31/2018 8:20:36 AM | Newark | Aqaba | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18427959 | NEW WORLD INTERNATIONAL | New York, NY | MSC LUDOVICA823 | Bremen | 5/29/2018 | 6/15/2018 | 2018 | 6/25/2018 | Foreign Flag Waiver Request as no LCL US Flag to this location | 6/5/2018 9:23:45 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/5/2018 9:23:45 AM | Newark | Bremerhaven | Foreign Flag | P1 | Newark (truck / barge), Norfolk - Bremerhaven (US Flag) | | Maersk Line, Limited and Hapag Lloyd |
| DC18125792 | NEW WORLD INTERNATIONAL | NORFOLK | ALMAVIVA /v.01NOKE1M | pJIiBOUTI | 6/11/2018 | 7/2/2018 | 2018 | 8/3/2018 | SEEKING FFWAIVER AS THIS BOOKING IS THE BEST WE HAVE WITH NO TRANSSHIPMENT PORTS. | (b)(6) 6/26/2018 4:04:49 PM | YES | NO | eSignature: (b)(6) | Norfolk | Djibouti | Foreign Flag | P1 | Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC18011918 | NEW WORLD INTERNATIONAL | BALTIMORE | MSC JUDITH v872e | AQABA | 6/18/2018 | 7/6/2018 | 2018 | 8/2/2018 | SEEKING FFWAIVER AS THIS BOOKING IS THE BEST WE SO SHIPMENT CAN LEAVE POE BALTIMORE AND FOR MAKING THE RDD. | (b)(6) 6/26/2018 10:23:19 AM | YES | NO | eSignature: (b)(6) | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC18949578 | NEW WORLD INTERNATIONAL | BALTIMORE | SEALAND ILLINOIS/823E | ASHDOD | 5/23/2018 | 6/5/2018 | 2018 | 7/4/2018 | BEST ROUTING SO SHIPMENT CAN LEAVE BALTIMORE AND MAKE THE RDD | 5/29/2018 7:14:29 AM | YES | NO | eSignature: (b)(6) DateSigned: 5/29/2018 7:14:29 AM | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC18578532 | NEW WORLD INTERNATIONAL | CHARLESTON | TUCAPEL/v8225 | DJIBOUTI | 6/28/2018 | 7/26/2018 | 2018 | 8/28/2018 | SEEKING FFWAIVER BESTpossible routing to make the embassy arrival time (b)(6) | 7/18/2018 1:32:52 PM | YES | NO | (b)(6) eSignature: DateSigned: 7/18/2018 1:32:52 PM | Charleston_North | Djibouti | Foreign Flag | P1 | Charleston_North - Djibouti (US Flag) | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC 18069933 | NEW WORLD INTERNATIONAL | Baltimore, MD | MMaersk Shanghai 824W | Pipavav | 5/21/2018 | 6/19/2018 | 2018 | 7/22/2018 | Foreign Flag Waiver Request as no LCL US Flag to this location | @6/6/ZUTS Z-1T.13 P | YES | NO | eSignature: (b)(6) DateSigned: @6/6/ZUTS Z-1T.13 P | Baltimore | Pipavav | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Pipivav (US Flag) | | Maersk Line, Limited |
| DC 18093298 | NEW WORLD INTERNATIONAL | BALTIMORE | SEALAND ILLINOIS/829E | ASHDOD | 6/21/2018 | 7/18/2018 | 2018 | 8/30/2018 | BEST POSSIBLE BOOKING WE CAN GET PORT AGENTS AND TRUCKERS ARE NOT TAKING ANY ORDERS TO MAKE EARLIER SAILING | (b)(6) -771ZIZUTS 3.32.20 PM | YES | NO | eSignature: (b)(6) | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC 18453688 | NEW WORLD INTERNATIONAL | NORFOLK | CORNELIA MAERSK/823 | AQABA | 5/30/2018 | 6/14/2018 | 2018 | 7/21/2018 | SEEKING FFWAIVER AS THIS BOOKING IS THE BEST WE HAVE