# Exhibit 10

Examples of  Fraudulent Foreign Flag Waivers submitted by Defendant Paramount Transportation Systems

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AI18518533 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | AXEL MAERSK # 841W | Djibouti, Djibouti | 9/24/2018 | 10/17/2018 | 2018 | 11/14/2018 | The U.S Flag Vessel MAERSK CHICAGO # 809 doesnotarrive until 12/07, thus risking to miss the RDD | (b)(6) 10/9/2018 6:58:49 AM | YES | NO | eSignature: (b)(6) | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC19048298 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | MSC Maersk Suzhou, 932 | Aby Dhabi | 7/18/2019 | 8/5/2019 | 2019 | 9/12/2019 | US Flag Carriers from Washington, DC to to Abu Dhabi require transhipment points in Antwerp and JebelAli before arriving in Abu Dhabi. | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19085126 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Grete Maersk | Abu Dhabi | 7/26/2019 | 9/9/2019 | 2019 | 10/17/2019 | US Flag Sailing trans ships through 3 ports, Norfolk, Antwerp, Jebel Ali before arriving at destiantion. | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19127888 | PARAMOUNT TRANSPORTATION SYSTEMS | BALTIMORE | GUNDE MAERSK K/843W | DJIBOUTI | 10/11/2018 | 10/22/2018 | 2018 | 11/30/2018 | US FLAG WAS NOT AVAILABLE AT THE TIME OF BOOKING FROM BALTIMORE TO ADDIS ABABA | eSignature: (b)(6) | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC19334864 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | MSC, Maersk Gjertrud, 93 | Aby Dhabi | 7/15/2019 | 7/29/2019 | 2019 | 9/12/2019 | US Flag Carriers from Baltimore to Abu Dhabi requires transhipment in Antwerp, Belgium and Jebel Ali and do not meet the RDD. | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19380306 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Grete Maersk | Abu Dhabi | 8/12/2019 | 9/9/2019 | 2019 | 10/17/2019 | US Flag Sailing trans ships through 3 ports, Norfolk, Antwerp, Jebel Ali before arriving at destiantion. | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19567313 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | GUNHILDE MAERSK #93 | Aby Dhabi | 7/2/2019 | 7/22/2019 | 2019 | 8/28/2019 | The U.S Flag Vessel Philadelphia Express #065E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19567430 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | GUDRUN MAERSK #933 | Abu Dhabi | 7/18/2019 | 8/12/2019 | 2019 | 9/19/2019 | The U.S Flag Vessel Yorktown Express #068E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19589022 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Cornelia Maersk V#938W | Abu Dhabi | 8/6/2019 | 9/16/2019 | 2019 | 10/24/2019 | US Flag sailing makes 3 stops transshiping through Norfok, Antwerp and then Jebel Ali before arriving. | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19763535 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Guthorm Maersk V#940W | Abu Dhabi | 7/31/2019 | 9/30/2019 | 2019 | 11/7/2019 | US Flag Vesseltrans ships through Anterp and then JebelAli. First available vessel arrives after RDD | eSignature: (b)(6) | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19846916 | PARAMOUNT TRANSPORTATION SYSTEMS | Norfolk | APL Yangshan, v 377N | Abu Dhabi | 8/2/2019 | 8/23/2019 | 2019 | 10/3/2019 | US Flag Carriers from Norfolk to Abu Dhabi requires transhipment in Antwerp, Belgium and Jebel Ali and do not meet the RDD. | eSignature: (b)(6) | YES | NO | | Norfolk | Abu Dhabi | Foreign Flag | P1 | Norfolk - Jebel Ali (US Flag) | Supplemental P2: Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19930005 | PARAMOUNT TRANSPORTATION SYSTEMS | Norfolk | MSC MAERSK YUKON 94 | Jebel Ali | 9/18/2019 | 10/9/2019 | 2019 | 11/6/2019 | US Flag Vessel trans ships through Antwerp and JebelAli, with an ETA of 11/20 whichis after the RDD. | eSignature: (b)(6) | YES | NO | | Norfolk | Jebel Ali | Foreign Flag | P1 | Norfolk - Jebel Ali (US Flag) | | Maersk Line, Limited |
