# Exhibit 11

Examples of Fraudulent Foreign Flag Waivers submitted by Defendant Paxton Van Lines, Inc.

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority_Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC 18228673 | PAXTON INTERNATIONAL | Baltimore, MD US | Northern Justice v#810W | Dammam, Saudi Arabia | 2/20/2018 | 3/14/2018 | 2018 | 4/15/2018 | First available US flag St Louis Express v#109E arrives after the RDD on April 22 | 3/12/2018 11:54:31 AM | YES | NO | | Baltimore | Dammam | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Dammam | | Maersk Line, Limited |
| DC 18318792 | PAXTON INTERNATIONAL | Baltimore, MD | MSC Kingston V.804E | Addis Ababa | 1/23/2018 | 2/2/2018 | 2018 | 3/13/2018 | US Flag vessel MAERSK CHICAGO 1803 has cut at Norfolk port on 02/27/18 and ETA in Addis Ababa of 04/01/18; risk of missing RDD. | (b)(6) 1/30/2018 4:03:21 PM | YES | NO | | Baltimore | Addis Ababa | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag), truck to Addis Ababa | | Maersk Line, Limited |
| DC18089243 | PAXTON INTERNATIONAL | Savannah | YM MODERATION V.039. | =SHUWAIKH | 1/19/2018 | 2/9/2018 | 2018 | 3/24/2018 | US Flag vessel Charleston Express hascut at Baltimore port on 02/16/2018 and ETA in Shuwaikh of 04/04/2018; will miss RDD | (b)(6) 2/1/2018 2:53:56 PM | YES | NO | | Savannah | Shuwaikh | Foreign Flag | P1 | Savannah - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |
| DC18557107 | PAXTON INTERNATIONAL | Baltimore, MD | OOCL Washington V. 298! | Beirut | 3/13/2018 | 4/1/2018 | 2018 | 4/29/2018 | US Flag Vessel St Louis Express has barge on 04/02 & ETA of 05/08/2018; risk of losing the RDD | (b)(6) 3/26/2018 9:34:34 AM | YES | NO | | Baltimore | Beirut | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Beirut | | Maersk Line, Limited |
| DC18724151 | PAXTON INTERNATIONAL | Baltimore | Teno #302INE | Djibouti | 3/28/2018 | 4/8/2018 | 2018 | 5/18/2018 | Can't meet RDD. The US Flag Vessel Maersk Kinloss #1805 arrives 6/9. | 3/28/2018 2:56:18 PM | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC18151744 | PAXTON INTERNATIONAL | BALTIMORE | ALBERT MAERSK #838W | SHUWAIKH | 9/18/2018 | 9/26/2018 | 2018 | 10/31/2018 | Can't meet RDD. The US Flag Vessel St Louis Express #115E arrives 11/22. | 9/17/2018 6:29:24 AM | YES | NO | eSignature: (b)(6) DateSigned: 9/17/2018 6:29:24 AM | Baltimore | Shuwaikh | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority_Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18474114 | PAXTON INTERNATIONAL | Baltimore | CLEMENTINE MAERSK # | Shuwaikh | 9/18/2018 | 10/1/2018 | 2018 | 11/12/2018 | Can't meet RDD. The USFlag vessel Washington Expresas 113E has a cut in Norfolk on 10/3 and arrives on 11/26. | (b)(6) 9/24/2018 6:48:26 AM | YES | NO | eSignature: (b)(6) | Baltimore | Shuwaikh | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |
| DC18500246 | PAXTON INTERNATIONAL | Baltimore, MD | Columbine Maersk 831W | Shywaikh | 7/25/2018 | 8/6/2018 | 2018 | 9/11/2018 | Can not meet RDD. The US Flag vessel Yorktown Express /O56E arrives 10/04. | 7/30/2018 7:20:15 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/30/2018 7:20:15 AM | Baltimore | Shuwaikh | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |
| Al18544117 | PAXTON INTERNATIONAL | New Jersey, NJ | MSC Krystal Voy # 836 | Poti, Georgia | 7/31/2018 | 9/6/2018 | 2018 | 10/7/2018 | Can't meet RDD. The US Flag Vessel Maersk Hartford #1809 arrives on 10/21/2018. | 9/5/2018 7:42:57 AM | YES | NO | eSignature: (b)(6) DateSigned: 9/5/2018 7:42:57 AM | Newark | Poti | Foreign Flag | P2 | Newark - Port Said (US Flag), Port Said - Poti | | Maersk Line, Limited and APL |
| DC18219639 | PAXTON INTERNATIONAL | Baltimore, MD | Maersk Gairloch v#1808 | Djibouti | 7/24/2018 | 8/14/2018 | 2018 | 9/11/2018 | Next US flag sailing will arrive October 5 putting the shipment in danger of missing the RDD of October 7. Foreign flag arrives September 11, nearly a month | eSignature: (b)(6) | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC18478211 | PAXTON INTERNATIONAL | Baltimore, MD | Gustav Maersk/845W | Djibouti | 10/17/2018 | 11/5/2018 | 2018 | 12/7/2018 | Can not meet the RDD of 12/26. The US Flag vessel Maersk Pittsburgh/OJUOVE1PL arrives port on 1/21/2019 | eSignature: (b)(6) | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority_Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18733944 | PAXTON INTERNATIONAL | Baltimore | Maersk Shenzhen/847W | Djibouti | 11/1/2018 | 11/19/2018 | 2018 | 12/19/2018 | can not meet the RDD of 1/15. The US Flag vessel Maersk Hartford v.811 arrives port on 1/18/2019 | eSignature: (b)(6) | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC19144487 | PAXTON INTERNATIONAL | Baltimore | GRANDE CONGO | Abidjan | 9/4/2019 | 10/11/2019 | 2019 | 10/30/2019 | Can not meet the RDD of 11/18 due to the US Flag vessel Washington Express/123E arrives port Abidjan on 11/20/2019. | eSignature: (b)(6) | YES | NO | | Baltimore | Abidjan | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Abidjan | | Maersk Line, Limited |
| DC19462095 | PAXTON INTERNATIONAL | Baltimore | Maersk Shenzhen v. 847W | Djibouti | 10/29/2018 | 11/19/2018 | 2018 | 12/19/2018 | Can not meet the RDD of 1/14. The US Flag vessle Maresk Hartford V. 811 arrives port on 1/18/2019 | eSignature: (b)(6) | YES | NO | | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC19509208 | PAXTON INTERNATIONAL | BALTIMORE | GRANDE CONGO | ABIDJAN | 9/11/2019 | 10/11/2019 | 2019 | 11/8/2019 | Can not meet the RDD of 11/25 due to the US Flag vessel Washington Express/123E arrives port Abidjan on 11/20. | eSignature: (b)(6) | YES | NO | | Baltimore | Abidjan | Foreign Flag | P2 | Baltimore (truck / barge), Norfolk - Algeciras (US Flag), Algeciras - Abidjan | | Maersk Line, Limited |
| Al18861473 | PAXTON INTERNATIONAL | Baltimore | Primavera/S012 | Dar Es Salaam | 8/13/2018 | 8/31/2018 | 2018 | 10/17/2018 | Can not meet RDD of 10/27. The US Flag vessel Maersk Columbus/809 arrives port on 10/29. | (b)(6) 8/22/2018 3:27:23 PM | YES | NO | eSignature: (b)(6) | Baltimore | Dar Es Salaam | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Dar Es Salaam (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Salalah (US Flag), Salalah - Dar Es Salaam (US Flag) | Maersk Line, Limited |
| DC18484880 | PAXTON INTERNATIONAL | HOUSTON | MAERSK KOBE #821E | SHUWAIKH | 5/23/2018 | 6/3/2018 | 2018 | 7/12/2018 | Can't meet RDD. The US Flag Vessel Maersk Atlanta #1807 arrives 7/20. | - SIZSTZUTOC.ZO.0F Al | YES | NO | eSignature: (b)(6) DateSigned: - SIZSTZUTOC.ZO.0F Al | Houston | Shuwaikh | Foreign Flag | P1 | Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |

