# Exhibit 12

Examples of Fraudulent Foreign Flag Waivers submitted by Defendant Western Express Forwarding, LLC

| Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTERN EXPRESS, INC. | YMQ | CMACGM/EMKEA/OED1 | BFY | 7/26/2018 | 12/18/2018 | 2018 | 1/15/2018 | NO US FLAG SERVICE FROM CANADA | eSignature: (b)(6) DateSigned: 12/6/2018 11:13:27 AM | YES | NO | | Montreal | Beirut | Foreign Flag | P2 | Montreal (truck), Newark - Algeciras (US Flag), Algeciras - Beirut | | Maersk Line, Limited |
| WESTERN EXPRESS, INC. | NYJ | OOCL/MOL COURAGE/82_ | pEL | 7/9/2018 | 8/8/2018 | 2018 | 9/21/2018 | NO US FLAG SERVICE | eSignature: (b)(6) DateSigned: 7/30/2018 12:43:37 PM | YES | NO | | Newark | New Delhi | Foreign Flag | P1 | Newark - Nhava Sheva (Jawaharlal Nehru), truck to New Delhi | Supplemental P1: Newark - Pipipav (US Flag), truck to New Delhi | Maersk Line, Limited |
| WESTERN EXPRESS, INC. | LAX | NYK/DEMETER/062W | YOK | 7/9/2018 | 8/24/2018 | 2018 | 9/9/2018 | NO US FLAG SERVICE | eSignature: (b)(6) DateSigned: 8/9/2018 9:30:18 PM | YES | NO | | Los Angeles | Yokohama | Foreign Flag | P1 | Los Angeles - Yokohama (US Flag) | | Maersk Line, Limited and APL |
| WESTERN EXPRESS, INC. | BLT | MSC/MAUREEN/843E | IZM | 7/18/2018 | 8/22/2018 | 2018 | 9/25/2018 | NO US FLAG SERVICE | eSignature: (b)(6) DateSigned: 8/13/2018 3:22:42 PM | YES | NO | | Baltimore | Izmir | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmir | Maersk Line, Limited |
| WESTERN EXPRESS, INC. | BLT | Hapag Lloyd/Torrente/822 | pEL | 5/14/2018 | 6/22/2018 | 2018 | 8/4/2018 | NO US FLAG SERVICE AVAILABLE | 6/8/2018 7:17:25 AM | YES | NO | eSignature: (b)(6) DateSigned: 6/8/2018 7:17:25 AM | Baltimore | New Delhi | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Nhava Sheva (Jawaharlal Nehru), truck to New Delhi | Supplemental P1: Baltimore (truck / barge), Norfolk - Pipipav (US Flag), truck to New Delhi | Maersk Line, Limited |
| WESTERN EXPRESS, INC. | NYJ | MSC/MSC VALENCIA/824 | ANK | 6/11/2018 | 6/22/2018 | 2018 | 7/23/2018 | NO US FLAG AVAILABLE | 6/19/2018 6:17:40 AM | YES | NO | eSignature: § (b)(6) DateSigned: 6/19/2018 6:17:40 AM | Newark | Ankara | Foreign Flag | P1 | Newark - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Newark - Port Said (US Flag), Port Said - Ambarli | Maersk Line, Limited |

| Company Name | Departure Port | Vessel | Arrival Port | Pack Date | Departure Date | Departure Year | Arrival Date | Comments | Date Signed | Approved? | Denied? | Denied Comments | ORIGIN | DESTINATION | Service Provided | Priority Pick | Routing | Comments | US Flag Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WESTERN EXPRESS, INC. | BLT | MAERSK/MSC MARIANN | z71 | 6/11/2018 | 7/11/2018 | 2018 | 8/16/2018 | NO US FLAG SERVICE | 6/27/2018 2:22:51 PM | YES | NO | eSignature: (b)(6) DateSigned: 6/27/2018 2:22:51 PM | Baltimore | Izmir | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmir | Maersk Line, Limited |
| WESTERN EXPRESS, INC. | BLT | Hapag Lloyd/MOL MISSIO. | yoK | 6/25/2018 | 7/16/2018 | 2018 | 8/14/2018 | NO US FLAG SERVICE | 7/6/2018 7:38:37 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/6/2018 7:38:37 AM | Baltimore | Yokohama | Foreign Flag | P1 | Baltimore (truck / rail), Los Angeles - Yokohama (US Flag) | Supplemental P2: Baltimore (truck / barg), Norfolk - Salalah (US Flag), Salalah - Singapore, Singapore - Yokohama | Maersk Line, Limited and APL |
| WESTERN EXPRESS, INC. | BLT | Maersk/Conti Everest/820 | 71 | 4/19/2018 | 5/16/2018 | 2018 | 6/19/2018 | NO US FLAG SERVICE AVAILABLE | 5/10/2018 10:39:42 AM | YES | NO | eSignature: (b)(6) DateSigned: 5/10/2018 10:39:42 AM | Baltimore | Izmir | Foreign Flag | P1 | Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Mersin / Iskenderun (US Flag) | Supplemental P2: Baltimore (truck / barge), Norfolk - Port Said (US Flag), Port Said - Izmir | Maersk Line, Limited |
| WESTERN EXPRESS, INC. | BLT | Hapag Lloyd/MOL MISSIO. | yoK | 6/21/2018 | 7/16/2018 | 2018 | 8/14/2018 | NO US FLAG SERVICE | 7/6/2018 7:38:09 AM | YES | NO | eSignature: (b)(6) DateSigned: 7/6/2018 7:38:09 AM | Baltimore | Yokohama | Foreign Flag | P1 | Baltimore (truck / rail), Los Angeles - Yokohama (US Flag) | Supplemental P2: Baltimore (truck / barg), Norfolk - Salalah (US Flag), Salalah - Singapore, Singapore - Yokohama | Maersk Line, Limited and APL |
| WESTERN EXPRESS, INC. | BLT | Hapag Lloyd/MOL MAGNI | yoK | 6/20/2018 | 8/26/2018 | 2018 | 9/27/2018 | NO US FLAG SERVICE | 8/13/2018 3:22:54 PM | YES | NO | eSignature: (b)(6) DateSigned: 8/13/2018 3:22:54 PM | Baltimore | Yokohama | Foreign Flag | P1 | Baltimore (truck / rail), Los Angeles - Yokohama (US Flag) | Supplemental P2: Baltimore (truck / barg), Norfolk - Salalah (US Flag), Salalah - Singapore, Singapore - Yokohama | Maersk Line, Limited and APL |