# *EXHIBIT 1*

| ¶ | Defendant | DOS Approval Date | Departure | Arrival | U.S. Alternative | Different Departure? | Different Arrival? | Additional Route at Sea? | Transshipment |
|---|---|---|---|---|---|---|---|---|---|
| 86 | Able | 4/25/18 | New York, NY | Karachi, Pakistan | Maersk | Yes | No | No | Possibly (NYC to Newark) |
| 87 | Able | 8/3/18 | Savannah, GA | Mombasa, Kenya | Maersk | No | No | Yes (1) | No |
| 88 | Able | 3/9/17 | New York, NY | Nhava Sheva, India | Maersk | Yes | No | No | Possibly (NYC to Newark) |
| 89 | Able | 3/12/18 | Baltimore, MD | Nhava Sheva, India | Maersk | Yes | No | No | Yes |
| 90 | Able | 8/11/16 | Baltimore, MD | Xingang, China | Maersk | Yes | Yes | No | Yes |
| 91 | Able | 6/6/17 | Seattle, WA | Xingang, China | APL | Yes | Yes | No | Yes |
| 92 | Able | 9/29/17 | Atlanta, GA | Yokohama, Japan | Maersk | Yes | No | No | Yes |
| 93 | Able | 2/19/19 | Los Angeles, CA | Yokohama, Japan | Maersk | No | No | No | No |
| 96 | Arpin | 11/15/18 | Baltimore, MD | Mombasa, Kenya | Maersk | Yes | No | Yes (1) | Yes |
| 97 | Arpin | 7/30/18 | Baltimore, MD | Mombasa, Kenya | Maersk | Yes | No | Yes (1) | Yes |
| 98 | Arpin | 6/1/18 | Baltimore, MD | Mombasa, Kenya | Maersk | Yes | No | Yes (1) | Yes |
| 99 | Arpin | 5/22/18 | Baltimore, MD | Mombasa, Kenya | Maersk | Yes | No | Yes (1) | Yes |
| 100 | Arpin | 5/22/18 | Baltimore, MD | Mombasa, Kenya | Maersk | Yes | No | Yes (1) | Yes |
| 101 | Arpin | 2/14/18 | New York, NY | New Delhi, India | Maersk | Yes | Yes | No | Yes |
| 102 | Arpin | 9/7/18 | Norfolk, VA | New Delhi, India | Maersk | No | Yes | No | Yes |
| 103 | Arpin | 9/6/18 | Norfolk, VA | New Delhi, India | Maersk | No | Yes | No | Yes |
| 104 | Arpin | 1/28/19 | Norfolk, VA | New Delhi, India | Maersk | No | Yes | No | Yes |
| 106 | Cartwright | 7/11/18 | New York, NY | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 107 | Cartwright | 6/19/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 108 | Cartwright | 7/10/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 109 | Cartwright | 9/12/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 110 | Cartwright | 9/12/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 111 | Cartwright | 10/11/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 112 | Cartwright | 6/11/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 113 | Cartwright | 8/15/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 114 | Cartwright | 9/12/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 117 | Coleman | 7/8/19 | Baltimore, MD | Corinto, Nicaragua | Hapag-Lloyd | Yes | No | Yes (1) | Yes |
| 118 | Coleman | 6/21/19 | Baltimore, MD | Corinto, Nicaragua | Hapag-Lloyd | Yes | No | Yes (1) | Yes |
| 120 | DeWitt | 3/12/18 | Long Beach, CA | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 121 | DeWitt | 3/26/18 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 122 | DeWitt | 6/19/18 | Baltimore, MD | Istanbul, Turkey | Maersk | No | Yes | No | Yes |
| 123 | DeWitt | 6/19/18 | Baltimore, MD | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 124 | DeWitt | 7/23/18 | Baltimore, MD | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 125 | DeWitt | 8/8/18 | Baltimore, MD | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 126 | DeWitt | 10/11/18 | Houston, TX | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 127 | DeWitt | 10/11/18 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 128 | DeWitt | 10/26/18 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 129 | DeWitt | 11/5/18 | Baltimore, MD | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 132 | Hilldrup | 1/25/18 | Baltimore, MD | Mombasa, Kenya | Maersk | Yes | No | Yes (1) | Yes |
| 133 | Hilldrup | 1/9/18 | Norfolk, VA | Port Khalifa, UAE | Maersk | No | Yes | No | Yes |
| 134 | Hilldrup | 9/20/18 | Norfolk, VA | Mombasa, Kenya | Maersk | No | No | Yes (1) | No |
| 135 | Hilldrup | 8/2/18 | Norfolk, VA | Mombasa, Kenya | Maersk | No | No | Yes (1) | No |
| 136 | Hilldrup | 8/2/18 | Norfolk, VA | Nairobi, Kenya | Maersk | No | Yes | No | Yes |
| 137 | Hilldrup | 8/16/18 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 138 | Hilldrup | 9/5/18 | Baltimore, MD | Nairobi, Kenya | Maersk | Yes | Yes | Yes (1) | Yes |
| 139 | Hilldrup | 9/5/18 | Baltimore, MD | Nairobi, Kenya | Maersk | Yes | Yes | Yes (1) | Yes |
