# *EXHIBIT 2*

# 2005

## 14 FAM 616.1 Standards for Shipment

*(CT:LOG-1; 05-27-2005)*
*(Uniform State/BBG)*
*(Foreign Service)*

a. Posts shall exert reasonable efforts to analyze schedules and tariffs on a worldwide basis in routing effects consistent with the following standards which are for guidance only:

(1) When both U.S.- and foreign-flag vessels operate directly between a port serving the place where the transportation of effects originates and a port serving the actual destination, shipment of effects shall be made on a U.S.-flag vessel;

(2) When U.S.-flag vessels do not operate directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and foreign-flag vessels do so operate, shipment of effects shall be made on a foreign-flag vessel;

(3) When there are neither U.S.-nor foreign-flag vessels operating directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and it can be determined that U.S.-flag vessels are available for any segment of the journey, the shipment of effects shall be by such routing and shall include U.S.-flag vessels where operating. Waiting time at point of transshipment shall be governed by subparagraph a(4) of this section. More than one transshipment for the sole purpose of using U.S.-flag vessels is not required; and

(4) Foreign-flag vessels may be used for the shipment of furniture and household and personal effects including privately owned motor vehicles when:

(a) U.S.-flag vessels are not scheduled to call at the port of loading within 30 days after:

> (i) Notice to ship based on need for immediate shipment of the effects has been received by the post; or
>
> (ii) The effects are ready for shipment, whichever is later;

> (b) When agents of U.S.-flag vessels cannot give reasonable assurance that a U.S.-flag vessel is scheduled to call at the port of loading within the time specified in subparagraph a(4)(a) of this section:
>
>> (i) Will actually call at such port of loading within 30 days as scheduled; and will actually discharge cargo at scheduled destination port within two weeks after arrival regardless of port congestion; and where agents of foreign-flag vessels can give such assurance due to their preferential berthing arrangements at the port; or
>>
>> (ii) Will discharge cargo at scheduled destination port without transshipment; and where agents of foreign ships can give such reasonable assurance;

> (c) The authorizing officer at the post determines that safe storage facilities are not available and that delay in shipment would expose effects to serious damage or loss from climatic conditions, excessive humidity, pilferage, sabotage, or other hazards beyond the control of the post. In such instances, a statement justifying the use of a foreign-flag vessel is required.

b. When the origin or destination is a seaport, it is not necessary to send the shipment to another port in order to utilize a U.S.-flag vessel.

# 2010

## 14 FAM 616.1  Standards for Shipment

*(CT:LOG-78; 10-22-2010)*
*(Uniform State/BBG)*
*(Foreign Service)*

a. Posts shall exert reasonable efforts to analyze schedules and tariffs on a worldwide basis in routing effects consistent with the following standards which are for guidance only:

(1) When both U.S.- and foreign-flag vessels operate directly between a port serving the place where the transportation of effects originates and a port serving the actual destination, shipment of effects shall be made on a U.S.-flag vessel;

(2) When U.S.-flag vessels do not operate directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and foreign-flag vessels do so operate, shipment of effects shall be made on a foreign-flag vessel;

(3) When there are neither U.S.-nor foreign-flag vessels operating directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and it can be determined that U.S.-flag vessels are available for any segment of the journey, the shipment of effects shall be by such routing and shall include U.S.-flag vessels where operating. Waiting time at point of transshipment shall be governed by subparagraph a(4) of this section. More than one transshipment for the sole purpose of using U.S.-flag vessels is not required; and

(4) Foreign-flag vessels may be used for the shipment of furniture and household and personal effects including privately owned motor vehicles when:

   (a) U.S.-flag vessels are not scheduled to call at the port of loading within 30 days after:

> (i) Notice to ship based on need for immediate shipment of the effects has been received by the post; or (ii) The effects are ready for shipment, whichever is later;
>
> (b) When agents of U.S.-flag vessels cannot give reasonable assurance that a U.S.-flag vessel is scheduled to call at the port of loading within the time specified in subparagraph a(4)(a) of this section:
>
> (i) Will actually call at such port of loading within 30 days as scheduled; and will actually discharge cargo at scheduled destination port within 2 weeks after arrival regardless of port congestion; and where agents of foreign-flag vessels can give such assurance due to their preferential berthing arrangements at the port; or
>
> (ii) Will discharge cargo at scheduled destination port without transshipment; and where agents of foreign ships can give such reasonable assurance; and
>
> (c) The authorizing officer at the post determines that safe storage facilities are not available and that delay in shipment would expose effects to serious damage or loss from climatic conditions, excessive humidity, pilferage, sabotage, or other hazards beyond the control of the post. In such instances, a statement justifying the use of a foreign-flag vessel is required.

b. When the origin or destination is a seaport, it is not necessary to send the shipment to another port in order to utilize a U.S.-flag vessel.

