# *EXHIBIT 4*

# U.S. General Services Administration

# Household Goods Tender of Service

# (GSA HTOS)

**August 2010 Edition**

THIS EDITION CANCELS THE PREVIOUS EDITION



# U.S. General Services Administration

# Household Goods Tender of Service

# (GSA HTOS)

## Table of Contents

GETTING STARTED ............................................................................................................................I

TABLE OF CONTENTS .......................................................................................................................II

1   OVERVIEW ...........................................................................................................................1-1

1.1   APPLICATION ....................................................................................................................... 1-1

1.2   SCOPE OF THE HOUSEHOLD GOODS TENDER OF SERVICE (HTOS) ........................................... 1-1

1.2.1   Services to be Furnished................................................................................................ 1-2

1.2.2   Classification of Included Items.................................................................................... 1-2

1.2.3   Excluded Items .............................................................................................................. 1-3

1.3   OTHER GENERAL PROVISIONS ............................................................................................... 1-3

1.3.1   Use of Term Transportation Service Provider (TSP) .................................................... 1-3

1.3.2   Acceptance of the HTOS................................................................................................ 1-4

1.3.3   Bills of Lading ............................................................................................................... 1-4

1.3.4   Routing of Shipments.................................................................................................... 1-4

1.3.5   Mileage Determination ................................................................................................ 1-4

1.3.6   Industrial Funding Fee.................................................................................................. 1-4

1.4   REVISING THE HTOS ............................................................................................................ 1-5

2   APPLICATION AND PARTICIPATION .......................................................................................2-1

2.1   OVERVIEW .......................................................................................................................... 2-1

2.2   RESTRICTIONS ON APPLICATIONS FOR APPROVAL ................................................................... 2-1

2.3   APPLICATION AND APPROVAL PROCESS.................................................................................. 2-1

2.4   NEW APPLICANTS ................................................................................................................ 2-2

2.4.1   Applicant Information ................................................................................................... 2-2

2.4.2   Agreement to Abide By the HTOS ................................................................................. 2-3

2.4.3   Authority and Licenses ................................................................................................. 2-3

2.4.4   TSP-Agent Agreement .................................................................................................. 2-4

2.4.5   Standard Carrier Alpha Code (SCAC) Designation ....................................................... 2-4

2.4.6   Trading Partner Agreement ......................................................................................... 2-4

2.4.7   Cargo Insurance ........................................................................................................... 2-4

2.4.8   Performance Bond -- International Only ....................................................................... 2-5

2.4.9   Experience..................................................................................................................... 2-5

2.4.10   Scope of Operation....................................................................................................... 2-5

2.4.11   HTOS Questionnaire ..................................................................................................... 2-5

2.4.12   Quality Control Program .............................................................................................. 2-6

2.4.13   Financial Responsibility ............................................................................................... 2-6

2.4.14     *Agent Facilities* ......................................................................................................... *2-6*
2.5     PREVIOUSLY APPROVED FIRMS .............................................................................................. 2-6
2.6     ADDITIONAL INFORMATION .................................................................................................. 2-6
2.7     FALSE STATEMENTS .............................................................................................................. 2-7
2.8     EVALUATION OF APPLICATION ............................................................................................... 2-7
2.9     APPROVAL ........................................................................................................................... 2-9
2.9.1     *New TSPs* ....................................................................................................................... *2-9*
2.9.2     *Applicants Whose Prior Approval Has Been Terminated* .............................................. *2-9*
2.9.3     *Applicants Who Have Voluntarily Withdrawn* .............................................................. *2-9*
2.9.4     *Advertising of TSP Approval* ........................................................................................ *2-9*
2.10     REJECTION OF APPLICATION TO PARTICIPATE ......................................................................... 2-10
2.11     CONTINUED PARTICIPATION ................................................................................................. 2-10
2.12     SCOPE OF OPERATION ADJUSTMENTS ................................................................................... 2-11
2.12.1     *Adjustment When the CSI Is Greater Than 105* ............................................................ *2-11*
2.12.2     *Adjustment When the CSI is between 95 and 105* ......................................................... *2-11*
2.12.3     *Adjustment When the CSI Is Less Than 95* .................................................................... *2-12*
2.12.4     *Adjustment When There Is No CSI* ................................................................................ *2-13*
2.12.5     *Adjustments Based On Factors Other Than the CSI* ...................................................... *2-13*
2.13     RESTRUCTURING OF SCOPE OF OPERATION ........................................................................... 2-14
2.13.1     *Restructuring Due to Bankruptcy* ................................................................................. *2-14*
2.13.2     *Restructuring Based On Changes in Traffic Patterns* ................................................... *2-15*
2.13.3     *Needs of the Program* ................................................................................................... *2-16*
2.14     UPDATING APPROVAL INFORMATION ..................................................................................... 2-16
2.15     TSP WITHDRAWAL FROM CHAMP ...................................................................................... 2-16
2.16     CONSTRUCTIVE WITHDRAWAL ............................................................................................. 2-16

**3     RESPONSIBILITIES AND AUTHORITIES** ...................................................................................**3-1**

3.1     PROGRAM MANAGER RESPONSIBILITIES AND AUTHORITIES ...................................................... 3-1
3.2     RESPONSIBLE TRANSPORTATION OFFICER (RTO) RESPONSIBILITIES AND AUTHORITIES ................... 3-2
3.3     TRANSPORTATION SERVICE PROVIDER (TSP) TABLE OF RESPONSIBILITIES AND AUTHORITIES ........... 3-6
3.4     EMPLOYEE RESPONSIBILITIES AND AUTHORITIES ..................................................................... 3-9

**4     OFFERS OF SERVICE** ..........................................................................................................**4-1**

4.1     OVERVIEW ........................................................................................................................... 4-1
4.2     GEOGRAPHIC COVERAGE ....................................................................................................... 4-1
4.3     ANNUAL RFO PROCESS ........................................................................................................ 4-1

**5     HOUSEHOLD GOODS SERVICES** ..........................................................................................**5-1**

5.1     SCOPE OF SERVICE ................................................................................................................ 5-1
5.1.1     *General Services to be Furnished* .................................................................................. *5-1*
5.1.2     *Additional Scope of Service for International Shipments* .............................................. *5-2*
5.2     GENERAL PROVISIONS FOR HHG SHIPMENTS .......................................................................... 5-2
5.2.1     *Pre-Move Survey* ........................................................................................................... *5-2*
5.2.2     *Packing* .......................................................................................................................... *5-3*
5.2.3     *Surface Protection* ........................................................................................................ *5-7*
5.2.4     *Appliance Servicing* ...................................................................................................... *5-7*

