# *EXHIBIT 5*

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

SEDONA PARTNERS, LIMITED LIABILITY COMPANY

**Entity Number:**

2017966-0160

**Domicile Name:**

N/A

**Entity Type:**

Domestic Limited Liability Company

**Jurisdiction:**

UT

**Entity Subtype:**

Limited Liability Company

**Formation Date:**

08/24/1995

**Profession:**

N/A

**Formation Effective Date:**

08/24/1995

**Entity Status:**

Inactive

**Renew By Date:**

02/07/1997

**Entity Status Details:**

None

**Last Renewed Date:**

N/A

**Status Updated On:**

02/07/1997

**Expiration Date:**

02/07/1997

## REGISTERED AGENT INFORMATION

**Name:**

DAVID L LODEFINK

**Registered Agent Type:**

Entity

**Entity Number:**

0 (/BusinessSearch/BusinessInformation?businessId=0&Source=fromFormation)

**Status:**

Active

**Street Address:**

2706 E KENTUCKY AVE, Salt Lake City, UT, 84117, USA

**Last Updated:**

9/13/2024 9:22:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | DAVID L LODEFINK | 2706 E KENTUCKY AVE, Salt Lake City, UT, 84117, USA | 09/19/2024 |
| Manager | PAMELA D LODEFINK | 2706 E KENTUCKY AVE, Salt Lake City, UT, 84117, USA | 09/13/2024 |

Page 1 of 1, records 1 to 2 of 2

## ADDRESS INFORMATION

**Physical Address:**

2706 E KENTUCKY AVE, Salt Lake City, UT, 84117, USA

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**

## SERVICE OF PROCESS INFORMATION

**Service of Process Name:**

SEDONA PARTNERS, LIMITED LIABILITY COMPANY

**Last Updated:**

9/13/2024 8:42:59 PM:

**Service of Process Address:**

2706 E KENTUCKY AVE, Salt Lake City, UT, 84117, USA

Filing History     Name History     Mergers/Conversions     Associated DBAs

Return to Search     Return to Results