# *EXHIBIT 6*

# Business Name Search

Required Fields [ * ]

## Search Criteria

**Business Name ***

Use "%" as a wildcard

[Search]  [Cancel]

Show [10] entries

| Business Name | Entity Id | City | Type | Incorporated Date |
|---|---|---|---|---|
| SEDONA PARTNERS LLC | 0451296986 | INTERLAKEN | LLC (Domestic Limited Liability Company) | 6/5/2025 |

Showing 1 to 1 of 1 entries

« Previous  Next »

**Support**

Division of Revenue
& Enterprise Services
Web Site
Help

**Policies & Procedures**

Privacy Policy
Accessibility Policy
Security Policy

Department of the Treasury
P.O. Box 450
Trenton, NJ (New Jersey) 08646-0303