# *EXHIBIT 13*

The Wayback Machine - https://web.archive.org/web/20160815011323/http://customercorner.maerskglinelimited.com:80/

Home    MaerskLineLimited.com    Press Releases    Service Guides    Contact Us    Track Shipment

SOLAS

1234

## ML Advisory 2016 – 30: MSDS Required for DG Shipments Bahrain (Imports & Exports)

AUGUST 10, 2016

Dear Valued Customer,

Please note we have been made aware that a MSDS (Material Safety Data Sheet) is required for all dangerous good shipments importing into, and exporting out of, Bahrain.

This is apparently not a new requirement; however, we are only now aware of the process. Note, we have not faced previous issues with shipments due to missing MSDS. To further ensure no issues with DG exports and align with the requirement, we will require all Shippers to provide a MSDS with their other hazardous documents effective immediately.

If, during the booking stage, we find a MSDS is missing, we will raise directly with OCCA SWA and the Shipper to send the document. Our internal Documentation SOP will be updated accordingly.

Please address any questions with your Maersk Line, Limited sales representative.

Thank you.

Posted in *cargo acceptance*, *documentation*, *maerskline.com* |

## Implementation of Electronic Cargo Tracking Notice (ECTN) – Togo

JULY 26, 2016

Dear Valued Customer,

This advisory is to inform that it is a requirement for all cargo discharging into Togo have an Electronic Tracking Cargo Notice (ECTN). We will offer the service of organizing and providing this service to you, our customer. To provide this service, we will now request a One Time Offer (OTO) for all cargo discharging into Togo to account for administrative costs.

Implementation of OTO for ECTN in Togo:
Import: $200 per 20′ container; $300 per 40′ container
(Rates include processing fee and administrative cost to Carrier to coordinate and process the ECTN)

General:
ECTN Import will be required for all cargoes discharging in Togo regardless of the final destination. The numbers are issued and logged electronically through www.antaser.com (Antaser Afrique). Information is then available to Shippers and Forwarders in order to enhance Togo's ability to identify high-risk cargo shipments.

Responsible Parties – Action Required:
Origin Maersk Line Flag Support Teams (FSTs) booking to a Port of Discharge in Togo will ensure Maersk Togo handles the ECTN via the Maersk Line subcontractor Necotrans. Necotrans has registration with www.antaser.com and are able to arrange the ECTNs.

Deadlines:
For short sea shipments (i.e. transit times of three (3) days or less) of containers/trailers/conventional/bulk shipments, the ECTN is required three (3) working days prior to the ship's arrival at Lome, Togo.
For long distance shipments (i.e. transit times of greater than three (3) days) of containerized cargo, the ECTN is required no later than twenty-four (24) hours prior to loading the Port of Departure.

Required Documentation:
• Booking Document / Bill of Lading – to be provided by the Shipper
• Original Commercial invoice – to be provided by the Shipper
Please reach out to your local Maersk Line, Limited representative if there are any questions regarding this advisory or current bookings destined to Togo.

---

**Search**

To search, type and hit enter

Sign up for our RSS Feed



**International Holiday Schedule**
Middle East
Asia
Mediterranean
Europe
Africa

**Archives**
Archives [Select Month]

**Tags**

africa algeciras antwerp aqaba bremerhaven charleston congestion customs cut-off delay felixstowe hazardous holiday houston long beach los angeles maersk atlanta maersk carolina maersk iowa maersk kentucky maersk memphis maersk missouri maersk montana mecl1 mecl2 miami mobile newark norfolk oakland pakistan port closure port omission port said rail rotterdam savannah sea-land charger strike ta1 ta2 terminal tp5 weather yemen

**AUGUST 2016**

| M | T | W | T | F | S | S |
| --- | --- | --- | --- | --- | --- | --- |

Thank you,
Maersk Line, Limited

Posted in *Uncategorized* |

## Implementation of Electronic Cargo Tracking Notice (ECTN) – Chad

JULY 26, 2016

Valued Customer,

This advisory is to inform that it is a requirement for all cargo discharging into Chad have an Electronic Tracking Cargo Notice (ECTN). We will offer the service of organizing and providing this service to you, our customer. To provide this service, we will now request a One Time Offer (OTO) for all cargo discharging into Chad to account for administrative costs.

