UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23242-BLOOM/Louis

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff/Relator,

vs.

ABLE MOVING & STORAGE, INC.;
ARPIN INTERNATIONAL GROUP, INC.;
CARTWRIGHT INTERNATIONAL VAN
LINES, INC.; DEWITT COMPANIES
LIMITED, LLC; HILLDRUP COMPANIES,
INC.; J.K. MOVING & STORAGE INC.;
NEW WORLD INTERNATIONAL, LTD.;
PARAMOUNT TRANSPORTATION
SYSTEMS; PAXTON VAN LINES, INC.;
and WESTERN EXPRESS FORWARDING,
LLC,

    Defendants.

**RELATOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff/Relator Sedona Partners LLC ("Relator") respectfully moves the Court for a one-week extension of time to file its response in opposition to Defendants' Joint Renewed Motion to Dismiss the Corrected Second Amended Complaint ("Joint Motion to Dismiss") (DE 292), and in support states as follows:

    1.    On October 14, 2025, Defendants filed their Joint Motion to Dismiss (DE 292).

    2.    Per Local Rule 7.1(c)(1), Relator's response to the Joint Motion to Dismiss is due on October 28, 2025, and Defendants' reply is due on November 4, 2025.

3. Relator seeks a 7-day extension of time, to and including November 4, 2025, to file its response in opposition to the Joint Motion to Dismiss.

4. As good cause for the requested extension, in Defendants' Renewed Motion to Dismiss the Corrected Second Amended Complaint ("SAC"), Defendants have set forth new arguments that were either not raised in their prior motion to dismiss the SAC (*i.e.*, challenging the constitutionality of the *qui tam* provisions of the False Claims Act) or were only mentioned as a passing reference in a footnote (*i.e.*, contending that Relator's status as an LLC violates Rule 10(a)). (*Compare* DE 292 *with* DE 226-1). In addition, Defendants have expanded upon certain other dismissal arguments, including but not limited to scienter and the public disclosure bar as compared to their prior motion to dismiss the SAC. *Id.* Based on these new or expanded arguments, Relator needs additional time to evaluate, research, and prepare a response to same.

5. Counsel for Defendants have indicated through conferral with the undersigned counsel for Relator that Defendants do not object to Relator's request for a 7-day extension of time to file its response "so long as Relator agrees Defendants can also have a 7-day extension of time to file their reply brief." Accordingly, Relator does not oppose Defendants also having an additional 7 days through November 18, 2025 to file their reply.

WHEREFORE, Relator respectfully requests that the Court enter an order (1) granting Relator a 7-day extension of time through November 4, 2025 to file its response in opposition to the Joint Motion to Dismiss; and (2) also providing Defendants with a like extension of 7 days to file their reply through November 18, 2025.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that she has conferred with all parties or non-parties who may be affected by the relief sought in this Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Dismiss in a good faith effort to resolve the issues, and is authorized to represent that "Defendants do not object to the requested 7-day extension of time for Relator to respond to the motion to dismiss, so long as Relator agrees Defendants can also have a 7-day extension of time to file their reply brief."

Dated: October 23, 2025

By: /s/ *Havan M. Clark*
Adam T. Rabin
Fla. Bar No. 985635
arabin@rkjlawgroup.com
Havan M. Clark
Fla. Bar No. 1026390
hclark@rkjlawgroup.com
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Tel. 561.659.7878

Sarvenaz J. Fahimi
sfahimi@cpmlegal.com
Kevin J. Boutin
kboutin@cpmlegal.com
*Appearing pro hac vice*
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA  94010

Paul E. Pelletier
*Appearing pro hac vice*
LAW OFFICES OF PAUL PELLETIER
3500 Morningside Drive
Fairfax, VA 22031

Justin T. Berger
justin@justinbergerlaw.com
*Appearing pro hac vice*
JUSTIN T. BERGER LAW
19 16th Avenue
San Mateo, CA 94402
(619) 888-5636

*Attorneys for Relator Sedona Partners LLC*