UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23242-BLOOM/Louis

UNITED STATES OF AMERICA *ex rel.*
SEDONA PARTNERS LLC,

    Plaintiff/Relator,

vs.

ABLE MOVING & STORAGE, INC.;
ARPIN INTERNATIONAL GROUP, INC.;
CARTWRIGHT INTERNATIONAL VAN
LINES, INC.; DEWITT COMPANIES
LIMITED, LLC; HILLDRUP COMPANIES,
INC.; J.K. MOVING & STORAGE INC.;
NEW WORLD INTERNATIONAL, LTD.;
PARAMOUNT TRANSPORTATION
SYSTEMS; PAXTON VAN LINES, INC.;
and WESTERN EXPRESS FORWARDING,
LLC,

    Defendants.

## [PROPOSED] ORDER ON RELATOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

THIS CAUSE came before the Court on Relator's Unopposed Motion for Extension of Time to File Response in Opposition to Defendants' Motion to Dismiss. Good cause having been shown, it is hereby ORDERED and ADJUDGED as follows:

1. Relator's Motion is GRANTED;

2. Relator shall have to and including November 4, 2025 to file its response in opposition to Defendants' Joint Renewed Motion to Dismiss the Corrected Second Amended Complaint ("Joint Motion to Dismiss") (DE 292);

3. Defendants shall have to and including November 18, 2025 to file their reply in support of the Joint Motion to Dismiss.

ENTERED this \_\_\_\_ day of \_\_\_\_\_, 2025.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record