FOR MAKING THE RDD. | (b)(6) 6/6/2018 2:08:40 P | YES | NO | eSignature: (b)(6) | Norfolk | Aqaba | Foreign Flag | P2 | Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 18897687 | NEW WORLD INTERNATIONAL | Baltimore, MD | ARCHIMIDIS NU831E | Rotterdam | 6/22/2018 | 8/5/2018 | 2018 | 8/25/2018 | Foreign Flag Waiver Request as no LCL US Flag to this location | 7/30/2018 7:40:01 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/30/2018 7:40:01 AM | Baltimore | Rotterdam | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Rotterdam (US Flag) | Supplemental P1: Direct load US Flag service (fortnightly) in Baltimore for discharge in Antwerp / Bremerhaven | Maersk Line, Limited and Hapag Lloyd |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC 19522701 | NEW WORLD INTERNATIONAL | BALTIMORE | TROTTER 16 | AQABA | 5/10/2019 | 7/9/2019 | 2019 | 8/12/2019 | CAR HAS BEEN PICKED UP AND EMBASSY HAS REQUESTED THAT IT ARRIVE A FEW WEEKS AFTER HER ARRIVAL OF 7-25-2019. BEST ARRIVAL DATES TO ACCOMMODATE EMBASSY REQUEST. | (b)(6) 5/29/2019 6:44:43 AM | YES | NO | ACCOMMODATE EMBASSY REQUEST. | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC 19705598 | NEW WORLD INTERNATIONAL | BALTIMORE | HOUGH TRACER v20 | JEDDAH | 4/15/2019 | 5/10/2019 | 2019 | 6/7/2019 | THIS SHIPMENT WAS BOOKED TO SAIL OUT OF CA, BUT THAT SHIP WAS CANCELLED AND NOT REPLACED. NOW TRUCKING TO BALT. TO SAIL OUT OF THERE. | (b)(6) | YES | NO | OF THERE. | Baltimore | Jeddah | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |
| DC19705598 | NEW WORLD INTERNATIONAL | BALTIMORE | HOUGH TRACER v20 | JEDDAH | 4/15/2019 | 5/10/2019 | 2019 | 6/7/2019 | THIS SHIPMENT WAS BOOKED TO SAIL OUT OF CA, BUT THAT SHIP WAS CANCELLED AND NOT REPLACED. NOW TRUCKING TO BALT. TO SAIL OUT OF THERE. | (b)(6) | YES | NO | OF THERE. eSignature: (b)(6) | Baltimore | Jeddah | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Jeddah | | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19514505 | NEW WORLD INTERNATIONAL | CHARLESTON, S | SEAMAX DARIEN V.1U92. | AQABA | 5/28/2019 | 6/10/2019 | 2019 | 7/18/2019 | FFW FOR DIRECT ROUTE WITHOUT TRANSSHIPMENTS (b)(6) | 6/5/2019 7:01:32 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/5/2019 7:01:32 AM | Charleston_North | Aqaba | Foreign Flag | P2 | Charleston_North - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19514505 | NEW WORLD INTERNATIONAL | CHARLESTON, S | SEAMAX DARIEN V.1U92. | AQABA | 5/28/2019 | 6/10/2019 | 2019 | 7/18/2019 | FFW FOR DIRECT ROUTE WITHOUT TRANSSHIPMENTS | 6/5/2019 7:01:32 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/5/2019 7:01:32 AM | Charleston_North | Aqaba | Foreign Flag | P2 | Charleston_North - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19931699 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH BERLIN V 98 | AQABA | 5/22/2019 | 6/6/2019 | 2019 | 7/2/2019 | REQUESTING FFW FOR DIRECT ROUTE WITHOUT