| DC19966136 | PARAMOUNT TRANSPORTATION SYSTEMS | BALTIMORE | GRETE MAERSK/ V.926 | ABU DHABI | 5/15/2019 | 6/24/2019 | 2019 | 7/30/2019 | The U.S Flag Vessel St. Louis Express #122E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | (b)(6) eSignature: (b)(6) 6/13/2019 2:12:27 PM | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19414574 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | Gerd Maersk # 924W | Abu Dhabi | 5/22/2019 | 6/11/2019 | 2019 | 7/19/2019 | The U.S Flag Vessel Philadelphia Express # 064E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | (b)(6) eSignature: (b)(6) 6/4/2019 7:12:49 AM | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19773586 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | GRETE MAERSK #926W | Aby Dhabi | 6/6/2019 | 6/24/2019 | 2019 | 8/1/2019 | The U.S Flag Vessel Washington Express # 120E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | (b)(6) eSignature: (b)(6) 6/11/2019 7:24:53 AM | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19538444 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Arthur Maersk V#936W | Abu Dhabi | 6/27/2019 | 9/2/2019 | 2019 | 10/1/2019 | US Flag sailing makes 3 stops transshiping through Norfok, Antwerp and then Jebel Ali before arriving. | (b)(6) eSignature: (b)(6) 8/29/2019 2:06:35 PM | YES | NO | | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC19664244 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | CORNELIA MAERSK #92 | Aby Dhabi | 6/24/2019 | 7/1/2019 | 2019 | 8/4/2019 | The U.S Flag Vessel Washington Express # 120E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | (b)(6) 6/20/2019 11:15:59 AM | YES | NO | eSignature: (b)(6) | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19545852 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore, MD | CORNELIA MAERSK #92 | Aby Dhabi | 6/14/2019 | 7/1/2019 | 2019 | 8/4/2019 | The U.S Flag Vessel Washington Express # 120E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | (b)(6) 6/19/2019 2:22:40 PM | YES | NO | eSignature: (b)(6) | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19999619 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Arthur Maersk V#936W | Abu Dhabi | 6/19/2019 | 9/2/2019 | 2019 | 10/10/2019 | US Flag sailing makes 3 stops transshiping through Norfok, Antwerp and then Jebel Ali before arriving. | (b)(6) 8/22/2019 7:51:52 AM | YES | NO | eSignature: (b)(6) | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19301688 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Arthur Maersk V#936W | Abu Dhabi | 6/26/2019 | 9/2/2019 | 2019 | 10/10/2019 | US Flag sailing makes 3 stops transshiping through Norfok, Antwerp and then Jebel Ali before arriving. | (b)(6) 8/21/2019 9:27:53 AM | YES | NO | eSignature: (b)(6) | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |
| DC19597339 | PARAMOUNT TRANSPORTATION SYSTEMS | BALTIMORE | CORNELIA MAERSK/92 | ABU DHABI | 5/20/2019 | 7/1/2019 | 2019 | 8/6/2019 | The U.S Flag Vessel St. Louis Express #122E barges from Baltimore to Norfolk before transshiping via Antwerp, BE and Jebel Ali before arriving to Abu Dhabi | (b)(6) | YES | NO | eSignature: (b)(6) | Baltimore | Abu Dhabi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Abu Dhabi | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC20994012 | PARAMOUNT TRANSPORTATION SYSTEMS | Baltimore | Maersk Shenzhen 950W | JebelAlli | 11/21/2019 | 12/9/2019 | 2019 | 1/9/2020 | The US Flag vessel arrives 01/19/2020. It also trans ships through Norfolk and then Antwerp beforearriving, thus we risk missing the | (b)(6) 11/27/2019 6:20:59 AM | YES | NO | eSignature: (b)(6) | Baltimore | Jebel Ali | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag) | | Maersk Line, Limited |