| Shipment Number | Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority_Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC18980219 | PAXTON INTERNATIONAL | Savanah (USSAV) | Dallian Express V 104W | Shuwaikh | 6/25/2018 | 11/2/2018 | 2018 | 12/6/2018 | No US Flag is available to this destination at this time | 10/22/2018 7:04:01 AM | YES | NO | eSignature (b)(6) DateSigned: 10/22/2018 7:04:01 AM | Savannah | Shuwaikh | Foreign Flag | P1 | Savannah - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |
| AI18356423 | PAXTON INTERNATIONAL | Baltimore | CLEMENTINE MAERSK # | Djibouti | 4/16/2018 | 5/1/2018 | 2018 | 6/16/2018 | The US Flag vessel Maersk Kinloss #805 has a cut in Norfolk on 5/1 and arrives on 6/28 whichrisks missing the RDD. | (b)(6) 4/24/2018 1:09:29 PM | YES | NO | eSignature: (b)(6) | Baltimore | Djibouti | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Djibouti (US Flag) | | Maersk Line, Limited |
| DC 18083217 | PAXTON INTERNATIONAL | Baltimore | ALBERT MAERSK #816W | Shuwaukh | 4/5/2018 | 4/23/2018 | 2018 | 5/31/2018 | Can't meet RDD. The US Flag vessel CHARLESTON EXPRESS#057E departs on 4/24 and arrives on 6/7. | (b)(6) 4716/20T8 8:26:02 AM | YES | NO | eSignature: (b)(6) | Baltimore | Shuwaikh | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Jebel Ali (US Flag), Jebel Ali - Shuwaikh (US Flag) | | Maersk Line, Limited and APL |