| 140 | Hilldrup | 9/20/19 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 141 | Hilldrup | 9/4/19 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 143 | J.K. Moving | 11/5/18 | Oakland, CA | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 144 | J.K. Moving | 1/11/19 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | Yes (1) | Yes |
| 145 | J.K. Moving | 7/3/17 | Baltimore, MD | Antwerp, Belgium | Maersk | Yes | No | No | Yes |
| 146 | J.K. Moving | 3/24/17 | Norfolk, VA | Bremerhaven, Germany | Maersk | No | No | No | No |
| 147 | J.K. Moving | 8/30/18 | Savannah, GA | Genoa, Italy | Maersk | No | No | No | Yes |
| 148 | J.K. Moving | 2/13/17 | Baltimore, MD | Nhava Sheva, India | Maersk | Yes | No | No | Yes |
| 149 | J.K. Moving | 10/14/16 | New York, NY | Port Izmir, Turkey | Maersk | Yes | Yes | Yes (1) | Yes |
| 150 | J.K. Moving | 12/1/16 | Long Beach, CA | Shuwaikh, Kuwait | Maersk | Yes | No | Yes (1) | Yes |
| 151 | J.K. Moving | 4/29/16 | Norfolk, VA | Thessaloniki, Greece | Maersk | No | No | Yes (2) | Yes |
| 152 | J.K. Moving | 8/16/17 | Savannah, GA | Shanghai, China | Maersk | Yes | No | No | Yes |
| 155 | New World | 1/3/18 | Baltimore, MD | Derince, Turkey | Maersk | Yes | Yes | Yes (1) | Yes |
| 156 | New World | 1/18/18 | New York, NY | Alexandria, Egypt | Maersk | Yes | Yes | No | Yes |
| 157 | New World | 10/12/18 | New York, NY | Istanbul, Turkey | Maersk | Yes | Yes | Yes | Yes |
| 158 | New World | 8/16/19 | Baltimore, MD | Derince, Turkey | Maersk | Yes | Yes | Yes (1) | Yes |
| 159 | New World | 7/31/19 | New York, NY | Alexandria, Egypt | Maersk | Yes | Yes | No | Yes |
| 160 | New World | 10/22/18 | Norfolk, VA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 161 | New World | 7/30/18 | Baltimore, MD | Rotterdam, Netherlands | Maersk | Yes | No | No | Yes |
| 162 | New World | 5/17/19 | New York, NY | Istanbul, Turkey | Maersk | Yes | Yes | Yes | Yes |
| 163 | New World | 8/19/19 | Savannah, GA | Alexandria, Egypt | Maersk | No | Yes | No | Yes |
| 164 | New World | 10/22/19 | New York, NY | Alexandria, Egypt | Maersk | Yes | Yes | No | Yes |
| 166 | Paramount | 6/13/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 167 | Paramount | 6/4/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 168 | Paramount | 6/4/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 169 | Paramount | 6/11/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 170 | Paramount | 8/29/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 171 | Paramount | 6/20/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 172 | Paramount | 6/19/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 173 | Paramount | 8/22/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 174 | Paramount | 8/21/19 | Baltimore, MD | Abu Dhabi, UAE | Maersk | Yes | Yes | No | Yes |
| 176 | Paxton | 1/30/18 | Baltimore, MD | Addis Abba, Ethiopia | Maersk | Yes | Yes | No | Yes |
| 177 | Paxton | 2/1/18 | Savannah, GA | Shuwaikh, Kuwait | Maersk | No | No | Yes | Yes |
| 178 | Paxton | 3/28/18 | Baltimore, MD | Djibouti | Maersk | Yes | No | No | Yes |
| 179 | Paxton | 9/17/18 | Baltimore, MD | Shuwaikh, Kuwait | Maersk | Yes | No | Yes (1) | Yes |
| 180 | Paxton | 9/24/18 | Baltimore, MD | Shuwaikh, Kuwait | Maersk | Yes | No | Yes (1) | Yes |
| 181 | Paxton | 7/30/18 | Baltimore, MD | Shuwaikh, Kuwait | Maersk | Yes | No | Yes (1) | Yes |
| 182 | Paxton | 8/22/18 | Baltimore, MD | Dar Es Salaam, Tanzania | Maersk | Yes | No | Yes (1) | Yes |
| 183 | Paxton | 10/22/18 | Savannah, GA | Shuwaikh, Kuwait | Maersk | No | No | Yes (1) | Yes |
| 184 | Paxton | 4/24/18 | Baltimore, MD | Djibouti | Maersk | Yes | No | No | Yes |
| 186 | Western Express | 7/30/18 | Newark, NJ | New Delhi, India | Maersk | No | Yes | No | Yes |
| 187 | Western Express | 8/9/18 | Los Angeles, CA | Yokohoma, Japan | Maersk | No | No | No | No |
| 188 | Western Express | 8/13/18 | Baltimore, MD | Izmir, Turkey | Maersk | Yes | Yes | Yes | Yes |
| 189 | Western Express | 6/8/18 | Baltimore, MD | New Delhi, India | Maersk | Yes | Yes | Yes | Yes |
| 190 | Western Express | 6/19/18 | Newark, NJ | Ankara, Turkey | Maersk | No | Yes | Yes | Yes |
| 191 | Western Express | 6/27/18 | Baltimore, MD | Izmir, Turkey | Maersk | Yes | Yes | Yes | Yes |
| 192 | Western Express | 7/6/18 | Baltimore, MD | Yokohama, Japan | Maersk | Yes | No | No | Yes |
| 193 | Western Express | 5/10/18 | Baltimore, MD | Izmir, Turkey | Maersk | Yes | Yes | Yes | Yes |
| 194 | Western Express | 7/6/18 | Baltimore, MD | Yokohoma, Japan | Maersk | Yes | No | No | Yes |
| 195 | Western Express | 8/13/18 | Baltimore, MD | Yokohoma, Japan | Maersk | Yes | No | No | Yes |