# 2014

## 14 FAM 616.1  Standards for Shipment

*(CT:LOG-168;   03-18-2014)*
*(State/BBG)*
*(Foreign Service)*

a. Posts must exert reasonable efforts to analyze schedules and tariffs on a worldwide basis in routing effects consistent with the following standards which are for guidance only:

  (1)  When both U.S.- and foreign-flag vessels operate directly between a port serving the place where the transportation of effects originates and a port serving the actual destination, shipment of effects must be made on a U.S.-flag vessel;

  (2)  When U.S.-flag vessels do not operate directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and foreign-flag vessels do so operate, shipment of effects must be made on a foreign-flag vessel;

  (3)  When there are neither U.S.-nor foreign-flag vessels operating directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and it can be determined that U.S.-flag vessels are available for any segment of the journey, the shipment of effects must be by such routing and shall include U.S.-flag vessels where operating.  Waiting time at point of transshipment must be governed by subparagraph a(4) of this section.  More than one transshipment for the sole purpose of using U.S.-flag vessels is not required; and

  (4)  Foreign-flag vessels may be used for the shipment of furniture and household and personal effects including privately owned motor vehicles when:

    (a)  U.S.-flag vessels are not scheduled to call at the port of loading within 30 days after:

      (i)   Notice to ship based on need for immediate shipment of the effects has been received by the post; or

- (ii) The effects are ready for shipment, whichever is later;
- (b) When agents of U.S.-flag vessels cannot give reasonable assurance that a U.S.-flag vessel is scheduled to call at the port of loading within the time specified in subparagraph a(4)(a) of this section:
    - (i) Will actually call at such port of loading within 30 days as scheduled; and will actually discharge cargo at scheduled destination port within 2 weeks after arrival regardless of port congestion; and where agents of foreign-flag vessels can give such assurance due to their preferential berthing arrangements at the port; or
    - (ii) Will discharge cargo at scheduled destination port without transshipment; and where agents of foreign ships can give such reasonable assurance; and
- (c) The authorizing officer at the post determines that safe storage facilities are not available and that delay in shipment would expose effects to serious damage or loss from climatic conditions, excessive humidity, pilferage, sabotage, or other hazards beyond the control of the post.  In such instances, a statement justifying the use of a foreign-flag vessel is required.

b. When the origin or destination is a seaport, it is not necessary to send the shipment to another port in order to utilize a U.S.-flag vessel.

# 2019

## 14 FAM 616.1  Standards for Shipment

*(CT:LOG-257;   03-29-2019)*
*(State/USAGM)*
*(Foreign Service)*

a. Posts must exert reasonable efforts to analyze schedules and tariffs on a worldwide basis in routing effects consistent with the following standards which are for guidance only:

   (1)  When both U.S.- and foreign-flag vessels operate directly between a port serving the place where the transportation of effects originates and a port serving the actual destination, shipment of effects must be made on a U.S.-flag vessel;

   (2)  When U.S.-flag vessels do not operate directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and foreign-flag vessels do so operate, shipment of effects must be made on a foreign-flag vessel;

   (3)  When there are neither U.S.-nor foreign-flag vessels operating directly between a port serving the place where transportation of effects originates and the port serving the actual destination, and it can be determined that U.S.-flag vessels are available for any segment of the journey, the shipment of effects must be by such routing and shall include U.S.-flag vessels where operating.  Waiting time at point of transshipment must be governed by subparagraph a(4) of this section.  More than one transshipment for the sole purpose of using U.S.-flag vessels is not required; and

   (4)  Foreign-flag vessels may be used for the shipment of furniture and household and personal effects including privately owned motor vehicles when:

      (a)  U.S.-flag vessels are not scheduled to call at the port of loading within 30 days after:

         (i)    Notice to ship based on need for immediate shipment of the effects has been received by the post; or

  (ii) The effects are ready for shipment, whichever is later;

 (b) When agents of U.S.-flag vessels cannot give reasonable assurance that a U.S.-flag vessel is scheduled to call at the port of loading within the time specified in subparagraph a(4)(a) of this section:

  (i) Will actually call at such port of loading within 30 days as scheduled; and will actually discharge cargo at scheduled destination port within 2 weeks after arrival regardless of port congestion; and where agents of foreign-flag vessels can give such assurance due to their preferential berthing arrangements at the port; or

  (ii) Will discharge cargo at scheduled destination port without transshipment; and where agents of foreign ships can give such reasonable assurance; and

 (c) The authorizing officer at the post determines that safe storage facilities are not available and that delay in shipment would expose effects to serious damage or loss from climatic conditions, excessive humidity, pilferage, sabotage, or other hazards beyond the control of the post.  In such instances, a statement justifying the use of a foreign-flag vessel is required.

b. When the origin or destination is a seaport, it is not necessary to send the shipment to another port in order to utilize a U.S.-flag vessel.