5.2.5    Items of Unusual Nature ............................................................................................ 5-8
5.2.6    Disassembly and Reassembly for Transportation ........................................................ 5-8
5.2.7    Preparation of Shipment Inventory ........................................................................... 5-9
5.2.8    Pick-up and Delivery Services ................................................................................. 5-11
5.3    PROVISIONS APPLICABLE TO INTERNATIONAL SHIPMENTS ONLY .................................................. 5-13
5.3.1    Use of US and Foreign Flag Vessels ........................................................................ 5-13
5.3.2    Overflow and Split Shipments ................................................................................ 5-13
5.3.3    Containers ............................................................................................................ 5-13
5.3.4    Overflow Boxes (Containerized Shipments) ............................................................ 5-14
5.3.5    Packing and Stuffing Of Containers ....................................................................... 5-14
5.3.6    Items Containerized at Warehouse ......................................................................... 5-14
5.3.7    Container Marking ................................................................................................. 5-15
5.3.8    Container Seals ..................................................................................................... 5-15
5.3.9    Position of Containers ........................................................................................... 5-15
5.3.10    Wooden Boxes ..................................................................................................... 5-15
5.3.11    Special Items ........................................................................................................ 5-15
5.3.12    Preparation of Container Inventory ........................................................................ 5-16
5.3.13    Preparation of Inventory/Seal Numbers ................................................................. 5-16
5.3.14    Pick-up and Delivery ............................................................................................. 5-17
5.3.15    Liftvan Weights ..................................................................................................... 5-17
5.3.16    Shipping Containers .............................................................................................. 5-18
5.4    DETERMINATION OF WEIGHT .......................................................................................... 5-18
5.4.1    Weighing Procedure for HHG ................................................................................. 5-18
5.4.2    Weight Tickets ...................................................................................................... 5-20
5.4.3    Weight Variance .................................................................................................... 5-20
5.4.4    Reweighing Of Shipments ...................................................................................... 5-21
5.4.5    Constructive Weight .............................................................................................. 5-21
5.5    STORAGE-IN-TRANSIT (SIT) ......................................................................................... 5-21
5.5.1    Facilities ............................................................................................................... 5-22
5.5.2    Location of SIT ...................................................................................................... 5-22
5.5.3    Lot Identification ................................................................................................... 5-22
5.5.4    Palletization of Property ......................................................................................... 5-22
5.5.5    Procedures Applicable to Domestic SIT Only .......................................................... 5-22
5.5.6    Procedure Applicable to International SIT Only ........................................................ 5-23
5.5.7    Partial Withdrawal from SIT ................................................................................... 5-23
5.6    UNACCOMPANIED AIR BAGGAGE (UAB) ............................................................................. 5-23
5.7    PRIVATELY OWNED VEHICLES (POV) ................................................................................ 5-24
5.7.1    Domestic Shipments of POV ................................................................................... 5-24
5.7.2    International Shipments of POV ............................................................................... 5-24
5.8    DIVERSION OR RECONSIGNMENT ..................................................................................... 5-24
5.9    DOCUMENTATION REQUIREMENTS ..................................................................................... 5-25
5.9.1    Domestic Shipment Documentation Requirements ................................................... 5-25
5.9.2    International Shipment Documentation Requirements ............................................... 5-26
5.10    TRACING ................................................................................................................ 5-26
5.10.1    Shipments ............................................................................................................ 5-26

*5.10.2    Missing Items* ........................................................................................................ *5-27*

5.11    IMPRACTICAL OPERATIONS ................................................................................................ 5-27

5.12    OTHER EXCEPTIONS ........................................................................................................ 5-28

*5.12.1    Provision of Smaller Equipment* .................................................................... *5-28*

*5.12.2    Lack of Proper Delivery Address* .................................................................... *5-28*

*5.12.3    Constructive Delivery* ...................................................................................... *5-28*

*5.12.4    Detention by TSP or Agents Prohibited* ........................................................ *5-29*

*5.12.5    Extended Storage* ............................................................................................. *5-29*

**6    MOVE MANAGEMENT SERVICES** .................................................................................. **6-1**

6.1    SCOPE OF MOVE MANAGEMENT SERVICES ...................................................................... 6-1

6.2    MEMORANDUM OF UNDERSTANDING (MOU) ................................................................ 6-1

6.3    PERFORMANCE AS TSP ...................................................................................................... 6-1

6.4    COMMISSIONS PROHIBITED .............................................................................................. 6-1

6.5    REQUIRED SERVICES .......................................................................................................... 6-1

*6.5.1    Customer Service* .............................................................................................. *6-2*

*6.5.2    TSP Selection* ..................................................................................................... *6-2*

*6.5.3    Shipment Booking* ............................................................................................ *6-2*

*6.5.4    Ensuring TSP Performance* .............................................................................. *6-3*

*6.5.5    Arranging Storage-in-Transit (SIT)* ................................................................. *6-3*

*6.5.6    Completion of GSA Form 3080* ....................................................................... *6-4*

*6.5.7    Service Performance Audit* .............................................................................. *6-4*

*6.5.8    Management Information Reports* .................................................................. *6-4*

6.6    OPTIONAL SERVICES .......................................................................................................... 6-6

*6.6.1    Employee pre-move counseling* ..................................................................... *6-6*

*6.6.2    Prepayment Audit* ............................................................................................ *6-7*

*6.6.3    Performance Standards for Service Performance Audit and Prepayment Audit* ........................... *6-10*

*6.6.4    Preparation of Shipment Documentation* .................................................... *6-10*

*6.6.5    Data Communications Capabilities* ................................................................ *6-10*

*6.6.6    On-site Quality Control Service* ...................................................................... *6-11*

*6.6.7    Quality Assurance Plan* .................................................................................... *6-12*

*6.6.8    Claims Preparation, Filing, and Settlement Assistance* ................................ *6-12*

**7    INSPECTION OF SERVICES** ........................................................................................... **7-1**

7.1    OVERVIEW ........................................................................................................................ 7-1

7.2    INSPECTION BY THE GOVERNMENT .................................................................................. 7-1

*7.2.1    Inspection of Facilities and Operations* .......................................................... *7-1*