Implementation of OTO for ECTN in Chad:
Import: $200 per 20′ container; $300 per 40′ container
(Rates include processing fee and administrative cost to Carrier to coordinate and process the ECTN)

General:
ECTN Import will be required for all cargoes discharging in Chad regardless of the final destination. The numbers are issued and logged electronically through www.antaser.com (Antaser Afrique). Information is then available to Shippers and Forwarders in order to enhance Chad's ability to identify high-risk cargo shipments.

Responsible Parties – Action Required:
Origin Maersk Line Flag Support Teams (FSTs) booking to a Port of Discharge Douala will ensure Maersk Cameroun handles the ECTN via the Maersk Line subcontractor. Our subcontractor has registration with www.antaser.com and is able to arrange the ECTNs.

Deadlines:
For short sea shipments (i.e. transit times of three (3) days or less) of containers/trailers/conventional/bulk shipments, the ECTN is required two (2) hours prior to the ship's arrival at Douala, Cameroun.
For long distance shipments (i.e. transit times of greater than three (3) days) of containerized cargo, the ECTN is required no later than twenty-four (24) hours prior to loading the Port of Departure.

Required Documentation:
• Booking Document / Bill of Lading – to be provided by the Shipper
• Original Commercial invoice – to be provided by the Shipper
• Packing List – to be provided by the Shipper
Please reach out to your local Maersk Line, Limited representative if there are any questions regarding this advisory or current bookings destined to Chad.

Thank you,
Maersk Line, Limited

Posted in *cargo acceptance* | Tagged *chad*, *electronic cargo tracking notice*

## Customer Advisory: VGM Submission in the United States

JULY 14, 2016

Dear Valued Client,

As a follow up to our communication last week, we'd like to provide you more information specific to the preparation and procedures when submitting a VGM to Maersk Line, Limited in the United States. As already announced, effective July 1st, 2016, every packed export container is required to have a VGM as a condition of loading aboard a vessel. Thus, all containers loading on/after the July 1st implementation date are subject to this change.

**VGM for Cargo Accepted via Terminal Gate**
Shippers currently exporting from marine terminals in the United States can provide a VGM to Maersk Line, Limited. However, based on the U.S. Coast Guard's declared equivalency, confirming that the existing terminal weighing practice for on-dock scales in the United States is compliant with SOLAS regulation, all U.S. marine terminals can now arrive at a VGM using terminal scales. As such, Maersk Line, Limited will accept the current terminal weighing practice to arrive at a VGM as a condition for loading, where the terminal will provide the VGM to the carrier through data transmission channels established.

**VGM for Cargo Accepted at the Terminal via On-Dock Rail**
At this time, we are working within the OCEMA regulatory counsel and stakeholders across the industry regarding the Intermodal Safe Container Transportation Act (ISCTA) as it relates to VGM. Once talks have concluded, we will communicate further details on VGM guidelines for export on-dock rail in the United States.

**Calculating a VGM:**
Should shippers still wish to submit the VGM to Maersk Line, Limited prior to terminal gate-in, you may use one of following methods to reach the VGM:

**Method 1** – Weighing the fully loaded container after it has been packed.

**Method 2** – Weighing the contents of the container, including cargo and any packing materials, and then adding that to the tare weight of the container printed on its outside. If using Method 2, we recommend checking the tare weight printed on the outside of your container. If unsure, you may reference our standard containers weights available on our website by clicking here for dry containers and here for reefer containers.

**Submitting a VGM to Maersk Line, Limited:**
As mentioned previously, should shippers still wish to submit the VGM to Maersk Line, Limited prior

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Jul

to gate-in, the preferred methods for submission would be as follows:

☐ Via EDI message for customers sending booking or shipping instructions via EDI solutions with Maersk Line, Limited.
☐ Via our website www.maerskline.com and login through our My Maersk Line portal. There are two ways to submit your VGM via our website:
1. Via the Shipping Instructions submission
2. Via Shipment Binder
NOTE: Click here for a step-by-step guide to submit your VGM on our website.
☐ Via a service portals such as INTTRA*, GT Nexus, and CargoSmart.
☐ Manual methods of submission** are also acceptable but not encouraged – the preferred methods are the established digital channels to avoid documentation errors and delays in handover of information.