TRANSSHIPMENTS | 5/21/2019 6:47:16 AM | YES | NO | eSignature: (b)(6) DateSigned: 5/21/2019 6:47:16 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19931699 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH BERLIN V 98 | AQABA | 5/22/2019 | 6/6/2019 | 2019 | 7/2/2019 | REQUESTING FFW FOR DIRECT ROUTE WITHOUT TRANSSHIPMENTS | 5/21/2019 6:47:16 AM | YES | NO | eSignature: (b)(6) DateSigned: 5/21/2019 6:47:16 AM | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19362100 | NEW WORLD INTERNATIONAL | NEW YORK | MUKADDES KALKAVAN | ISTANBUL | 5/13/2019 | 6/19/2019 | 2019 | 7/5/2019 | THIS IS AN LCL SHIPMENT AND THERE IS NO LCL US FLAG | 5/17/2019 2:26:23 PM | YES | NO | eSignature: (b)(6) DateSigned: 5/17/2019 2:26:23 PM | Newark | Istanbul | Foreign Flag | P1 | Newark - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Newark - Port Said (US Flag), Port Said - Ambarli | Maersk Line, Limited |
| DC19467595 | NEW WORLD INTERNATIONAL | NEW YORK | LUANDA v73 | ASHDOD | 5/23/2019 | 6/17/2019 | 2019 | 7/18/2019 | REQUESTING FFWAIVER AS WE ARE SENDING THIS LCL AND THERE IS NO US FLAG FOR LCL SHIPMENTS | (b)(6) 5/31/2019 9:34:33 AM | YES | NO | eSignature: (b)(6) | Newark | Ashdod | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19203883 | NEW WORLD INTERNATIONAL | SAVANNAH, GA | SM NEW YORK 937 | ALEXANDRIA | 5/31/2019 | 9/17/2019 | 2019 | 10/9/2019 | WE JUST RECEIVED THE PERMISSION TO SHIP, WE ARE SENDING THIS LCL AND THERE IS NO US FLAG FOR LCL SHIPMENT TO THIS LOCATION | (b)(6) 8/19/2019 8:30:18 AM | YES | NO | eSignature: (b)(6) | Savannah | Alexandria | Foreign Flag | P1 | Savannah - Port Said (US Flag) | Savannah - Port Said (US Flag), Port Said - Alexandria (carbotage) | Maersk Line, Limited and APL |
| DC19183960 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH TROTTER 16 | AQABA | 5/31/2019 | 7/9/2019 | 2019 | 8/13/2019 | FFW FOR DIRECT ROUTE WITH NO TRANSSHIPMENTS & TO MEET EMBASSY'S REQUEST FOR POV TO ARRIVE AUGUST | (b)(6) 6/6/2019 1:56:01 PM | YES | NO | eSignature: (b)(6) | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC20701259 | NEW WORLD INTERNATIONAL | BALTIMORE, MD | HOEGH TOKYO V87 | AQABA | 12/5/2019 | 12/11/2019 | 2019 | 1/16/2020 | FFW REQUEST FOR DIRECT ROUTE VESSEL THAT WILL MEET RDD. USF VESSELS WILL NOT MEET RDD. | 11/27/2019 6:22:29 AM | YES | NO | eSignature: (b)(6) | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC20266462 | NEW WORLD INTERNATIONAL | Baltimore | Atlantic Sail vVATS3419 | Ashdod | 11/19/2019 | 11/30/2019 | 2019 | 1/10/2020 | Foreign Flag Waiver Request per embassy's request for foreign flag vessels. | 11/18/2019 1:43:28 PM | YES | NO | eSignature: (b)(6) DateSigned: 11/18/2019 1:43:28 PM | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19041248 | NEW WORLD INTERNATIONAL | BALTIMORE | ATLANTIC SKY vATK391_ | ASHDOD | 10/28/2019 | 11/9/2019 | 2019 | 11/27/2019 | FFW TO SEND SHIPMENT