*7.2.2    Reports of Inspection* ...................................................................................... *7-2*

7.3    OTHER INSPECTIONS ........................................................................................................ 7-3

*7.3.1    Inspection of Sorting For Partial Withdrawal from SIT* ................................. *7-3*

*7.3.2    Inspection of Pre-packed Items by the TSP* ................................................... *7-3*

7.4    ACCEPTANCE BY THE GOVERNMENT ................................................................................ 7-3

*7.4.1    Warranty* ........................................................................................................... *7-3*

*7.4.2    Correction and Reperformance* ...................................................................... *7-4*

*7.4.3    No Correction and Reperformance* ................................................................. *7-4*

7.5    HOUSEHOLD GOODS CARRIER EVALUATION REPORT (GSA FORM 3080) ........................ 7-4

| | | | |
|---|---|---|---|
| | 7.5.1 | Overview | 7-4 |
| | 7.5.2 | Calculating the Customer Satisfaction Index (CSI) | 7-5 |
| | 7.5.3 | Issuing CSI Score | 7-5 |
| | 7.5.4 | Appeal Procedures. | 7-5 |
| **8** | | **INVOICING AND PAYMENTS** | **8-1** |
| | 8.1 | INVOICING | 8-1 |
| | 8.1.1 | Voucher and Supporting Documents | 8-1 |
| | 8.1.2 | Electronic Payments | 8-2 |
| | 8.2 | COMPOSITION OF CHARGES | 8-3 |
| | 8.2.1 | Applicable Rate | 8-3 |
| | 8.2.2 | Applicable Rate in Absence of Accepted Rate | 8-3 |
| | 8.2.3 | Applicable Charges on Overweight International Shipments | 8-3 |
| | 8.2.4 | Applicable Weight When Reweigh Performed | 8-3 |
| | 8.3 | ADJUSTMENT BASED ON RATE DIFFERENTIALS INVOLVED IN THE USE OF FOREIGN FLAG SHIPPING | 8-4 |
| | 8.4 | REDUCTIONS IN CHARGES | 8-4 |
| | 8.4.1 | Late Delivery Reduction | 8-4 |
| | 8.4.2 | Improper Customs Clearance Reduction | 8-5 |
| | 8.5 | OTHER CHARGES | 8-6 |
| | 8.5.1 | Valuation Charges | 8-6 |
| | 8.5.2 | Delivery/Pick-up at a Mini-Storage Warehouse | 8-6 |
| | 8.5.3 | Charges for Repacking Pre-packed Items | 8-6 |
| | 8.5.4 | Charges for Reweigh | 8-6 |
| | 8.5.5 | Charges for Crating Services | 8-6 |
| | 8.5.6 | Excessive Distance Carry | 8-6 |
| | 8.6 | STORAGE-IN-TRANSIT (SIT) CHARGES | 8-7 |
| | 8.6.1 | Warehouse Handling Charges | 8-7 |
| | 8.6.2 | Storage Charges | 8-7 |
| | 8.6.3 | Domestic SIT Pick-up or Delivery Charges | 8-7 |
| | 8.6.4 | International SIT Pick-up or Delivery Charges | 8-7 |
| | 8.6.5 | Placement in SIT on Different Dates | 8-7 |
| | 8.6.6 | Use of a Facility for the TSP's Convenience | 8-7 |
| | 8.6.7 | Additional International Provisions for SIT Charges | 8-8 |
| | 8.6.8 | Charges Applicable To Portion | 8-8 |
| | 8.6.9 | Overflow | 8-8 |
| | 8.6.10 | Withdrawal of Property | 8-9 |
| | 8.6.11 | Removal from SIT and Extra Pick-up | 8-9 |
| | 8.7 | PAYMENT IN THE EVENT OF SHIPMENT TERMINATION | 8-9 |
| | 8.7.1 | Termination of a Domestic Shipment | 8-9 |
| | 8.7.2 | Termination of an International Shipment | 8-9 |
| | 8.8 | CHARGES FOR LOST OR DESTROYED SHIPMENT | 8-10 |
| | 8.8.1 | Total Loss | 8-10 |
| | 8.8.2 | Partial Loss | 8-10 |
| | 8.8.3 | Partial Loss Involving More Than One Transportation Vehicle – International Only | 8-10 |
| | 8.9 | OTHER PROVISIONS | 8-10 |

| | | |
|---|---|---|
| *8.9.1* | *Application of Prompt Payment Act* | *8-10* |
| *8.9.2* | *Payment of Debt* | *8-11* |
| *8.9.3* | *Excess Costs - International Only* | *8-11* |
| 8.10 | LIMITATION OF ACTION – CLAIMS FOR CHARGES | 8-11 |
| *8.10.1* | *Filing of Claims by TSPs* | *8-11* |
| *8.10.2* | *Filing of Claims Against TSPs* | *8-11* |
| *8.10.3* | *Government's Breach of Limitation – International Only* | *8-11* |
| 8.11 | PAYMENT OF GSA INDUSTRIAL FUNDING FEE (IFF) | 8-12 |
| *8.11.1* | *Remittance of GSA IFF* | *8-12* |
| *8.11.2* | *Failure to Submit Remittance* | *8-14* |
| **9** | **LIABILITY AND CLAIMS** | **9-1** |
| 9.1 | TRANSPORTATION SERVICE PROVIDER (TSPs) LIABILITY FOR LOSS OR DAMAGE | 9-1 |
| *9.1.1* | *Released Value* | *9-1* |
| *9.1.2* | *Exceptions to TSP Liability* | *9-1* |
| *9.1.3* | *Extent of TSP's Liability* | *9-2* |
| *9.1.4* | *Employee Failure to Verify Inventory* | *9-6* |
| *9.1.5* | *Establishment of High Risk Program* | *9-6* |
| 9.2 | PREPARATION AND FILING OF CLAIMS | 9-6 |
| *9.2.1* | *Claims for Loss of or Damage to Personal Property* | *9-6* |
| *9.2.2* | *Claims for Damage to Real Property* | *9-6* |
| *9.2.3* | *Inconvenience Claims* | *9-6* |
| *9.2.4* | *Claims for Injury* | *9-7* |
| *9.2.5* | *Claims for Delay* | *9-7* |
| *9.2.6* | *Minimum Filing Requirements* | *9-7* |
| *9.2.7* | *Documents Not Constituting Claims* | *9-7* |
| *9.2.8* | *Supporting Documents* | *9-7* |
| *9.2.9* | *Only Claim* | *9-8* |
| *9.2.10* | *Inventory Correctness* | *9-8* |
| 9.3 | CLAIMS SETTLEMENT | 9-8 |
| *9.3.1* | *Settling Property Loss or Damage Claims* | *9-8* |
| *9.3.2* | *Delays in Settlement* | *9-8* |
| *9.3.3* | *Claim Settlement Penalty* | *9-9* |
| *9.3.4* | *TSP Failure to Settle* | *9-9* |
| *9.3.5* | *Setoff* | *9-9* |
| 9.4 | ADDITIONAL INTERNATIONAL PROVISIONS | 9-9 |
| *9.4.1* | *Liability for General Average/Salvages* | *9-9* |
| *9.4.2* | *Government Liability* | *9-10* |
| 9.5 | LIMITATION OF ACTION – CLAIMS FOR PROPERTY LOSS OR DAMAGE | 9-10 |
| **10** | **TRANSIT TIMES** | **10-1** |
| 10.1 | OVERVIEW | 10-1 |
| *10.1.1* | *Measurement of Transit Time* | *10-1* |
| 10.2 | DOMESTIC TRANSIT TIMES | 10-1 |
| *10.2.1* | *Interstate and Canada Transit Times* | *10-2* |
| *10.2.2* | *Shipments To and From Alaska* | *10-3* |