As always, we thank you for your support and will continue to keep you informed about this topic in the coming days as we get closer to the July 1st date.

Thank you,
Maersk Line, Limited

---

1 Customers who prefer using INTTRA for submission of a VGM can do so before July 1st, 2016, without requesting authorization from Maersk Line, Limited. Fees associated with this service are a decision from the digital service provider and not by Maersk Line, Limited.
2 Maersk Line, Limited does not accept VGM submissions via Fax

To download a pdf copy of this advisory, please click the link below:

MLL VGM Submission in the US 07142016

Posted in *SOLAS*, *VGM* | Tagged *VGM*

## Customer Advisory: VGM Submission for On-Dock Rail in the US

JULY 14, 2016

Dear Valued Client,

With several U.S. marine terminals receiving containers via on-dock rail facilities, some currently do not have scales suitable for weighing such containers to arrive at a VGM. Thus, in light of the equivalency determination made by the U.S. Coast Guard, for containers arriving by on-dock rail, Maersk Line, Limited will accept the actual gross cargo weights (weight of the cargo, packaging materials, pallets, and dunnage) as certified by the shipper or its agents pursuant to the Intermodal Safe Container Transportation Act (ISCTA).

In other words, Maersk Line, Limited will use the cargo weight provided by the shipper to produce the verified gross mass to comply with this regulation. The cargo weight is already submitted to Maersk Line, Limited by the shipper in accordance with ISCTA and should continue to be received prior to rail billing.

For cargo that does not require a certified actual gross weight under the ISCTA, shippers who wish to avail themselves of this method must submit a certified actual gross cargo weight complying with the requirements of ISCTA for determining and reporting gross cargo weights. Additional procedures necessary for computation and submission of VGM for on-dock rail shipments using ISCTA actual gross cargo weight will be made available to the shipper by Maersk Line, Limited.

As always, we thank you for your continued business and should you have any questions about this information, please feel free to contact your local Maersk Line, Limited representative.

Thank you,
Maersk Line, Limited

To download a pdf copy of this advisory, click the link below:

MLL VGM Submission for On-Dock Rail in the US 07142016

Posted in *SOLAS*, *VGM* | Tagged *VGM*

## Customer Advisory: Maersk Line, Limited Verified Gross Mass (VGM) Deadlines

JUNE 28, 2016

Please click the link below for important information about VGM deadlines.

MLL VGM Deadlines 06282016 Final

Thank you.

Maersk Line, Limited

Posted in *SOLAS*, *VGM* |

## VGM Customer Service Message

JUNE 13, 2016

Please see the VGM Customer Service Message by Maersk Line.

Thank you.

https://vimeo.com/165853663

Posted in *cargo acceptance*, *maerskline.com*, *SOLAS*, *terminal*, *VGM* |

### VGM: 304 ANSI Shipping Instruction

JUNE 13, 2016

It is possible to send the Verified Gross Mass (VGM) in an ANSI format. It can be done by identifying the VGM on the N7 segment (equipment details) of the 304 shipping instructions.

Please kindly the attached ANSI version including the verified weight:

304_MIG V2.0

Thank you.

Posted in *cargo acceptance*, *maerskline.com*, *SOLAS*, *terminal*, *VGM* | Tagged *EDI*

### EDI Implementation Guide for SOLAS Regulation

JUNE 9, 2016

Please see the attached guide for EDI Implementation.

VGM EDI Implement Guide

Posted in *Uncategorized* |

### UPDATE: Customer Advisory: Norfolk VIG Terminal – Open for Business

JUNE 9, 2016

Please note we've received confirmation that the Norfolk VIG Terminal is operational again.

Posted in *terminal* | Tagged *norfolk*

« Older posts

Customer Service Contact Information

For direct Customer Service inquiries to our Houston Government Services Department
please call (800) 321-8807 using choice #6 for U.S. flag services, from 0700 to 1800 CST.

© 2013 Maersk Line, Limited