RORO ON SOONEST AVAILABLE VESSEL- NEXT 2 USF VESSELS ARE AT FULL CAPACITY- THIS EMBASSY ALSO PREFERS WE USE FF VESSELS | (b)(6) | YES | NO | USE FF VESSELS  eSig | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC19823144 | NEW WORLD INTERNATIONAL | NEW YORK | ZIM QINGDAO 83 | ASHDOD | 10/22/2019 | 11/18/2019 | 2019 | 12/17/2019 | FFW TO SEND SHIPMENT LCL DUE TO NO USF LCL AVAILABLE AND NO USF VESSELS AVAILABLE FROM NEARBY PORTS | (b)(6) 10/24/2019 11:59:47 AM | YES | NO | eSignature: (b)(6) | Newark | Ashdod | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC20274256 | NEW WORLD INTERNATIONAL | NEW YORK, NY | CMA ALMAVIVA OIN40E1 | AQABA | 10/18/2019 | 11/15/2019 | 2019 | 12/20/2019 | FFW REQUEST TO SEND AS LCL DUE TO NO LCL AVAILABLE | 10/23/2019 11:40:10 AM | YES | NO | eSignature: (b)(6)  DateSigned: 10/23/2019 11:40:10 AM | Newark | Aqaba | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| DC19745155- | NEW WORLD INTERNATIONAL | BALTIMORE | ATLANTIC SEA/ATE 3819 | ASHDOD | 10/3/2019 | 10/19/2019 | 2019 | 11/6/2019 | ISRAEL EMBASSIES REQUEST SHIPMENTS TO ARRIVE ON FF VESSEL, THIS VESSEL ARRIVING ON THE ACTUAL RDD DATE | (b)(6) 10/9/2019 1:06:01 PM | YES | NO | eSignature: (b)(6) | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC 19943734 | NEW WORLD INTERNATIONAL | NEW YORK | MUSTAFA DAY!I/1930 | ALEXANDRIA | 10/4/2019 | 11/11/2019 | 2019 | 12/4/2019 | THIS IS ONE LIFT VAN AND WILL BE SHIPPED LCL, NO US FLAG LCL SHIPS TO THIS LOCATION | (b)(6) 10/22/2019 2:57:18 PM | YES | NO | eSignature: (b)(6) | Newark | Alexandria | Foreign Flag | P1 | Newark - Port Said (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Alexandria (cabotage) | Maersk Line, Limited and APL |
| DC20153793 | NEW WORLD INTERNATIONAL | BALTIMORE, MD | ATLANTIC SUN D Vasu4320 | ASHDOD | 12/13/2019 | 1/3/2020 | 2020 | 2/12/2020 | TEL AVIV EMBASSY PREFERS FOREIGN FLAG VESSELS. | 12/16/2019 1:20:01 PM | YES | NO | eSignature: (b)(6) DateSigned: 12/16/2019 1:20:01 PM | Baltimore | Ashdod | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |
| DC201 10023 | NEW WORLD INTERNATIONAL | BALTIMORE | HOEGH DETRIOT V25 | AQABA | 11/8/2019 | 11/25/2019 | 2019 | 12/18/2019 | FFW FOR VESSEL WITH DIRECT ROUTE (NO TRANSHIPMENTS) THAT WILL BEST MEET RDD. | (b)(6) 11/7/2019 11:58:08 AM | YES | NO | eSignature: (b)(6) | Baltimore | Aqaba | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Aqaba | | Maersk Line, Limited |
| Dc20019621 | NEW WORLD INTERNATIONAL | NEW YORK | ZIM TARRAGONA v67 | ASHDOD | 11/12/2019 | 11/25/2019 | 2019 | 12/24/2019 | SEEKING DNA WAIVER AS THIS IS GOING AS LCL. EMBASSY HAS REQUESTED SHIPMENT TO ARRIVE ON OR ABOUT 12-30-2019, | (b)(6) 11/14/2019 7:30:03 AM | YES | NO | eSignature: (b)(6) | Newark | Ashdod | Foreign Flag | P2 | Newark - Algeciras (US Flag), Algeciras - Ashdod | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ashdod | Maersk Line, Limited |