U.S. General Services Administration
Household Goods Tender of Service (HTOS)
August 2010 Edition

10.2.3     Intrastate and Intra-Canada Transit Times ........................................................ 10-3

10.3     POV Transit Time Exceptions ........................................................................ 10-4

10.4     International Transit Times ............................................................................ 10-7

10.4.1     Between any State, Trust Territory, or Possession of the United States and Named Countries..........
........................................................................................................................ 10-7

10.4.2     Between International Locations ............................................................ 10-7

10.4.3     POVs.................................................................................................... 10-7

10.4.4     International Transit Time Table .......................................................... 10-7

10.5     Unaccompanied Air Baggage Transit (UAB) Times ...................................... 10-9

**11     REPORTING PROCEDURES ............................................................................. 11-1**

11.1     Reports to the Relocating Employee............................................................. 11-1

Pre Move Survey ...................................................................................................... 11-1

11.2     Reports to the Responsible Transportation Officer (RTO) ......................... 11-1

11.2.1     Reports Applicable to All Shipments ................................................... 11-1

Weight Variance Report ............................................................................................ 11-1

Unusual Incident Report ........................................................................................... 11-2

After-Action Report ................................................................................................... 11-2

Schedule Delays Report ........................................................................................... 11-3

Notice of Shipment Arrival........................................................................................ 11-3

Storage-In-Transit Location Report .......................................................................... 11-3

Missed RDD Report .................................................................................................. 11-4

TSP Error in Shipment .............................................................................................. 11-4

11.2.2     Reports Applicable to International Shipments Only .......................... 11-5

Actual Weight of International Shipment In Excess of Employee's Authorized Allowance ............... 11-5

SIT Pick-up/Delivery Report ..................................................................................... 11-5

Shipment Pick-up Report .......................................................................................... 11-6

Shipments on Hand Report ....................................................................................... 11-6

Commercial Port Level Report .................................................................................. 11-6

Ocean Terminal Port Agent Roster .......................................................................... 11-7

11.3     Reports to the Program Management Office (PMO) ...................................... 11-7

11.3.1     Shipment Report ................................................................................. 11-7

11.3.2     Claim Settlement Report ..................................................................... 11-9

11.3.3     Content and Format Requirements...................................................... 11-9

11.3.4     Electronic Filing Only .......................................................................... 11-9

**12     INTERNATIONAL ACCESSORIAL SERVICES RULES, RATES, AND CHARGES ................. 12-1**

**PART I – OVERVIEW INFORMATION ........................................................................ 12-1**

12.1     Structure of this Section ............................................................................. 12-1

12.2     International Accessorial Services................................................................. 12-2

12.3     Minimum Weights ........................................................................................ 12-2

12.4     Conversion Factors ...................................................................................... 12-2

12.5     Abbreviations .............................................................................................. 12-3

**PART II – ACCESSORIAL SERVICES.......................................................................... 12-4**

12.6    AUXILIARY SERVICES.................................................................................................................... 12-4

12.7    LABOR CHARGES ........................................................................................................................ 12-4

12.8    WAITING TIME............................................................................................................................ 12-5

12.9    OVERTIME LOADING AND UNLOADING.......................................................................................... 12-5

12.10   REWEIGH - HOUSEHOLD GOODS.................................................................................................. 12-6

12.11   CRATES/SPECIAL CONTAINERS..................................................................................................... 12-6

12.12   UNPACKING SERVICE - UAB ONLY ............................................................................................. 12-8

12.13   EXTRA PICK-UP OR DELIVERY ..................................................................................................... 12-9

12.14   ATTEMPTED DELIVERY TO RESIDENCE FROM SIT ...................................................................... 12-10

12.15   ATTEMPTED PICK-UP AND DIRECT DELIVERY CHARGES ............................................................. 12-11

12.16   DELIVERY TO STORAGE IN GOVERNMENT FACILITIES .................................................................. 12-11

12.17   SIT AND WAREHOUSE HANDLING CHARGE HOUSEHOLD GOODS SURFACE SHIPMENT................... 12-11

12.18   SIT AND WAREHOUSE HANDLING CHARGE HOUSEHOLD GOODS, UAB......................................... 12-13

12.19   PICK-UP OR DELIVERY TRANSPORTATION RATES TO APPLY ON SIT SHIPMENT HHG, SURFACE ...... 12-14

12.20   PICK-UP OR DELIVERY TRANSPORTATION RATES TO APPLY ON SIT SHIPMENT UAB....................... 12-18

12.21   TERMINATION OF SHIPMENT – HHG ......................................................................................... 12-19

12.22   TERMINATION OF SHIPMENT – UAB ......................................................................................... 12-20

12.23   RESHIPMENTS – HOUSEHOLD GOODS ....................................................................................... 12-22

12.24   RESHIPMENTS-UNACCOMPANIED AIR BAGGAGE ........................................................................ 12-23

12.25   SHIPMENTS DIVERTED AFTER COMMENCEMENT OF TRANSPORTATION SERVICE ........................... 12-23

12.26   EXCESSIVE DISTANCE CARRY CHARGES TO AND FROM MINI-WAREHOUSE STORAGE (LONG CARRIES)...... 12-28

12.27   EXCESS VALUATION CHARGES ................................................................................................... 12-28

**PART III – GEOGRAPHIC APPLICATION OF RATES FOR ACCESSORIAL SERVICES** ............................................. **12-29**

**PART IV – SURFACE LINEHAUL RATE TABLES** ................................................................................ **12-39**

12.28   SURFACE LINEHAUL RATE TABLE FOR OVERSEAS AREAS NOT OTHERWISE SPECIFIED ............................. 12-39

12.29   SURFACE LINEHAUL RATE TABLE FOR BELGIUM, ITALY, AND THE NETHERLANDS.......................... 12-41

12.30   SURFACE LINEHAUL RATE TABLE FOR CONUS, CANADA, ALASKA, AND HAWAII ......................... 12-44

12.31   SURFACE LINEHAUL RATE TABLE FOR GREECE, SPAIN, AND OTHER EUROPEAN COUNTRIES NOT OTHERWISE SPECIFIED .........
.................................................................................................................................. 12-49

12.32   SURFACE LINEHAUL RATE TABLE FOR JAPAN................................................................................ 12-51

12.33   SURFACE LINEHAUL RATE TABLE FOR KOREA, PHILIPPINES, AND OTHER PACIFIC AREAS................. 12-53

12.34   SURFACE LINEHAUL RATE TABLE FOR THE UNITED KINGDOM........................................................ 12-54

12.35   UAB LINEHAUL RATE TABLE FOR UNITED KINGDOM .................................................................. 12-56

**PART V – SERVICE AREA DESIGNATIONS** ..................................................................................... **12-59**

**APPENDIX A—DEFINITIONS AND EXPLANATIONS OF TERMS** ....................................................... **A-1**

**APPENDIX B—ACRONYMS AND ABBREVIATIONS** ...................................................................... **B-1**

**APPENDIX C—FORMS** .............................................................................................................. **C-1**

**URL LINKED FORMS** .................................................................................................................. C-1

**HARD COPY FORMS** .................................................................................................................. C-1

TRANSPORTATION SERVICE PROVIDER REQUEST TO PARTICIPATE AND AGREEMENT ...................................... C-2

TRANSPORTATION SERVICE PROVIDER COMMERCIAL PORT LEVEL REPORT ................................................. C-4

JUSTIFICATION CERTIFICATE FOR USE OF FOREIGN FLAG VESSEL ............................................................... C-7

TSP CERTIFICATION STATEMENT OF ELIGIBILITY .................................................................................. C-10

GENERAL SERVICE ADMINISTRATION BASIC TRANSPORTATION TRADING PARTNER AGREEMENT ........................... C-13

STANDARD FORM (SF) 25 – PERFORMANCE BOND ................................................................................ C-18

**APPENDIX D – REPORT FORMATS ............................................................................................. D-1**

**1    REPORT FORMAT REQUIREMENTS .................................................................................. D-1**

1.1   CONSOLIDATED REPORTS PROHIBITED ............................................................................. D-1

1.2   ELECTRONIC MEDIA REPORTS ....................................................................................... D-1

**2    SHIPMENT REPORT FORMAT REQUIREMENTS ................................................................... D-1**

2.1   CONTENTS OF SHIPMENT REPORT .................................................................................. D-1

    2.1.1   Shipment Report Header Record ...................................................................... D-2

    2.1.2   Shipment Detail Record Format ........................................................................ D-2

    2.1.3   Shipment Report Trailer Record Format ............................................................ D-5

2.2   NEGATIVE SHIPMENT REPORT FORMAT ........................................................................... D-7

**3    SHIPMENT REPORT FILE NAMING CONVENTION ............................................................... D-7**

**4    ORIGIN/DESTINATION CODES ........................................................................................ D-8**

4.1   STATE CODES (CONUS) FOR SHIPMENT ORIGIN/DESTINATION ............................................. D-8

4.2   ORIGIN/DESTINATION CODES FOR POINTS IN ALASKA ...................................................... D-10

4.3   CANADIAN PROVINCIAL CODES FOR SHIPMENT ORIGIN/DESTINATION .................................. D-11

4.4   INTERNATIONAL COUNTRY CODES FOR SHIPMENT ORIGIN/DESTINATION .............................. D-11

**5    CLAIMS REPORT FORMAT REQUIREMENTS. .................................................................... D-19**

5.1   CLAIMS REPORT HEADER RECORD ................................................................................ D-19

5.2   CLAIM SETTLEMENT DETAIL RECORDS ........................................................................... D-21

5.3   CLAIM SETTLEMENT DELAY CODE SPECIFICATIONS .......................................................... D-23

**6    CLAIM REPORT FILE NAMING CONVENTION .................................................................. D-26**

**7    SHIPMENT REPORT AND CLAIMS REPORT SUBMISSION REQUIREMENTS ............................. D-27**

7.1   ELECTRONIC SUBMISSION REQUIRED ............................................................................. D-27

7.2   ELECTRONIC REPORT SUBMISSION INSTRUCTIONS ........................................................... D-27

7.3   FORMAT .................................................................................................................. D-28

7.4   FILE PREPARATION .................................................................................................... D-28

7.5   ACCESSING THE REPORT UPLOAD MODULE .................................................................... D-28

**APPENDIX E –SAMPLE MEMORANDUM OF UNDERSTANDING FOR MOVE MANAGEMENT SERVICES ................ E-1**

U.S. General Services Administration
Household Goods Tender of Service (HTOS)
August 2010 Edition

# 3   Responsibilities and Authorities

## 3.1   *Program Manager Responsibilities and Authorities*

The following table summarizes the responsibilities and authorities of the GSA Centralized Household Goods Traffic Management Program (CHAMP) Program Manager and the Program Management Office (PMO). In general, the Program Manager is responsible for the overall management and administration of CHAMP. The Program Manager is ultimately responsible for the effective operation of CHAMP and is the final arbitrator in disputes.

Unless otherwise specified in the table below, all provisions are applicable to domestic and international moves. Specific provisions for international are grouped at the bottom of the table.

| Program Manager/Program Management Office(PMO) Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Actions Required** |
| Application to Participate in CHAMP | Accept or reject in writing in accordance with Section 2. |
| Rate Filing | Accept, reject or require correction in accordance with Section 4 and the Request for Offers (RFO). |
| Refer TSP to Suspension or Disbarment | In accordance with the procedures in the Federal Management Regulations (FMR) Part 102-117 (41 CFR Part 102-117). |
| Place TSP in Temporary Nonuse Status | Initiated without regard to other TSPs or individual performance. |
| Appeal of Revocation of Approval, Temporary Nonuse, Suspension, and Disbarment | Handle the appeal of revocation in accordance with Federal Acquisition Regulation (FAR) Subpart 9.407-3 (48 CRF 9.407-3) provided that any reference to temporary nonuse in the Subpart shall be construed to mean revocation of approval. |
| Appeal of Corrective Action | Handle the appeal of corrective action in accordance with FAR Subpart 9.407-3 (48 CRF 9.407-3) provided that any reference to temporary nonuse in the Subpart shall be construed to mean corrective action. |
| Appeal of Performance Report | Consider only factual items and provide TSP with written decision within thirty (30) business days of receiving the TSP's submission or presentation in accordance with this section and Section 10 |
| Appeal of RTO Claim Decision | Review all relevant and necessary information to make a final recommendation on the dispute. |

| Program Manager/Program Management Office(PMO) Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Actions Required** |
| Review of Records by PMO or Designee | Within three (3) years or time period defined in FAR Subpart 4.7 (48 CFR 4.7) whichever expires earlier.  Examination includes access to books, documents, papers and records of the TSP involving transactions related to this Household Goods Tender of Service (HTOS) or compliance with any clauses thereunder.  TSP shall furnish copies of such records at no cost to the government. |
| Quarterly Performance Reports | PMO will provide to TSP a quarterly performance report based on GSA Forms 3080. |
| Annual Performance Report | PMO will publish a performance report annually based on Form 3080 and any other information the PMO deems appropriate. |

| Program Manager's (PMO) Responsibilities and Authorities | |
|---|---|
| International Program Only | |
| **Responsibility** | **Authority** |
| Agent Termination and TSP Nonuse | Ensure new agency agreement established within thirty (30) calendar days or TSP shall be placed in temporary nonuse. |

## 3.2   Responsible Transportation Officer (RTO) Responsibilities and Authorities

The responsibilities and authorities of the Responsible Transportation Officer (RTO) can be performed by either a Contractor or a General Services Officer (GSO).  See Appendix. The table below outlines the responsibilities and authorities of the RTO.  The RTO is authorized to waive approvals and requirements of this tender based on individual shipment circumstances.  Initial decisions by the RTO are final and conclusive to Transportation Service Provider (TSP) unless an appeal is made to the Program Manager/PMO.

All documentation preparation and annotation is the responsibility of the Ordering Officer unless specified elsewhere.  The Ordering Officer is responsible for distributing the Bill of Lading or GBL

Unless otherwise specified in the table below, all provisions are applicable to domestic and international moves.  Specific provisions for international are grouped at the bottom of the table.

| (RTO) Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Actions Required** |
| Transportation Service Provider (TSP) Liability | Establish and authorize in writing the level of services and liability on Bill of Lading. |
| Expedited Service | Approve in writing. |
| Telephonic Pre-move Surveys | Approve in writing. |
| Use of Crates | Approve in writing in accordance with Section 5. |
| Shuttle Service | Approve in writing. |
| Transit Times | Approve changes in writing. |
| Inspection of TSP Facilities and Performance | Can perform under guidelines in Section 7. |
| Defective Performance | Authorized to direct TSP to correct or re-perform in accordance with Section 7. |
| Constructive Weight | Approve in writing in accordance with Section 5. |
| Indirect routing | Approve in writing. See details in this section. |
| Use of alternative TSP | Approve in writing.  No alternatives allowed for International. See details in this section. |
| Diversion and Re-consignment | Approve in writing. |
| Temporary Nonuse TSP and/or Agent | Place TSP or agent in accordance with procedures in FMR Part 102-117 (41 CFR Part 102-117). |
| Refer TSP for Suspension or Disbarment | Refer TSP for suspension or disbarment in accordance with procedures in the FMR Part 102-117 (41 CFR Part 102-117). |
| Termination of Performance | Approve in writing whole or part of service.  Termination is based on failure to complete a service, delay a service or refuse a service. Domestic items include:  nonpayment of agent's fees and/or unreasonable TSP charges to agent, detention of a shipment due to dispute, missing documentation and inability to perform service in a timely manner. International items include:  non-payment of charges by TSP to agents or other service providers, e.g. port agents causing shipment to be detained or delayed and missing documentation. Charges incurred by the TSP such as late delivery charges will be charged to the TSP. |
| Proper Tarping | Place TSP in temporary nonuse when shipments moved in linehaul without proper tarping. |

3-3

| (RTO) Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Actions Required** |
| Violation of Tender of Service | Place TSP in temporary nonuse for repeated violation of any item in HTOS or failure to perform in accordance with tariff/rate tender and/or other legal requirements. |
| Lack of Incomplete Corrective Action | Place TSP in immediate temporary nonuse if TSP corrective action is incomplete. |
| Inventory Coding | Place TSP in immediate temporary nonuse if TSP consistently uses mass coding or miscoding. |
| Improper Conduct | Place TSP in immediate temporary nonuse if TSP personnel are reported under influence of alcohol or drugs, use abusive language or improper conduct. |
| Removal of Property from Disapproved Facilities | Direct TSP to move shipment to Government approved warehouse. Cost paid by TSP.  No cost to Government. |
| Storage–in–Transit (SIT) greater than 50 miles at Destination | Approve in writing.  In excess of fifty (50) miles of destination charges for storage include:  charges for storage at other TSP warehouse, and charges involving use of trailers, vans, public warehouses and self-storage units. |
| SIT at Origin | Approve in writing in accordance with Section 5. |
| Storage in Non-commercial Facilities | Approve in writing in accordance with Section 5 storage in trailers, vans, public warehouses, self-storage units or any other non-commercial facility. |
| Partial Withdrawal from SIT | Approve in writing prior to withdrawal and inform TSP with new billing instructions. |
| Removal or Placement of Property from or to Inaccessible Locations | Approve in writing prior to performance.  Inaccessible is defined as: Not accessible by a permanent stairway; not adequately lighted; does not have a flat continuous floor; or does not allow a person to stand erect. |
| Filing of Claims incomplete or non-performance of services | File in writing with TSP for shipment adjustment costs. |
| Filing of Claims – Loss or Damage | File in writing with TSP unless waived by employee. |
| TSP Request Excusable Delay, Refusal or Failure | Decision by RTO. Situations beyond control of TSP include but are not limited to:  Acts of God or the public enemy, strikes, freight embargos, and unusually severe weather.  TSP shall notify Ordering Officer. Ordering Office advises RTO.  If decision is that delay is inexcusable, RTO shall notify Program Manager. |
| Scheduling Service on Saturday, Sunday or Holidays | Approve in writing prior to performance. |

| (RTO) Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Actions Required** |
| Completion after 5:00 P.M. | RTO, employee, or their authorized representative, approve in writing the start of any service that cannot be completed by 5:00 P.M on regular business days.  No liability on the part of the Government will be incurred for overtime labor or any other additional charge. |
| Service Beyond Scope of HTOS | Authorize in writing scope and pricing prior to performance. |
| Packing and Stuffing of Containers | Authorize in writing packing and stuffing prior to performance at a location other than the residence. |
| Use of Third Parties | Authorize in writing in accordance with Section 5. |

| RTO Responsibilities and Authorities International Program Only | |
|---|---|
| **Responsibility** | **Authorities and Actions Required** |
| Designation of Agency | Authorized to direct use of destination and origin agents. |
| Use of Foreign Flag Shipping | Approve in writing in accordance with Section 4 and the RFO. |
| Diversions and Reconsignment | Anything outside a 50 air mile radius of the US Embassy or Consulate or municipality shown on the Bill of Lading. |
| Taking Possess of Shipments When TSP put in worldwide nonuse status | Inspect local and port agent facilities for subject TSP.  Terminate these shipments and arrange alternative TSP and transportation to final destination. |
| SIT at Destination | Authorize and approve in writing in accordance with Section 5.  TSP shall use closest Department of Defense/Department of State approved storage facility.  Excess charges for TSP convenience will not be allowed. |
| High Risk Item Programs | Establish and authorize in writing the terms and conditions of any program limiting a TSP's liability in accordance with Section 9. |
| Reweigh of Shipment | Authorize in writing in accordance with Section 5. |
| Payment of Release Fees and Setoff | Pay any charges necessary to release a shipment and initiate setoff procedures against the TSP for any overage. |
| Extension of Storage | Negotiate storage in excess of 180 calendar days in accordance with Section 5. |

## 3.3   Transportation Service Provider (TSP) Table of Responsibilities and Authorities

The table below summarizes authorities and responsibilities of the Transportation Service Provider (TSP). This table is only a summary.  Specific TSP responsibilities and authorities are defined throughout the HTOS, especially in Section 5, Household Goods Services, and Section 11, Reporting. The TSP and its agents share in the execution of these responsibilities. Although agents perform a vital role in this regard, the principal responsibility for these requirements is on the TSP. The TSP is always responsible for the actions of its agents.

A TSP can request a waiver of a requirement or approval for a special service.  All verbal requests shall be followed up in writing.

Unless otherwise specified in the table below, all provisions are applicable to domestic and international moves.  Specific provisions for international are grouped at the bottom of the table.

| TSP's Responsibilities and Authorities | |
| --- | --- |
| **Responsibility** | **Authority and Action Required** |
| All Origin and Destination Services | Responsible for performing or arranging for origin, linehaul and destination services from the point of origin to final destination, as well as satisfactorily settling any and all claims.  TSP is responsible for following the rules of this HTOS and TSP is responsible for the actions of its agents and subcontractors. |
| Selection of Agents | TSP has a choice of agents, subject to Federal agency control. (Refer to the current RFO for restrictions).  TSP shall have a resident agent in each state, offshore location, country, and trust territory or US possession for which TSP submits rates.  General agents can be used. |
| For Acts of Omission | For themselves and the acts of their agents including accessorial or terminal services. |
| Diligence and Reasonable Care | For themselves and their choice of agents who shall be sufficiently knowledgeable, fit, willing and able to provide services under the provisions of the HTOS. |
| Direct Routing (Through Shipping) | All shipments tendered are the responsibility of the TSP from origin through destination.  Indirect routing or transshipping is not allowed unless waived by RTO. |
| Errors in shipment | If TSP ships the wrong property or ships to the wrong destination, TSP is responsible for expedited return of the property including air transportation. |
| Shipment Refusal | TSP shall refuse shipments for which they have no rates on file or are outside their scope of operations. |

| TSP's Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Action Required** |
| Shipment Routings | TSP shall determine optimal shipping routes. |
| Shipment Tracing | TSP shall trace and annotate documentation and notify RTO within thirty (30) business days. TSP shall keep records in accordance with Sections 5 and 10 including the date of the requests, time received, name of the requestor, and the date and time status provided. |
| SIT | Mandatory use of TSP's agent facility within fifty (50) mile radius of origin, destination or installation shown in the "Consignee Block" of the Bill of Lading.  Outside the fifty (50) mile radius requires RTO approval. |
| Complaints and Inquiries | TSP establishes procedures for receiving and responding to complaints and inquiries from the RTO and the employee or their authorized representative.  TSP shall, at a minimum, provide a published phone number and written record in the file. |
| Document Preparation and Annotation | Properly preparing and annotating the shipping, billing and claims settlement documents and any other documentation required by the HTOS. |
| Document Distribution | See Section 5. |
| Claims | Provide to employee all reasonable and necessary assistance in preparation and filing of claims, including the forms, assistance in filling in forms, inspection of damaged property and obtaining estimates. |
| Settlement | Provide to employee an item by item analysis of the settlement including denials or compromises. |
| Appeal Procedures | May exercise for issues involving revocation of approval, temporary nonuse, suspension and disbarment, corrective actions, performance reports and claims. |
| Claims for Additional Charges | Additional charges for transportation or accessorial charges shall be presented to the shipping Federal agency with full documentation and explanation. |
| Quality Control Program | All documentation and SOPs available upon request for review and inspection in sufficient detail of every facet of the traffic management system.  For example, routing, tracing, billing, packaging, employee training and supervision and agent supervision.  Standards shall be equal to or greater than those of the HTOS. |
| Assignment of Bills | TSP may not subrogate invoices for service rates and charges to third parties except to a bank for collection. |
| Equipment | Maintain in good operating condition with clean and sufficient pads, covers and protective equipment to ensure safe transit of household |

| TSP's Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Action Required** |
| | goods. |
| Facilities | Maintain equipment, facilities, operations and personnel adequate for performing services. |
| Maintenance of Records | Abide by 28 U.S.C. 2415 and 41 CFR 102-118 with regard to retention of transportation shipping documents.  Electronic and physical data imaging systems (e.g., scanning or microfilm) may be used for most business purposes as long as hard copies are maintained and provided when requested.   TSP is responsible for quality, indexing and retrieval of these records. |
| Employees | Hire and train qualified personnel.  Neat appearance, in uniform, with valid company IDs. IDs shall have photo, employee name and signature. No parolees, convicts, or prison labor permitted.  Remove any employee under influence of drugs or alcohol or who is abusive. |
| Use of Alternate TSPs | Request for alternate made by TSP to RTO in writing.  Approval by the Federal Agency BL issuing officer required. Alternate shall be an approved CHAMP TSP.  The TSP shall perform services to the same standards as the TSP and is bound by the requirements of the HTOS. |

| TSP's Responsibilities and Authorities International Program Only | |
|---|---|
| **Responsibility** | **Authority and Action Required** |
| Open Routing Exception | TSP shall not use busy ports during peak season that could delay shipments. |
| Personnel IDs | Photo ID with company name and logo, employee name, company address, company unique employee ID number, employment date and employee signature.  Expired documentation will not be accepted. |
| SIT | TSP is required to use agent's facility nearest the origin, destination city or installation shown on the "Consignee Block" of the GBL regardless of fifty (50) mile radius. |
| Ocean Terminal Port Agent Facility Standards | Meet national/host country standards and codes with respect to the fire safety, prevention and protection requirements and storage of combustible materials.  Facilities are maintained and used according to in accordance with generally accepted warehousing practices. |
| Property Release to Shipping Federal Agency | TSP shall release shipment if demanded by Federal agency.  All property shall be clearly identified on the ocean bills of lading/manifests or other documentation for ease in tracing and action. |

U.S. General Services Administration
Household Goods Tender of Service (HTOS)
August 2010 Edition

| TSP's Responsibilities and Authorities<br>International Program Only | |
|---|---|
| **Responsibility** | **Authority and Action Required** |
| Agents | Federal agency may designate which origin and destination agents TSP shall use. |
| Agent Staffing | Manned during normal working hours with booking and servicing agents.  One agent employee may support up to three (3) TSPs.  Two agent employees are required for four (4) or more TSPs. |
| Agent Agreement | Contract, in English as necessary, is required prior to effective date of accepted rates.  Terms and conditions of HTOS flow down. Shall include this clause:<br><br>"By acceptance of this contract/agreement/order/reimbursement schedule, I recognize that property being transported hereunder is United States Government sponsored personal property and, as such, will not be detained by my firm under any circumstances. Further, I guarantee representatives of the US Government free access to any facilities, including those of my agents, during normal working hours for their lawful purpose of inspecting and removing TSP containers in which United States Government sponsored personal property is shipped". |
| Agent Use | TSP upon request furnish agent list to RTO.<br><br>Change of agent may be subject to Federal agency inspection and approval of PMO. |
| Agent Termination | Whether by Government or TSP action, upon termination TSP shall make temporary arrangements for interim destination services with another local agent. |
| Termination by Agent | In the case of agent's voluntary withdrawal from or termination of its agency agreement with TSP, TSP shall make immediate temporary arrangement for interim destination services. |
| Dispute | Any party that makes a claim shall enter a sixty (60) calendar day discussion to reach an agreeable settlement without litigation.  All parties still have the right to litigation or other administrative remedies. |

## 3.4  Employee Responsibilities and Authorities

The table below summarizes authorities and responsibilities of the employee with respect to the shipment of their Household Goods (HHG).  This table is only a summary.  At the time of the pre-move survey, the TSP shall provide the employee or their agent a copy of GSA's "Your

Rights and Responsibilities".  This is available from the GSA Household Goods Transportation website at Agency Shipping Household Goods > Rights and Responsibilities Pamphlet.

| Employee Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Action** |
| Limitation of Authority | Employee or designee cannot make any agreement with the TSP which shall diminish the rights or increase the obligations of the United States Government, except for reweigh service requests. |
| Service Dates | Employee will set specific dates with TSP for pre-move survey, packing, loading, and, if applicable, delivery from storage-in-transit, unless otherwise established by RTO. |
| Release of Property | Employee will release to the TSP only that property that legally belongs to, and may be shipped by, the employee. |
| Accessibility of HHG | Employee will make sure all property to be shipped or placed at destination shall be in accessible areas with permanent stairways, adequate lighting, a flat continuous floor, and is of sufficient height for a person to stand erect. |
| Disassembly and Reassembly of Property | Employee will be responsible for disassembly and reassembly of ice makers, swing sets, outdoor playground equipment, television and radio antennas, satellite dishes, storage sheds, and other similar items. |
| Appliance Servicing | Employee will arrange for the disconnecting or reconnecting of gas and/or electric washers/dryers, and draining of water hoses and draining/filling water beds. |
| Specialized Servicing | Employee will arrange for the disassembling, reassembling, or servicing of articles that require special servicing or services of a technician or craftsman such as a grandfather clock, audio, home entertainment or other electronic equipment, gas dryers, wall units/room electric/pipe organs, hot tubs, pool tables. |
| Excess Valuation | Prior to commencement of services, the employee is authorized to establish a level of service or declared value in excess of that established by the Government. |
| Adverse Weather Conditions | In cases of bad weather that could be detrimental to employee's personal property, service should be suspended until better weather unless approved in writing by employee and TSP. |

| Employee Responsibilities and Authorities | |
|---|---|
| **Responsibility** | **Authority and Action** |
| Document Preparation and Annotation | Employee will: <br><br> • Verify the inventory listing and condition of items at pick-up <br><br> • Verify the inventory listing and condition of items at delivery <br><br> • Note loss and/or damage on delivery documents with TSP <br><br> • Obtain independent third party appraisals of high-valued or antique property and give to TSP <br><br> • Provide TSP list of extraordinary (unusual) value property prior to packing, loading and pick-up of HHG |
| Inspection and Acceptance | Employee will inspect services in the absence of authorized GSA representative, the employing agency, or the RTO.  The employee's report of inspection (as documented by employee's signature on the BL and a joint inspection at delivery) will be administratively final. |
| Claims | The employee may file claims with TSP for loss of or damage to property. |